# JABARI-JASON TYSON-PHIPPS

255 North Ave #1096 | New Rochelle, NY 10802-1096
jjtp@jjtpgroup.com | 646-934-9694

Monday, June 12, 2023

**VIA ECF**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Jabari-Jason Tyson-Phipps v. Secretary Antony Blinken*, 1:23-CV-2316 (PAC)- Response to Defendant's Letter Motion Dated 25-May-2023 & Supplementary Letter Motion**

To The Hon. Judge Crotty:

I, US Department of State Special Agent Jabari-Jason Tyson-Phipps, am the Pro Se Plaintiff in the above-entitled matter.[1] I am writing to confirm receipt of the Government's 25 May 2023 letter and the Court's date for a hearing in the matter on 15- June 2023. I intend to oppose any such motion by the Government for the following reasons and intend to request a preliminary injunction against the Government as follows:

I.    <u>The Government's allegations that I failed to state a claim under Title VII because I have not adequately alleged discrimination or a hostile work environment is baseless and a question of fact not a question of law.</u>

To survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, to `state a claim to relief that is plausible on its face.'" <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678 (2009) (Quoting <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 570 (2007)). A claim is facially plausible "when the

---

[1] The Government asserts <u>Tracy v. Freshwater</u>, 623 F.3d 90 (2d Cir. 2010) for the proposition that I should not be afforded special solicitude often afforded to pro se plaintiffs because I am an attorney, however a simple reading of the Court's actual ruling in that case distinguishes this. To quote, "The magistrate judge, after noting that Tracy had participated in at least ten previous federal and state actions, had engaged in substantial motion practice in this action, and had demonstrated substantial competence in the course of that motion practice, first recommended that Tracy should be denied the solicitude ordinarily afforded by federal courts to pro se litigants." <u>Tracy</u>, 623 F.3d 90, 95 The Court actually says that to justify complete withdrawal of solicitude it should be shown that the litigant has the requisite experience and knowledge. <u>Tracy</u>, 623 F.3d at P103. The Defendant has made no such allegation and even if they did if should not be based in fact as a simple search of the court's records will show I have no such experience, I am not a litigator, I have limited experience in federal courts at all, and I have spent nearly the last 7 years not practicing law but as a special agent criminal investigator. As such, <u>Tracy</u> is not relevant, and I should be at least the minimum level of solicitude and my pleadings should be ""liberally construed" — i.e., "held to less stringent standards" by the Court. See <u>Erickson v. Pardus</u>, 551 U.S. 89, 94, 127 S.Ct. 2197, 167 L.Ed.2d 1081 (2007) (per curiam) (internal quotation marks and citations omitted) Further, "a court should be particularly solicitous of pro se litigants who assert civil rights claims", see <u>Davis v. Goord</u>, 320 F.3d 346, 350 (2d Cir. 2003).

plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Id. (Citing Twombly, 550 U.S. at 556). When considering a 12(b)(6) motion, the court presumes that all the allegations of the complaint are true; it resolves all doubts or inferences in the plaintiff's favor; and it reads the complaint in the light most favorable to the plaintiff. Needless to say, the burden of proof on such a motion is on the party making it.

When ruling on a motion to dismiss under Rule 12(b)(6), the district court must "accept the allegations contained in the complaint as true and all reasonable inferences from the complaint must be drawn in favor of the nonmoving party." Young v. City of St. Charles, 244 F.3d 623, 627 (8th Cir. 2001). Little v. United States Department of Defense, Dist. Court, ED Missouri 2022 Case No. 4:21-CV-1309-JAR. As stated in footnote 1 supra, I should be afforded the special solicitude of a pro se litigant because the Government has not asserted that I have any relevant experience in these matters or in litigation in federal court as was a prerequisite in the case they cited. As a matter of fact, I do not have such experience. Further, "a court should be particularly solicitous of pro se litigants who assert civil rights claims" Davis, 320 F.3d 346 at 350. Further still, Federal Rule of Civil Procedure 8(e) states [p]leadings must be construed so as to do justice.

The Twombly decision emphasized that a complaint should provide enough factual detail to "nudge" the plaintiff's claim from merely conceivable to plausible. Ashcroft further clarified the pleading standard set forth in Twombly. The Supreme Court held that courts must engage in a two-step analysis when evaluating a motion to dismiss. First, the court must separate the factual allegations from the legal conclusions. Second, it must determine whether the factual allegations, when taken as true, plausibly give rise to an entitlement to relief.

In my complaint which is approximately 76 pages with exhibits as filed, I assert numerous instances of discrimination, harassment, and a hostile work environment which are broken out in a table of contents including but not limited to the use of racial slurs against me and my family, allegations which they have determined after investigations that have lasted several years, despite being given clear evidence at the beginning, to be false, being forced to undergo unnecessary invasive health examinations, lies by management which have resulted in the withholding of my administrative promotion for now over 4 years even after they admitted that the person in question lied which was at least in part the primary cause they gave to hold the promotion, and that person has resigned, and numerous unwarranted write-ups which they have openly said were done to intimidate others into not speaking out by saying they got rid of me for complaining. All of these things would allow a reasonable person to conclude such a work environment is offensive, intimidating, or hostile.

As such this is not a question of law it is a question of fact which must be heard before a jury. The Government's motion would seek to circumvent the question of fact such that it is not heard by a jury and have this court rule on a matter of fact not a matter of law. Meritor Savings Bank v. Vinson, 477 U.S. 57 (1986), established the basic legal framework for hostile work environment claims under Title VII of the Civil Rights Act of 1964. In Vinson the court held that the language of Title VII was "not limited to 'economic' or 'tangible' discrimination," finding that Congress intended "'to strike at the entire spectrum of disparate treatment…" and recognized that plaintiffs could establish violations of the Act "by proving that discrimination based on sex has created a hostile or abusive work environment." The same principle applies to race, color, retaliation, and other classes protected under Title VII.  In Harris v. Forklift Systems, Inc., 510 US 17 (1993) the Court held that a hostile work environment claim can be established even if the harassment does not rise to the level of being severe or pervasive enough to cause a reasonable person to feel threatened or humiliated.

The Government's agent's behavior has not ceased to this day. Googling my name, I came across a rate my professor review that was clearly written by one such agent which is reproduced below.



What is stated, in the screenshot which may be hard to read is that I "retired" and "couldn't handle my next job", as a DS agent, and failed. Why it is clear this is from a government agent specifically a US State Department DSS agent is the named used, "BSAC110". BSAC refers to the "basic special agent course", BSAC we all go through and 110 is the training class number. By way of example, I am BSAC 137 which means this agent is a few years ahead of me. This review was written on 13 Jan 2021 just after I made my protected disclosures and filed claims against the government. For the record, I last taught in 2015.

In another instance approximately 3 weeks ago, an individual commented on one of my YouTube videos stating they found the "plantation boy" referring to the incident where I in BSAC was made to drive a white confederate reenactor to a plantation and called "boy" and told I was not allowed to use the rest room in the "big house." The only people who would know about this incident would be other DS agents and those involved with my case. That comment is reproduced below.



   As such a simple reading of the pleading would show that a Rule 12(b)(6) motion on these grounds would be baseless, not in good faith, and would only seek to delay this case further than it need be. The complaint goes beyond mere conclusory statements and offers detailed allegations that outline the Government's actions, including specific dates, events, and parties involved. The facts alleged, if taken as true, establish a viable cause of action and support the legal theories I asserted. It is inappropriate for the Government to request the court to evaluate the sufficiency of evidence or disprove elements of my claims. The purpose of a motion to dismiss is not to resolve factual disputes or weigh the credibility of evidence but to determine whether I have alleged sufficient facts to proceed with the case.

   The Government seeks to file a motion seeking dismissal prior to any discovery or the opportunity for me to present evidence. Granting the motion at this stage would prematurely deprive me of my right to obtain relevant documents, depose witnesses, and develop my case through the discovery process. This is exacerbated when you consider how we got to this point.

   This case was filed with the Office of Civil Rights and the Department refused further discovery beyond the EEOC Investigator's 1000+ page ROI which details these allegations further but was not attached to the complaint to spare the government the public ridicule. Further, as **Exhibit B** shows directly before I filed the complaint their agent reported to them that I intended to file a complaint and I had the evidence to prove it in my department emails.  Not 24 hours later was I locked out of that email system, banned from the office where I might have any records, and placed on indefinite administrative leave. When I requested the emails and proof, they denied me the records.

   As such, I was forced to proceed without them and allow the Department to decide. That decision was that I did not meet my burden because I did not have the emails which they denied me. This is what led to the appeal to the EEOC which also did not include the evidence and emails which led to my filing this suit, de novo, so that evidence, which mysteriously began to reappear after the case was dismissed, can be included in a fair

decision. This includes **Exhibit B**, which is material to this case, which I only received recently months later after this case was filed, as part of another case which shows even after all of this the Government still sought to secret material documents. Further still, the Government literally suspended me 6-days for keeping the evidence presented in the whistleblower case and threatened that I must delete them or face further punishment so they would not be available to present in this case.

Another clear example by the Government attorney can be seen in **Exhibit C**. This Exhibit which will be spoken to in greater detail later, shows an email chain I was made aware of by an inside source who urged me to file a FOIA request which as stated they fought, denied the existence of in a discovery request, but ultimately was turned over by mistake in another case. This shows I do not even know what documents are out there that the Government is refusing to turn over which are material, and the existence of the attached Exhibits speaks to the fact that there more likely than not are more documents which have not been turned over which would be material to the development of this case.

As such, a dismissal without affording me the opportunity to conduct discovery, and present that evidence would be premature, unjust, and would violate Rule 8(e). Discovery is needed to flush out these issues otherwise the Government can always just hide evidence, deny it exists, threatened, and suspend those who keep any evidence to ensure no claim would ever be successful circumventing the Whistleblower Protection Act (WPA) as well as the retaliation provisions of Title VII.

Again, I emphasize, to survive a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Conley v. Gibson, 355 U.S. 41, 47 (1957). The complaint need not contain detailed factual allegations, but it must provide enough factual matter to "state a claim to relief that is plausible on its face." Twombly, 550 U.S. at 570. A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that a plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Gibson, 355 U.S. at 47.

There are any number of instances in the original pleading which give rise to a claim which is facially plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." I need not in my initial pleading detail every aspect and fact in the claim. If I did, I would attach the EEOC report which runs thousands of pages and which I am sure that the Government does not want for public consumption. The Government cannot punish me and threaten to fire or suspend me for exposing their secrets while at the same time saying my case should be dismissed because I was judicious as to what I chose to file publicly. My complaint clearly more than adequately meets the legal standard of Rule 8(a) and as such I respectfully request the Government be denied from filing such a 12(b) motion to waste time and be made to answer the complaint on its merits.

II.      The issues in this action have made their way through the EEOC process and I was given the right to file an action in District Court.

In addition, for the reasons stated in paragraph I, the Government assertion fails because of stare decisis. Contrary to their asserting that I failed to exhaust his administrative remedies for my retaliation allegations this, including the issues of a hostile work environment alleged in this complaint were accepted by the EEOC and I was issued a right to file an action on these issues on 19 December 2022 (**Exhibit A**).

What the Government has attempted to do is entangle this case and these matters with other issues that are still pending in the EEOC and are in the administrative process, most of which are for retaliation in this case. This case in particular was dismissed for lack of meeting the burden of proof because the Government deleted my access to my emails which had the evidence after they were made aware that I intended to file a complaint. This has become clearer in the last several days through depositions and discovery in those other cases. As you will note in **Exhibit A**, my appeal was based on the fact that the record was not fully developed in part because my access to my department email was cut off shortly after I expressed to a colleague that I had emails to prove the Government's wrongdoing. That colleague reported that in an email (**Exhibit B**) which has only recently come into my possession because the Government secreted it and refused to turn it over during the initial EEOC process as well as the name of the author of the email and what his allegations were against me.

That email is direct evidence of my whistleblower and protected activity from a third party who was one of the parties to whom I complained. Within 3 hours of that protected disclosure against the New York Field Office (NYFO) Management, what I stated about them was sent to those same officials in an email stating that I claimed to have evidence against them in my email. The next day my access to that email was cut off for approximately 7 months while this EEOC case was being heard. The next day, I was removed from duty for that same 7-month time period and subjected to the invasive medical examinations which are part of the basis of this complaint which concluded with a finding that it was unnecessary. Those same officials claimed the grounds for the complaint was that I threatened suicide and to harm my supervisor when a plain reading of the report they received, **Exhibit B**, states the very opposite.

As stated, this email only came into my possession, less than a week ago and was not available for this EEOC case on which this action is based because the Government not only refused to turn the email over but also refused to turn over the names of the accusing individuals or any information about the accusation other than false conclusory statements. That individual was just deposed on 1 June 2023 and has all but admitted to everything I have alleged. Which is where **Exhibit B** comes from. I did not have that evidence at the time of the EEOC hearings because the Government refused to turn it over and refused my access to my email something they have done a second time currently for the last 3+ years after I filed another case. They have further threatened me to delete the evidence and emails which I have used to bring these cases and suspended me 6 days for keeping that evidence which will be discussed below. As such, I could not meet my burden in that case at that time without any of the evidence which resulted in the dismissal which brings us to why we are here today for the case to be here de novo with all the evidence.

Since the EEOC case this matter is based on, we have also deposed the Deputy Assistant Secretary, Mary K. Stana, who in sworn testimony has admitted to whistleblower retaliation in that she punished me based on false allegations which were put into the system by those with discriminatory intent without bothering to take into consideration the facts or the evidence. This is a classic case of cat's paw liability which this Circuit adopted in <u>Vasquez v. Empress Ambulance Service, Inc.</u>, 835 F. 3d 267 (2016)[2]. Three of the agents involved in

---

[2] The "cat's paw" theory of liability "refers to a situation in which an employee is fired or subjected to some other adverse employment action by a supervisor who himself has no discriminatory motive, but who has been manipulated by a subordinate who does have such a motive and intended to bring about the adverse employment action," See <u>Staub v. Proctor Hosp.</u>, 562 U.S. 411, 415 n.1, 131 S.Ct. 1186, 179 L.Ed.2d 144 (2011), <u>Cook v. IPC Intern. Corp.</u>, 673 F.3d 625, 628 (7th Cir. 2012) (Posner, J.). "Because the supervisor, acting as agent of the employer, has permitted himself to be used "as the conduit of [the subordinate's] prejudice," <u>Shager v. Upjohn Co.</u>, 913 F.2d 398, 405 (7th Cir. 1990), that prejudice may then be imputed to the employer and used to hold the employer liable for employment discrimination. In other words, by merely effectuating or "rubber-stamp[ing]" a discriminatory employee's "unlawful design," <u>Nagle v. Marron</u>, 663 F.3d 100, 117 (2d Cir. 2011), the employer plays the credulous cat to the malevolent monkey and, in so doing, allows itself to get burned—i.e., successfully sued." <u>Vasquez</u>, 835 F. 3d at 272

the claims referred to herein, Terry Wallace, Robert Castro, and Michale Alimenti, have since been deposed and verified the story, the timeline, and the communications all of which were not available during the initial EEOC hearing. These depositions, as well as the others scheduled, while not taken for this case but a derivative case for retaliation and the punishment they issued me for filing this case, speak directly to the issues in this case.

III.   The Government is seeking to entangle several separate matters into one

I agree with the Government's assertion that I must exhaust my administrative remedies before filing in District Court which is what I have done but the Government is seeking to entangle matters which have not exhausted the administrative process into this matter in order to stop me from ever filing a complaint by continuing to throw another log on the fire which results in another derivative case which will take years to exhaust the administrative remedies for which is why an injunction is proper in this case so they can no longer interfere with these proceedings.

In fact, there are several other EEOC, and administrative cases pending derived from and perhaps related to these matters but not the same as these matters. Most of the cases filed by me are actions for retaliation related to or stemming from the filing of this and other related cases. The other cases are me defending myself from the false allegations by the Government, many of which they have held over my head since 2018, now 5 years, only to dismiss them after, this lawsuit and other actions were filed. In some instances, the issue is Cat's paw liability, in that the Department's officials attempted to abuse their authority to put pressure on me to drop this and other cases and when I refused punished me with including but not limited to an indefinite quasi-suspension that has lasted since 2020, taking 25+% of my pay through administrative means, stripping me of my law enforcement authority indefinitely, stripping me of my badge, credentials, and gun; withholding my commemorative badge which I paid for, exiling me from Department buildings, cutting off access to my OpenNet Department email, and stripping me of my security clearance for my protected activities, which is reviewable,[3] among other things.

All of these actions by the State Department have led to OTHER cases and actions which are making their way through the administrative process which is why those claims are NOT included in this case. The reason why these issues have not all been joined is the Government's own actions in delaying the cases, which is why I am objecting to this motion. As stated in the complaint, the situs from which the majority of these claims stem is the actions complained about herein. When I filed a complaint, they responded by retaliating which resulted in a new and separate complaint to which they retaliated which resulted in another complaint and so forth. The State Department has used this tactic to bully and control employees, such as in the case cited in footnote 3 Chien v. Sullivan.

Josephine (Jo) Chien is another agent and friend of mine who has had the same thing happen to her. The Government filed these same motions and used this same playbook in that and every other case and they have been denied. In Chien, the district court allowed her constitutional challenge to an individual security-clearance decision to survive summary judgment.

This is only one such case, Garcia v. Blinken (No. 18-CV-01822 (D.D.C.) is another case pending against the same Department and people for the same issues. Horsey v. US Dept. of State, 170 F. Supp. 3d 256 - Dist.

---

[3] See Chien v. Sullivan, 313 F. Supp. 3d 1, 14 (D.D.C. 2018).

Court, Dist. of Columbia 2016 in which another African American sued the Department of State for discrimination, and they used the same tactics and motions claiming they did not exhaust their administrative remedies. In that case "Horsey has alleged that the State Department discriminated against him, retaliated against him, and subjected him to a hostile work environment when it required that he undergo a psychiatric evaluation without union representation; suspended his top-secret security clearance; and proposed that his employment be indefinitely suspended." Horsey, 170 F. Supp. 3d at 270. Oddly that is almost word for word what this case is about. Hill V. Pompeo, No. 1:2018cv02518 (D.D.C. 2020) is another pending case which is a direct parallel.

In that case, Anthony Hill, another Black DSS agent had his team symbolized by a baboon and when he complained the same Department and individuals involved here punished him in the same way and the Government filed this same motion attempting to have the case dismissed because he did not exhaust his administrative remedies which is why I know I did; because I spoke with Anthony and made sure I did not make the same mistakes he did. When they did the same thing to me, I found his case on google and ultimately found his contact information and reached out to him which resulted in us realizing that we had the same thing happen to us involving some of the same people. He was the one who put me in contact with Jo who started an entire nonprofit dealing with this very issue after she found several other agents who are similarly situated.

I checked all the boxes and met all the deadlines for filing in this case. The Government is requesting to be allowed to file a pro forma motion to see what they can get knocked out without reviewing any of the facts which is a waste of time and resources which they have limited me to having through their actions in an attempt to win this case through attrition. Exhausting the administrative remedies means contacting the EEO Counsellor within 45 days of the incident, which I did. If that matter is not resolved informally, filing a formal complaint, which I did[4]. I also saw the EEOC processes through and exhausted all of my appeal in the EEOC for the claims stated in this complaint (See **Exhibit A**). **Exhibit A** is literally a letter from the EEOC granting me the right to file in federal district court which this complaint is, so I am not sure why that is not prima facia evidence that the Government's proposed motion is frivolous and seeks only to delay and hinder these proceedings.

The fact that there are so many complaints which directly mirror each other speaks to a systemic problem which the Government is attempted to sweep under the rug by running out the clock, draining resources with frivolous motions, and hoping to win these cases through attrition without addressing the underlying facts and issues as they have done in each of the cases before.

IV.     Each of the Allegations and Claims in the Complaint are Supported by Facts and the Law

The Government as stated has not even responded to the allegations and yet they claim that all such allegation should be dismissed by the Court which is directly contrary to Rule 8 (e) "Pleadings must be construed so as to do justice" and well as the well-founded principles that pleading be liberally construed and any dispute be resolved in the favor of the non-moving party. As stated above, I need not detail all the facts only "a short and plain statement of the claim showing that [I am] entitled to relief" such to "state a claim to relief

---

[4] See Crawford v. Johnson, No. 14-cv-436, 166 F.Supp.3d 1, 7, 2016 WL 777910, at *4 (D.D.C. Feb. 26, 2016) (quoting Koch v. Walter, 935 F.Supp.2d 143, 149 (D.D.C. 2013))

that is plausible on its face." A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that a plaintiff can prove no set of facts in support of his claim which would entitle him to relief.

For each of the allegations the Complaint gives numerous supporting allegations as well as exhibits. By way of example, the Government seeks to dismiss the First Amendment claim but at the very least paragraphs 198-203 address the claim.

Specifically, the Government claims that an Assistant Special Agent in Charge of the New York Field office of a federal agency who was at the time the acting special agent in charge of that office lying as evidenced by **Exhibit E**, during an official investigation is not a matter of public concern. I would respectfully remind the US Attorney of 18 UCS 1001 which makes it a federal crime to tell such lies which **Exhibit D** page 4 acknowledges occurred[5].

It should be noted that Mr. Carlson knew this rule as he tried to do the same thing the before year in 2018 which resulted in a fight and a complaint to with the Office of Civil Rights complaint about a hostile work environment for both me and SA Tyler King on 11 May 2018 months before SA King took his life in December of 2018 after the harassment continued as seen in **Exhibit H** page 13[6]. In **Exhibit J**, we see that this was not the first complaint documented in an email. Exhibit J is an email from me to the Acting Special Agent in Charge of the New York Field Office and office EEOC counselor Tanya Sears complaining about the treatment I was going through, hostile work environment, and discrimination. Rather than address the issues Sears forwarded it to the parties I was in part complaining about to "handle." These emails are dated March 2018.

**Exhibit I** shows what they did as a result of those emails, attempt to have me put out in am invasive medical mental health fitness for duty examination (FFDE). The person who recommended it is the same person I named in Exhibit J. That request was denied in 2018 but he did it again in 2019 and was successful in using it to have me put on indefinite leave after this complaint only for the FFDE to be found to have no merit (**Exhibit D** P. 4 See Footnote 5) Then when I filed a retaliation complaint for that they did it again in 2020 which their own Chief Psychologist Mary Tramontin objected to but after complying again found nothing wrong. We also see in that email in **Exhibit I**, senior management joking about Benghazi where DSS, the agency responsible for keeping Ambassadors safe, failed in its mission because of games played like this, and Ambassador Stevens lost his life.

Further still, their retaliation against me included over scrutiny of my case work including forcing me to alter a report of investigation to state that an innocent woman had committed fraud when I and no less than 4 AUSAs in 3 US attorneys' offices all agree she had not. They wanted me to swear to this court that she had committed fraud and when I refused as an officer of this court, I was written up not once but twice.  The first time, they

---

[5] In the email Jeanne M. Julio, who upon information and believe if the Principal Deputy Secretary for Human Resources (Global Talent Management) for the US State Department writes:" As you may recall, DS' original draft EER given to Mr. Tyson-Phipps (JJTP) was satisfactory, but the final version was changed to unsatisfactory (before it was put into OPF). They attached that draft on their Action Memo requesting curtailment of the NY assignment. However, as JJTP is untenured, DS was required to follow a specific process with the DG to rate him as unsat and they did not. As a result, his final rating (as reflected in his OPF) is satisfactory. The DG deferred on the curtailment request based upon the fact that they were pursuing a fitness for duty review. That review was recently completed and JJTP was returned to work in the position in NY they originally wanted to curtail him from. Since he was rated satisfactory, the DG's hold on Admin promotion would have to have been based on the pending discipline matter which is still pending with CSD."

[6] "I reached out to AFSA on the 30th when this all came to a head and received some information from Patrick Brady but not guidance. I should also not that I am not the first person Jagels has done this to. Another agent Tyler King was removed from his unit after a similar incident and then he left for Pathfinder. Jagels continues to badmouth him and spread rumors about him. I was told to file an OIG report but I was scared about reprisals in my EER. He has already said I was not satisfactory against the FAM. The thing is they know they are wrong." (Sic)

directly stated it was for reporting to this very same US Attorney's office what had occurred and the when I pointed out that was a violation of the WPA, two months later they wrote me up again removing the statement that the write up was because I reported them to this very same US Attorney office, the SDNY, whose investigator, a former colleague of those officials reported to the office(See **Exhibit K**[7]). That is why this is a matter of public interest.

I would further respectfully remind the Assistant US Attorney of <u>Giglio v. United States</u>, 405 U.S. 150 (1972) and the obligation to report such untruthful statements to defense attorneys. As such the fact that the assistant special agent in charge of the NYFO was caught fabricating facts in an official investigation and abusing his authority to retaliate, which is the issue I was speaking on and punished for, would in fact be a matter of public concern. As special agents, we swear an oath to tell the truth. My credentials before they were taken say the United States Government vouches that we be trusted to tell the truth. That guarantee is not a private matter it is a public matter so therefore me alerting the public to someone who has breached that trust is a public matter which the Assistant US Attorney should not be allowed to secret as it would be a violation of <u>Giglio</u>.

In the case of the Second Amendment Claim the Government remarkably asks this court to ignore a landmark case decided before this court and the US Supreme Court decided less than a year ago which is directly on point, <u>N.Y. State Rifle & Pistol Ass'n v. Bruen</u>, 142 S. Ct. 2111, 2133 (2022), and assert fact not in the record without filing a response. In its letter the Government asserts <u>Bruen</u> for the proposition that the "Government may prohibit the carrying of firearms in "sensitive places such as . . . government buildings" which is an attempt to alter the facts of this case without filing a proper response. That statement is irrelevant because the conduct that is being discussed did not occur in a government building which the Government is trying to wrongfully infer to confuse the issue. Paragraph 107 of the complaint speaks to this issue:

"JJTP [I] was assigned to the protective detail for Ambassador Nikki Haley while she was in Philadelphia and as such, he left his house in Northeast Pennsylvania to Philadelphia while off duty never leaving the Commonwealth of Pennsylvania. While on duty he was assigned to work the command post in the hotel where she was staying and never left the hotel while on duty. Rather than leave his personal firearm unsecured in his hotel room, he took the unloaded weapon to the command post with him where he remained with it until another agent saw him and reported him to the same NYFO officials who were looking for anything they could get on him."

The hotel is a public building not a government building. There is no allegation that I entered a government building with my personally owned firearm. The allegation is that I left my home in Pennsylvania where I have a valid license for the firearm in question; I never left the Commonwealth of Pennsylvania and drove to a private hotel where I remained with said firearm.

For that I was proposed a suspension under the claim that I violated 12 FAM 092 a Department policy which authorizes Special Agents to carry firearms under the authority of 22 USC 2709 which specifically states in section (b) (3) regarding firearms regulations that the Department only has the authority to regulate firearms carried under that statute which my firearm was not as I had a license to carry it from the Commonwealth of Pennsylvania and I never left the commonwealth of Pennsylvania which also gives rise to 10th Amendment issues as the Department is seeking to take powers reserved to the Commonwealth to regulate firearms within its boarders with no statutory authority. The Constitution grants me a right to carry that gun, whether the

---

[7] "Your communication to a representative of the US Attorney's Office for the Southern District of New York was highly unprofessional,…you were ultimately unduly critical of the New York Field Office Management…" was in the 11 June 2018 DS-1974 and was removed from the 13 August 2028 rewrite/second DS-1974 for the same issue.

Department with grant me qualified immunity if I use it is another question, but the Department cannot usurp the authority of the states and create regulations without statutory authority especially when it comes to the denying of Constitutional rights.

Further still the federal statute relating to this matter the Law Enforcement Officers Safety Act (LEOSA) also granted me the authority to carry the weapon. As such the Government is only seeking to muddy the waters with this motion without being compelled to answer the allegations. If the Government would like to answer the allegations and provide an alternative narrative where they swear to the facts they are asserting improperly, that would be proper but refusing to answer the allegations and adding facts from thing air is not proper.

The same can be said regarding the other requests for dismissal. The Government should at least be required to answer the allegations and provide alternative facts. Charges should not be dismissed when such a dismissal would result in justice being denied.

V.      Request for a preliminary injunction

I respectfully request to be allowed to file for a motion for a preliminary injunction in this case for the following things as summarized below which will be flushed out more in a proper motion.

a.  I request the Government be enjoined from withholding my full pay as a special agent- Since 2020 the Department has withheld 25% of my pay which I am entitled to as a federal agent. They did this under the auspice that they needed to review my security clearance, a process that begave in 2019 and they claim is continuing to go on even though the investigator Charles (Dave) Muggleworth has not contacted me in over a year. What was supposed to be a 5-year update, they turned into going back over things that were reviewed before I was employed and granted my clearance. This is the same issue presented in <u>Chien</u> spoken to above and the same tactic the same agency employed in that case which the Courts have stated they may not.

It is normal procedure for Agents to continue to maintain their clearances and work while the 5-year updates are ongoing but suspiciously they used this as an excuse to suspend my clearance pending the review just like in <u>Chien</u>. They then used that to justify taking my law enforcement authority, which they used to justify, taking my agent pay, the 25%, as well as moving me to a new duty station where I would be paid less curtailing me from my assignment as they attempted to do in 2018 but was denied from doing so. (See **Exhibit I**).

A legitimate review which is supposed to occur every 5 years cannot take 4 years to conduct. It was after I made another protected disclosure that suddenly I when from getting a performance evaluation stating I deserved a promotion and tenure for keeping Ambassador Kelly Craft safe during a trip I led to the Syrian border in which a missile hit the airport we were flying into, to them pulling me from duty for not over 3 years with no end in sight, literally days after I disclosed to Ambassador Craft what was going on.

The Department explained what happened in an email, **Exhibit C**. That Exhibit is several versions of an email chain which the Government attempted to hide but I was alerted to by another whistleblower. I filed a FOIA which they fought against but ultimately had to give me the redacted version which is

pages 1-5. I asked for the unredacted version in a discovery request as you see on page 6 and the Government's Attorney, Stanley Todman, under oath swear as you see he has no record of such an email. Then the government filed a motion for summary judgment in another EEOC case for retaliation for this case, which was recently denied, and that hearing is set for the day after the hearing in this case for the record. In that motion, the Government mistakenly attached which is their "Exhibit H" which is on page 7-9 which is the unredacted version of the email sought in discovery from Todman. If you look on the top of page 8, the person the email came from was Todman showing that he had the email the whole time and refused to turn it over which was a point in that EEOC case because as stated the previous case was dismissed because I did not have such emails.

What that email shows is that I made protected disclosures days before I was put out and that those protected disclosures were the grounds for why I was put out. They include complaints that my unit mate and friend SA Tyler King committed suicide after being harassed by the same people I named in my complaints. When they say I am at it again complaining about the "King incident" they are referring, I know now to **Exhibit B** when SA Terrance Wallace told those same officials that I told him they were responsible for King's suicide, and I had the emails to prove it.

Like now, the day they heard that, the Government cut off my email access to bury the evidence as stated above. In this case, in **Exhibit C**, you see upper management up to the director being put on notice and discussing my protected disclosures and complaints of harassment and a hostile work environment including but not limited to being discriminated against because of the color of my skin and being called racial slurs as I spoke to in my complaint and in this letter. In fact, several of the issues spoken about in this complaint are in that letter from 2020 days before I was put out. I believe it was 27 July 2020 approximately I was sent home and told not to return, and I have been out since, and **Exhibit C** which is the management officials discussing my protected disclosures is from 3 days 24 July 2020 prior in which they say they can use my statements to have me removed.

That was the basis of my pay being reduced 25% which has caused me irreparable harm not only to my career  in that it is time experience and training I will never get back but also harm to my ability to prosecute this case financially, and to pay my bills as they come due including for funeral expenses from both my parents who passed in the last few months (my mother in September and my father in January). The Government has used not only those events but the money issue to attempt to extort a settlement. I am requesting they be enjoined in doing so and be required to restore my full salary if they are going to be allowed to drag this case out further. I have gone 3 years with reduced pay, I should not be made to go on indefinitely while the government drags this matter out.

b.  I request the Government be ordered to return my State Department OpenNet access and email- For the same reasons stated above I made this request. There is probative information in my email, and I require OpenNet access to do my job. OpenNet is an unclassified system and access is given not only to people who lack a security clearance but to foreign nationals.

In 2019, as stated when after Wallace sent the email warning the Department that I stated that I planned to file an action, and that I would use emails to prove my claims (**Exhibit B**), they cut my access to OpenNet off stopping me from accessing my personnel files, emails and anything that had to do with the Department. They never gave a justification.

In January 2020, when I returned to duty, I demanded my files bac and they claimed they deleted them. For several weeks we fought over the restoration of my files until about when the EEO was dismissed, and I threatened to go to the US attorney about them destroying government records. Suddenly the files were restored until about when I was put out again and filed another case for that retaliation.

Suddenly then they again cut my access. They claimed it was because I sent myself the emails which were used in the EEOC case as well as this case so they could not cut my access again. First, they lied and claimed I sent classified emails. There were no such classified emails. Then they again made up a rule that does not exist to justify suspending me 6 days for having the emails I used against them in this and the EEOC filing that they lost the motion for summary judgment in based on those emails. They claim I am not supposed to use my personal email and yet they force me to use my personal email for work now sending sensitive but unclassified information as well as PII, the same thing they claim I was suspended for, over my objections.

As such I am not able to fully function in my job or prosecute this case because the government is denying me access to Department email so they can deny me access to the evidence I would use in this and other cases. They are creating by their own account a national security risk by forcing me to use my personal email including when I was assigned to Countermeasures and now the executive office where I deal with sensitive information. They have used taking my email to effectively erase me and threaten others that they can be erased like me if they do not "act right." I do not exist in the employee directory and there is no record of me, and I have no evidence I work for the Department other than my paystub.

As such I respectfully request to be allowed to file a motion enjoining the Department from denying me access to my department email. I am sure they will monitor it if there is a concern about how I will use it and the balance of equities shows the Department will suffer no harm.

c. I request the Government be enjoined from filing any further charges related to this case and that it be enjoined from enacting any proposed discipline related to the matters in this case- Again this request stands on the same grounds stated above. The Department has continued to attempt to open new cases and make more false allegations against me which they claim take years to adjudicate. By way of example, I was accused of using my diplomatic passport to travel to Israel in 2019 and put under investigation and that was used as grounds to suspend my clearance until now based on the word of two white agents who were not present and heard that accusation from the "rumor mill." They confiscated my diplomatic passport in 2020 and when I pointed out they could just look in it for a stamp, the Government claimed they destroyed the evidence and so I was guilty until I could prove otherwise again based on the word of two white agents who were not present. I presented my visa showing it was a lie in 2020 when I was put out and that was ignored, and I was still found guilty. I had to "go through the administrative process" which lasted until last week or so when they finally dropped that charge the same day this hearing was set three years later.

They have continued to make up specious charges and then put me under preliminary punishment while they "investigate" which lasts several years even when there are no facts in dispute. They have weaponized this process to create shadow punishments without any due process. By way of example the total proposed punishment was a 10-day suspension but because I refused to accept it, I was put on

administrative leave for now over 3 years which is scheduled to last indefinitely until I accept the punishment, or they drag this matter out in Court.

As such I am requesting that I be allowed to motion to the Court to stay and enjoy they from any such further actions until this case is resolved and stay and remove any related penalties until the legal issues are adjudicated including removing any mention of such things from my OPM file and other records.

d. I request the Government be enjoined from withholding my administrative promotion indefinitely- This request is the same as those above for the same reasons. In 2019, the Department withheld my administrative promotion based on a lie (**Exhibit E**) which they have since admitted was a lie. (**Exhibit D**) This lie was told by the same person I was complaining about in **Exhibit B** in my protected disclosures and who I had previously filed a EEO cases about including the one this case is based on, Assistant special Agent in charge Peter Carlson who the Department has since let retire and refuse to produce in the other case based on that fact yet they want to stand on the fact that they should not be held liable for his actions.

This includes conspiring with the Human Resources officer TJ Shelton to change my rating to cover up the lie he told to the Director General. They were instructed by the Director of human resources (Global talent management), Joni Scandola to make the change but refused to comply[8], which is what led to this conflict which they are now using as a pretext to continue to punish me. The email chain evidencing that can be found in **Exhibit F** p. 3, a screenshot showing that Theran J (TJ) Shelton altered my evaluation on 22 May 2029 when he had no right or reason to, and that Eric Jagels, and Carlson also altered it on 13 May 2019 after it was signed by all parties (Jagels, Carlson, and I) and submitted on 3 May 2019.

These things are violations of rules, laws, and procedures and are what I was complaining about in **Exhibit B** and hence are whistleblower protected activities for which the Department has been punishing me for 3 years with no end. It is a First Amendment issue because as stated the second ranking agent who was the acting ranking Special Agent in Charge agent of the New York Field Office of a federal law enforcement agency violating a law and being dishonest is a matter of public interest and it should not be me who is seeking to investigate it. It should be investigated by the US Attorney's Office.

They are still withholding my promotion based on whatever made up facts they come up with that day and refuse to communicate with me about it outside me filing a lawsuit which was not my choice. I have been patient. I would not have even filed this request for a motion but for the Government's action which has made clear to me they have no intention of complying with the law and want to drag this case out. I respectfully request they not be allowed to do so while causing continuous harm to me and my finances and be forced to restore me to the rank and pay I should be at until this or another competent court decides otherwise.

e. I request the Government be enjoined from withholding my security clearance indefinitely- This request is made in the same vein and for the same reasons stated above. The withholding of my clearance is predicated on retaliation and this case is a direct parallel to <u>Chien</u> discussed above partly because it's the same people using the same tactics the court denied they can use in that case. Like Chien the

---

[8] See Exhibit F page 2- "I am asking the HRO office and Mr. Carlson if they made the change. I have not heard back from them."

Department used my 5-year security clearance update as the opening to retaliate under the auspice that their actions could not be reviewed under U.S. Department of Navy v. Egan, 484 U.S. 518, 108 S.Ct. 818, 98 L.Ed.2d 918 (1988).

However, as the court said in that case Egan has its limits. In Rattigan v. Holder, the D.C. Circuit held that Egan does not "insulate [ ] from Title VII all decisions that might bear upon an employee's eligibility to access classified information." 689 F.3d 764, 767 (D.C. Cir. 2012). "The court reasoned that Egan does not preclude all review of decisions by employees who lack expertise in security matters and merely report security concerns. Id. at 768; see also Id. at 771 (holding that Egan does not apply to claims premised on the assertion that "agency employees acted with a retaliatory or discriminatory motive in reporting or referring information that they knew to be false")" Chien, 313 F. Supp. 3d at 13 citing Egan, 484 U.S. 518.

In this matter I can literally copy and paste the court's opinion because it is the exact same people, facts, and issue. "Here, [I] argue that the allegation that [I] received "extra scrutiny" during interviews related to [my] security clearance investigation "directly implicate[s] agency decisions regarding [my] security clearance," and thus is "the type of discretionary action [ ] that [is] exempted from review" under Egan and its progeny." Chien, 313 F. Supp. 3d at 13.

I "claim that [I] received "extra scrutiny" during [my] security-clearance update investigation in retaliation for [my] prior EEO activities." Id. This extra scrutiny was done to "dissuad[e] me] from filing further EEO charges against the Agency." Id. Same Department same tactic copy and paste. Some of us stand up to them, most people are dissuaded.

Like in Chien the issues I am complaining about have no apparent connection to national security or any "[p]redictive judgment" about Plaintiff's security-clearance worthiness and thus do not run afoul of Egan. See Egan, 484 U.S. at 529, 108 S.Ct. 818. Moreover, in Rattigan, the D.C. Circuit emphasized that its duty was not only to follow Egan, "but also to preserv[e] to the maximum extent possible Title VII's important protections against workplace discrimination and retaliation." 689 F.3d at 770 (alteration in original) (internal quotation marks omitted). Chien, 313 F. Supp. 3d at 14

For the record the "Castro" in Chien accused and upon information and believe found guilty of violations of Title VII, is upon information and believe from talking to Jo and his deposition on 8 June 2023, the same Rob Castro referred to in this case specifically in **Exhibit B**.

In that case, the court concluded that it could not dismiss the claim as non-justiciable. I am asking this court to do the same thing on nearly the same set of facts against the same agency and the same people. As such I am requesting the right to move for injunctive relief enjoying the government's current actions against me.

f. I request the Government be enjoined from withholding my badge plaque which I paid for- This issue speaks to more than the badge. DSS Agents were given a new badge in approximately 2021 and we were given the option to purchase our old badges after they were placed in Lucite creating a plaque. On 2 November 2021 I placed an order for my badge and paid $105. (**Exhibit G** p.7) I never received the badge and when I inquired about it sparked the email chain involving the deputy executive director

which is **Exhibit G**. In that chain the Department's representative states that I am suspended. (**Exhibit G** p. 4)

That was a telling statement because she knew nothing about me other than my name and the information, I gave which meant she got that information from the Department's GEMS system which is the personnel human resources system. If a federal employee is suspended, they are afforded certain rights to appeal and expedite a resolution to the situation. I have been denied those rights because according to the Department's statements to me, I am not suspended. Even in this request for a motion the Government is wrongfully claiming I have not exhausted administrative remedies.

The reality is that the Department and Government have created, used, and abused a loophole in the system where they can create an indefinite suspension all but in name. If they do not use the word suspension, an employee can be de facto suspended indefinitely under the auspice of some investigation which is unnamed or administrative process. This vale falls when an employee who is not in the loop says something they are not supposed to.

It should be noted that I have on numerous occasions requested my OPM file which would prove or disprove what is stated about my status. The Government has refused to turn it over in any discovery and refused me access by cutting me off OpenNet.

This is just indicative of the issues I have been made to endure and one that can be remedies simply and amicably with an order to compel the government to stop withholding the thing they took my money for and holding it hostage as a negotiating chip as part of this game they are playing to threaten me to drop these actions against them.

VI.    Conclusion

For each of these 6 requests there is a high likelihood of success particularly given the fact that the Government's own potential witnesses have all but admitted everything alleged in this claim under oath and in any number of documents. Given the time already waiting and the indefinite nature going forth as well as the limit on damages to the government there will be irreparable harm in each case. The balances of equities are in my favor as there is no harm to the Government at all in granting them but the harm to me is large from not granted them. It is in the public interest to shine light on the bad actions of the government. Sunlight is the best disinfectant, and we cannot have public servants with the authority to arrest and take lives being dishonest.

This is an issue of public corruption and the Court, the Government, and the American people have an interest in ferreting these people out and removing them from positions of public trust. That is what this lawsuit seeks to do.

Respectfully submitted,

SA Jabari-Jason Tyson-Phipps, Pro Se
255 North Ave #1096 |New Rochelle, NY 10802-1096
646-934-9694 | JJTP@jjtpgroup.com