# Exhibit B

EXHIBIT 27-Tyson Grievance Appeal-AGS 2022-057

**From:** Dumas, Timothy W <░░░░░░░@state.gov>
**Sent:** Wednesday, May 15, 2019 6:19 PM
**To:** Sweeney, Julia P <░░░░░░░@state.gov>; Twerdahl, Elizabeth H <░░░░░░░@state.gov>; Cory, John R <░░░░@state.gov>
**Subject:** Fwd: Concerning Comments
Below is a summary of JJ's comments today.

Get Outlook for iOS

---

**From:** Castro, Robert G <░░░░░░░@state.gov>

**Sent:** Wednesday, May 15, 2019 4:39 PM

**To:** Ugarte, Joseph S

**Cc:** Carlson, Peter M; Dumas, Timothy W

**Subject:** FW: Concerning Comments

Joe,

FYI, below, Re: NYFO SA Tyson-Phipps.

One of my agents (Terrance "Terry" Wallace) just mentioned the below and followed up with a statement - concerning, to say the least.

I've spoken to Amanda as well and she will provide her statement in the morning.

Regards,

Rob Castro

Resident Agent in Charge

Diplomatic Security Service (DSS)

Philadelphia Resident Office

O: ░░░░░░░

C: ░░░░░░░

░░░░░░░@state.gov

**Official**

**UNCLASSIFIED**

**From:** Wallace, Terrance F <░░░░░░░@state.gov>

**Sent:** Wednesday, May 15, 2019 3:42 PM

**To:** Castro, Robert G <░░░░░░░@state.gov>

**Subject:** Concerning Comments

On May 15, 2019 around 2:30 PM, Amanda Rivera, PRO Pathways Intern, and I drove over to the U.S. District Courthouse in Camden, New Jersey to pick up Special Agent J.J. Tyson-Phipps to bring him back to PRO so he could recover his belongings and government vehicle. After SA Tyson-Phipps got into the vehicle, I asked him, "How's it going in there?"

Special Agent Tyson-Phipps began speaking about some of the difficulties he encountered putting his arrest operation together and spiraled into a rant about how NYFO leadership is trying to ruin his career and his reputation. He made references to the EER process, the lack of integrity of NYFO leadership, and how they are trying to "fuck" him. He specifically stated, "If murder was legal, Carlson would be dead." He also stated that "TK" killed himself because NYFO leadership pulled the same "shit" with TK that they are pulling with him [JJ] now. He said he had "the emails to prove it." He continued to talk about how people think he is a threat and are worried about him, but stated he was not going to kill himself or "go crazy like that ICE guy did." He also stated that before he killed himself he would just quit.

His diatribe encompassed the duration of the drive from the courthouse in Camden until we reached the federal building in Philadelphia, approximately 15 minutes. Amanda Rivera and I were present in the vehicle the entire time.

When we returned to PRO, I encouraged him to take care of his mental health.

Sincerely,

Terrance

Terrance F. Wallace

Special Agent

Diplomatic Security Service

Philadelphia Resident Office

600 Arch Street, Suite 5400

Philadelphia, PA 19106

P: ▮▮▮▮▮▮▮▮

F: ▮▮▮▮▮▮▮▮

M: (▮▮▮▮▮▮▮)

ON: ▮▮▮▮▮▮@state.gov

CN: ▮▮▮▮▮▮@state.sgov.gov

**Official - SBU (Sensitive-Law Enforcement)**

**UNCLASSIFIED**