# Exhibit D

## Todman, Stanley I

| | |
|---|---|
| **From:** | Moumeni, Jamila S |
| **Sent:** | Wednesday, September 16, 2020 5:11 PM |
| **To:** | Bonilla, Jean A |
| **Subject:** | E-mails re: Tyson-Phipps |
| **Attachments:** | RE: Option 1 Letter: Tyson-Phipps; Option 1 Letter: Tyson-Phipps; RE: Option 1 Letter: Tyson-Phipps; Status Update - Letter for Mr. Tyson-Phipps; RE: Status Update - Letter for Mr. Tyson-Phipps |

Jean,

It appears that the Option 1 letter is what was sent to Mr. Tyson-Phipps from the GTM/PE Tenure inbox. Please see attached correspondence.

Thanks,
Jamila

Jamila Serena Moumeni
Program Analyst
GTM/PE
Cell ▮▮▮▮▮▮▮▮



SBU -PRIVACY OR PII

1

**Todman, Stanley I**

| | |
|---|---|
| **From:** | Moumeni, Jamila S |
| **Sent:** | Friday, May 8, 2020 11:54 AM |
| **To:** | Scandola, Joni |
| **Cc:** | Siekman, Kelly O |
| **Subject:** | RE: Option 1 Letter: Tyson-Phipps |

Thanks, Joni. So I can notify GTM/CDA that a response to Mr. Tyson-Phipps has been sent today?

**From:** Scandola, Joni <[          ]@state.gov>
**Sent:** Friday, May 8, 2020 11:42 AM
**To:** Moumeni, Jamila S <[          ]@state.gov>; Siekman, Kelly O <[          ]@state.gov>
**Subject:** RE: Option 1 Letter: Tyson-Phipps

Well done team! I clear.

**From:** Moumeni, Jamila S <[          ]@state.gov>
**Sent:** Friday, May 8, 2020 10:59 AM
**To:** Scandola, Joni <[          ]@state.gov>; Siekman, Kelly O <[          ]@state.gov>
**Subject:** Option 1 Letter: Tyson-Phipps

Hi Kelly and Joni,

Attached please find the Option 1 letter with your specifications below. Please let me know if you have any edits. If there are none, I defer to you (Joni) to e-mail the letter to Mr. Tyson-Phipps.

Thanks,
Jamila

**From:** Siekman, Kelly O <[          ]@state.gov>
**Sent:** Thursday, May 7, 2020 4:14 PM
**To:** Moumeni, Jamila S <[          ]@state.gov>
**Cc:** Scandola, Joni <[          ]@state.gov>
**Subject:** FW: Tyson-Phipps

Hi Jamila –

Per the below, Mr. Tyson-Phipps has cleared his psych evaluation. He can now be sent the letter for Option 1. Can you please update it with GTM instead of HR and updated dates, as well as a signature from Joni instead of the DG? DAS Juliao told me that Joni can send it.

We can then get this to the employee by the end of this week.

Thanks-
Kelly

**From:** Juliao, Jeanne M <[          ]@state.gov>
**Sent:** Thursday, May 7, 2020 4:09 PM

**To:** Siekman, Kelly O <​_____@state.gov>
**Cc:** Scandola, Joni <​_____@state.gov>
**Subject:** RE: Tyson-Phipps

Hi Kelly,
Thanks for the chat earlier on this. I was able to go back and find the email you resent me so I can still officially consider myself an email hoarder!
He was evaluated, that process was concluded, and he returned to work (see attached). So yes, the letter can get sent to him (sorry – I thought it already had).
Thanks,
Jeanne

**From:** Siekman, Kelly O <​_____@state.gov>
**Sent:** Thursday, May 7, 2020 3:59 PM
**To:** Juliao, Jeanne M <​_____@state.gov>
**Cc:** Scandola, Joni <​_____@state.gov>
**Subject:** RE: Tyson-Phipps

Jeanne –

PE does have record of the action memo and the draft letter attachments. The memo was bounced from the DMS back to PE pending the outcome of the employee's psych evaluation. I'm assuming that has been resolved and PE could move ahead and send the letter from Joni? Who can tell us if the psych evaluation occurred?

Thanks-
Kelly

**From:** Siekman, Kelly O <​_____@state.gov>
**Sent:** Thursday, May 7, 2020 1:42 PM
**To:** Juliao, Jeanne M <​_____@state.gov>
**Subject:** Fw: Tyson-Phipps

As discussed -

**From:** Scandola, Joni <​_____@state.gov>
**Sent:** Thursday, February 6, 2020 11:45 AM
**To:** Juliao, Jeanne M <​_____@state.gov>
**Cc:** Siekman, Kelly O <​_____@state.gov>
**Subject:** FW: Tyson-Phipps

Jeanne,

Here is the Tyson-Phipps memo which only includes the two options, not the one to separate…

SENSITIVE BUT UNCLASSIFIED

**From:** Spinner, Mikayla E <​_____@state.gov>
**Sent:** Thursday, February 6, 2020 11:17 AM
**To:** Scandola, Joni <​_____@state.gov>
**Subject:** RE: Tyson-Phipps

2

Hi Joni –

Please see the packet attached. The Tabs for this packet can be found <u>here</u>. Please let me know if you have any questions or need any other information!

Thanks,
Mikayla

SENSITIVE BUT UNCLASSIFIED

**From:** Scandola, Joni <[REDACTED]@state.gov>
**Sent:** Thursday, February 6, 2020 10:43 AM
**To:** Spinner, Mikayla E <[REDACTED]@state.gov>
**Subject:** FW: Tyson-Phipps

Hi Mikayla,

Can you please send me the Tyson-Phipps memo that went to the DG? Thanks.

SENSITIVE BUT UNCLASSIFIED

**From:** Juliao, Jeanne M <[REDACTED]@state.gov>
**Sent:** Thursday, February 6, 2020 10:40 AM
**To:** Scandola, Joni <[REDACTED]@state.gov>
**Subject:** RE: Tyson-Phipps

Hi Joni,
I actually have been in contact with DS quite a bit about this, including late last week. I meant to mention it yesterday as well since it directly pertains to our discussion on deferral of an Admin promotion.

As you may recall, DS' original draft EER given to Mr. Tyson-Phipps (JJTP) was satisfactory, but the final version was changed to unsatisfactory (before it was put into OPF). They attached that draft on their Action Memo requesting curtailment of the NY assignment. However, as JJTP is untenured, DS was required to follow a specific process with the DG to rate him as unsat and they did not. As a result, his final rating (as reflected in his OPF) is satisfactory. The DG deferred on the curtailment request based upon the fact that they were pursuing a fitness for duty review. That review was recently completed and JJTP was returned to work in the position in NY they originally wanted to curtail him from.

Since he was rated satisfactory, the DG's hold on Admin promotion would have to have been based on the pending discipline matter which is still pending with CSD. I don't recall if that is how the memo read (i.e., identifying this as a hold under 3 FAH-1 H-2327.2(3)). Can you please send me the signed copy of it? That will help determine next steps.
Thanks,
Jeanne

**From:** Scandola, Joni <[REDACTED]@state.gov>
**Sent:** Thursday, February 6, 2020 8:48 AM
**To:** Juliao, Jeanne M <[REDACTED]@state.gov>
**Subject:** Tyson-Phipps

Jeanne,

I forgot to bring this up yesterday. Did you see my email to you in this a couple of days ago?


---
Sent from Workspace ONE Boxer

SENSITIVE BUT UNCLASSIFIED