# Exhibit F

M Gmail                                                          Jabari-Jason Tyson-Phipps <▮▮▮▮▮▮▮▮▮▮>

**Email chain showing the changes from 3 May to 24 May as referred to.**
1 message

Jabari-Jason Tyson-Phipps <▮▮▮▮▮▮▮▮▮▮>                          Wed, Aug 12, 2020 at 10:09 PM
To: Bob Maddern <▮▮▮▮▮▮▮▮▮▮>, "Maddern, Robert E - Ocala, FL - Contractor" <▮▮▮▮▮▮▮▮▮▮@usps.gov>

This is the email chain I most heavily rely on.

---------- Forwarded message ---------
From: **Tyson-Phipps, Jabari-Jason** <▮▮▮▮▮▮▮▮▮▮@state.gov>
Date: Wed, Aug 12, 2020 at 9:51 PM
Subject: FW: EER In GEMS
To: ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮>

Director had to step in over eer

**From:** Tyson-Phipps, Jabari-Jason <▮▮▮▮▮▮▮▮▮▮@state.gov>
**Sent:** Friday, May 24, 2019 7:13 AM
**To:** Scandola, Joni <▮▮▮▮▮▮▮▮▮▮@state.gov>
**Subject:** Re: EER In GEMS

Good Morning Director Scandola:

Thank you so much. I can not express how much I appreciate all of your help through this and how much patience you have had with me and the time you took. I apologize for even having to bring and of this to you and not replying yesterday. I had Farsi class and a doctor's appointment and just never got back to my email until just now.

I reached out to AFSA and to HR/OCR as DAS Juliao told me too but I don't believe I spoke with HR/ER. To be honest I wasn't and frankly I am still not who the right person to speak with is. Every time I try to address the issue with someone I was told was the appropriate person I get told I should not talk to that person and to go elsewhere. You are the only one who has been kind enough to help which is why I am so appreciative. When I received the letter from DG Perez about them holding my admin promotion because Carlson told her that I received an unsatisfactory rating before the rating was even submitted and to reply to her office I did and then i was told that was not appropriate for this all. I was told Executive Director Dietz but then that wasn't right and DS HR turned into this stone wall with TJ Shelton and Ms. Reeder telling me the day of the arrest, when I stepped out of the Marshals' office while they were processing my prisoner to call them about this, they could do what they wanted and eventually if I didn't just except it they were going to push the EER forward. That is when I reached out to you. The day after that was when they took my equipment and state badge and all that happened. AFSA told me to write a memo and DAS Juliao said to file a grievance yesterday.

Honestly I just want the nightmare to be over. I don't want to be fighting legal battles over what really amounts to nothing.

All I've ever asked for is to be treated relatively fairly. I'm denied things everyone else has like home to work or time off I've accepted that for two years. They won't give me training or tdy assignments ok fine. They pass me over for leadership positions for more junior agents ok and write me up unfairly in 1974s with information probably false by video tape ok but when it comes to holding up my administrative promotion and writing things in my permanent record I had to draw the line and their response has been to just attack and lash out at me for just asking they follow the rules.

I've been avoiding with all my power filing any more complaints. I've tried to reason with them which hasn't worked. I've begged them which hasn't worked. I've tried to reach out to others to reason with them which has worked limitedly with you (I hope I still have not seen the eer the system was down last night). The doctor gave me a note until Thursday and I have another appointment Friday which leaves me just Thursday to go to that office before I believe I am supposed to PCS to my next post. I've tried to just do ask they ask however unfair and just hope that this ends after next week so I can move on and not have to look back.

Thank you again for everything, I really do appreciate it, and I apologize for using your time and bringing this all to you.

JJTP

Jabari-Jason Tyson-Phipps

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +[REDACTED]

Mobile: +[REDACTED]

---

**From:** Scandola, Joni
**Sent:** Thursday, May 23, 2019 1:57:21 PM
**To:** Tyson-Phipps, Jabari-Jason
**Subject:** RE: EER In GEMS

I am asking the HRO office and Mr. Carlson if they made the change.  I have not heard back from them.

I have little influence on the admin leave part.  Have you talked to anyone in AFSA or HR/ER about it?

---

**From:** Tyson-Phipps, Jabari-Jason <[REDACTED]@state.gov>
**Sent:** Thursday, May 23, 2019 10:46 AM
**To:** Scandola, Joni <[REDACTED]@state.gov>
**Subject:** FW: EER In GEMS

Good Moring Director Scandola:

I hate to bother you with this again but based on our last conversation I thought that it was agreed that I should not be given a satisfactory rating and then the "The career candidate is unlikely to perform effectively even with additional experience" mark yet they have persisted in changing it to that.  I noted that it was changed initially then they tried to sneak it back in today when I got the email below telling me to push it along after it has been the "Additional development and observation is needed" we had discussed up until yesterday afternoon.  Additionally he has persisted in adding back the "I do not recommend JJ for tenure and I do not see him performing successfully at the next level." Language which I know we did not discuss.

Was there a change?  I just want to make sure before I pushed it along.  The screenshots are below.

Additionally I think we discussed I was put on admn leave and punished by having my ID card creds and all my equipment taken from me after rising this issue in addition to being moved to a different work location not on my SF-50 which is more inconvenient ad cost more to get to in addition to them holding up my admin promotion all of which also does not seem right.

Thank you

JJTP

Last Modified By:    JAGELS,ERIC M          05/13/2019 11:51:18AM

**Complete VII.A. Eval Perf & Potential**

**Comments:**

SA Tyson-Phipps (JJ) strength's lie in Diplomatic Security's (DS) investigative mission.  He spent most of his time this rating period working on DS's criminal investigative program.

One case that was assigned to him seemed like a dead end as the SUBJECT had several prior cases opened on him by DS and other agencies which did not result in any finding of fraud.  JJ was only presented with facial recognition suggesting that three photos in different applications were related but no further information.  Using what was given, he was able to gather additional information through records checks and analyze it by cross referencing and finding patterns which resulted in him being able to track down the SUBJECT and ascertain his identity.  In this case, even though the names used by the SUBJECT had no discernable pattern, JJ was able to use his critical thinking skills to find people and records associated with those identities to narrow down an individual they all had in common and focus the investigation on that person.  JJ then reached out to law enforcement partners who he has built relationships with over his time at the New York Field Office and work with them to procure additional records which corroborated his theory of the identity of the SUBJECT.  He was then able to leverage his law enforcement contacts to end the SUBJECT's forty-two years of using identities stolen from U.S. Citizens and have him flagged for removal.

In another case, JJ was presented with an individual who walked into the passport office who was suspected of passport fraud and identity theft and was able to use his persuasive abilities to quickly obtain a written confession.  Investigating further, JJ found the SUBJECT had committed tens of thousands of dollars in fraud in the victim's name to which he was able to put an end.  JJ sat down with the two criminal chiefs for the Southern District of New York about the case and when the case did not meet the guidelines for prosecution, JJ was able to network and meet an assistant director of the Enforcement and Removal Operations (ERO) division of ICE to make sure the SUBJECT would not go free and be able to continue to use a U.S. Citizen's identity to steal money and commit fraud.  The assistant director of ERO was so impressed with the quality of JJ's reports and work he helped JJ coordinate an enforcement team which ultimately led to the SUBJECT being removed from the U.S. which allowed the victim of the identity theft to get his life back.

While JJ had some notable success, there were some areas that require improvement.  JJ ran afoul of an interpretation of 12 FAH 9 H 022 (7) which relates to the carrying of unauthorized firearms when he used poor judgement to have a personal weapon on his ankle while on duty.  JJ chose to secure the weapon on his person as opposed to using other reasonable alternatives.  It should be noted that since this incident the section of the FAH has been amended to make its intent clearer.

Another instance where JJ's intent was in the right place, but the result was not ideal occurred during the United Nations General Assembly (UNGA).  JJ was assigned to work "chutes" which are a series of police-controlled roads to allow protective details to drive to the UN as quickly as possible.

There came an occasion when JJ, attempting to deescalate a conflict, who was identified as an Indian "Minister" but not a DS protectee to the UN.  During the time it took him to negotiate the walk, the USSS began to freeze all movement in preparation for the arrival of the President of the United States.  JJ was able to bring the woman to the line to cross the street to the UN before their movement was frozen.  While she thanked him and DS for his professionalism in attempting to facilitate her getting to her speech, in doing so there was confusion created by him acting beyond the scope of his job as a chutes' agent.

I do not recommend JJ for tenure and I do not see him performing successfully at the next level.

**VII.C. Rater's Summary Judgmnt**

Step:  **6**    For All Employees: Indicate whether performance was satisfactory or better. (If No is selected, see instructions for documenting unsatisfactory performance.)

For Untenured Employees Only: Indicate whether the employee is recommended for tenure (select one).

Last Modified By:    SHELTON,THERAN J          05/22/2019  3:04:51PM

**For All Employees:**

Was performance satisfactory or better?    Yes    ▼

**For Untenured Employees:**

○ The career candidate is likely to perform effectively across a normal career span

○ Additional development and observation is needed

⦿ The career candidate is unlikely to perform effectively even with additional experience

**VIII. Review Statement**

Step:  **7**    Assess the rated employee's preparedness for positions of greater responsibility, citing examples of performance.  Describe the employee's relations with the rater, peer, and subordinates.

Last Modified By:    CARLSON,PETER M          05/13/2019 11:11:20AM

**Complete VIII. Review Statement**

**Comments:**
(Approx 19 lines)

I completely agree with Eric Jagels assessment of SA Tyson-Phipps actions during this rating period.  It is a 100% honest  rendering of the events surrounding SA Tyson-Phipps last year in the New York Field Office.

Each one of the problems which befell SA Tyson-Phipps this year, and noted by his rating officer, was entirely self-inflicted.  His judgment, decision making and interpersonal skills were at the heart of all of his problems.  Eric has related the events surrounding his carrying an unauthorized firearm while on duty, but it should also be noted that despite this being a clear violation of State Department regulations, SA Tyson-Phipps continues to insist he did nothing wrong.  His explanations for what transpired all fail to acknowledge responsibility for his actions.  This theme is repeated in each incident described by Eric in his review of SA Tyson-Phipps performance this year.

Both Eric and I have sat down at length with SA Tyson-Phipps and talked about what he can do to become an effective special agent; and he is capable of being an effective special agent.  Unfortunately, none of the advice we gave to encourage him has been acted upon.

**I.2. Review Official Signature**

Step:  **7**    I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Jagels, Eric M <██████@state.gov>
**Sent:** Thursday, May 23, 2019 10:21 AM
**To:** Tyson-Phipps, Jabari-Jason <██████@state.gov>
**Subject:** EER In GEMS

Greetings JJ,

It looks like your EER is ready to be moved along. Are you able to go in and move it to the next step? Thanks!

V/R,

Eric

Eric Jagels

Supervisory Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: ██████████

Cell: ██████████

--
_____
Jabari-Jason Tyson-Phipps

██████████████

_____