# Exhibit G

 Gmail                                                    **Jabari-Jason Tyson-Phipps** <⬛⬛⬛⬛⬛>

## RE: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation ⬛⬛⬛⬛⬛

1 message

---

**Terrini, William R** <⬛⬛⬛@state.gov>                              Wed, Aug 24, 2022 at 7:16 AM
To: Jabari-Jason Tyson-Phipps <⬛⬛⬛⬛⬛>
Cc: "Anthony, Joseph M" <⬛⬛⬛@state.gov>

Good Morning

I would like to add that the person who respond to you originally is not a State Department employee, but a third party contractor who works for Olgoonik Solutions, LLC.  If she is new, it is very likely she did not know how to state the situation correctly, which caused all of the confusion.  Regards,  Bill

---

**From:** Anthony, Joseph M <⬛⬛⬛@state.gov>
**Sent:** Tuesday, August 23, 2022 2:29 PM
**To:** Jabari-Jason Tyson-Phipps <⬛⬛⬛⬛⬛>
**Cc:** Terrini, William R <⬛⬛⬛@state.gov>
**Subject:** RE: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation #⬛⬛⬛⬛

Jabari,

It was good to talk to you today.  I dropped all the other people off this e-mail as I did not think they have a need to know.  Per our conversation you are not suspended.  You are still in NOC status, that has not changed.  What the DS Credentials Office should have clarified is that your security clearance is currently suspended, that status has not changed. DS/EX did not have any new updates.  The credential office must follow the 12FAM372.6-6 that states while your clearance is suspended you may not recieve media (Lucite encased badge) until the clearance issue is resolved, see below.  Let me know if you have any questions.

Thanks,

Joe

12 FAM 372.6-6  Good Standing

(CT:DS-365;   08-18-2021)

a. For purposes of requesting media (12 FAM 372.6-4) or LEOSA photographic identification cards (12 FAM 372.6-5), current or former DS employees may be deemed to be not in "good standing" if, at the time of retirement or separation, any of the following are applicable:

(1)  There was a determination made or action initiated to remove, or propose to remove, the employee from the Department;

(2)  The employee's security clearance is suspended or revoked;

(3)  The employee was found to be permanently unfit for duty through a Fitness for Duty Evaluation and had not been returned to duty following that determination;

(4)  There is/was a pending allegation of misconduct against the employee, the investigation of which produced sufficient evidence to support a referral for formal disciplinary action; or

(5)  The employee left DS following formal allegations of misconduct.

b. The PDAS/DSS director shall have the authority to review the facts and circumstances relating to the employee's good standing determination and retirement or separation and, if the facts so warrant, make a determination that the employee did not retire or separate in "good standing."


12 FAM 372.7-2  Ownership and Surrender

(CT:DS-196;   09-17-2013)

a. DS identification media is the property of the U.S. Government and provided to the employee for the convenience of the Government.  At no time does the employee possess property rights to DS identification media.

---

**From:** Jabari-Jason Tyson-Phipps <████████████████>
**Sent:** Monday, August 22, 2022 7:13 PM
**To:** Anthony, Joseph M <███████@state.gov>
**Cc:** Muggleworth, Charles D <████████████@state.gov>; Taylor, Jason E <████████@state.gov>; Terrini, William R <███████@state.gov>; Welch, Rebecca L <███████@state.gov>
**Subject:** Re: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation ████████


Understood and thank you for taking the time to look into it.  I will hold tight from anything until I hear from you.


On Mon, Aug 22, 2022 at 2:19 PM Anthony, Joseph M <███████@state.gov> wrote:

> HI Jabari,
>
> I am getting to all my E-mails after being on AL last week.  I will discuss with Bill tomorrow.  There is no escalation that DS/EX and I are aware of.  I do think incorrect terms have been used and we will sort that out tomorrow.  There are some FAM regulations that apply to the Lucite Badge DSSAA program and we can go over that when Bill gets back in the office tomorrow.
>
> Thanks,
>
> Joe

---

**From:** Jabari-Jason Tyson-Phipps <████████████████>
**Sent:** Friday, August 19, 2022 4:26 PM
**To:** Welch, Rebecca L <███████@state.gov>
**Cc:** Taylor, Jason E <███████@state.gov>; Terrini, William R <███████@state.gov>; Anthony, Joseph M <███████@state.gov>; Muggleworth, Charles D <████████CD@state.gov>
**Subject:** Re: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation ████████


Thank you Becky.


Do you know who that is I should be reaching out to. Obviously you have some contact  where you got your information from. I will add my only PSS contact the clearance investigator who had insured me that it was not all a pretext farce but your email suggests that it is.


 Again I can only take what you said as as fact and that would be a major escalation and would seem like there is a secret status that I am not aware of.

Case 1:23-cv-02316-LAK-GWG    Document 9-7    Filed 06/12/23    Page 4 of 10

That said, I would like to keep my order for my old badge to be put in plastic so it won't be melted down as a memento of the 6 years of service that I've given this agency. I do not understand why a badge in plastic would be effected even if I were suspended being that agents who have retired has received them other than it being intentionally spiteful and another act of retaliation.

JJTP

On Fri, Aug 19, 2022, 14:33 Welch, Rebecca L <█████@state.gov> wrote:

Please refer to PSS for your status.

THANK YOU,

"BECKY"

Rebecca L Welch

DS CREDENTIALS OFFICE

U.S. DEPARTMENT OF STATE

2025 E St. NW

Washington, D.C. 20522

SA-09 ROOM: SE 1075

EMAIL: █████@state.gov

OLGOONIK SOLUTIONS, LLC

DS/DO/DFP/SSD

█████

---

**From:** Jabari-Jason Tyson-Phipps <█████>
**Sent:** Thursday, August 18, 2022 3:03 PM
**To:** Welch, Rebecca L <█████@state.gov>
**Cc:** Taylor, Jason E <█████@state.gov>; Terrini, William R <█████@state.gov>; Anthony, Joseph M <█████@state.gov>
**Subject:** Re: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation █████

Thanks for the response. It is my understanding that I am not suspended but on NOC status while my clearance issue is being resolved which I assume will be shortly. Can you please confirm that I am in fact suspended because that would be news to me. As I understand it I am still an agent assigned to countermeasures. I have cces the my first and second line supervisors, the deputy executive director as well.

Thank you,

JJTP

On Thu, Aug 18, 2022, 12:24 Welch, Rebecca L <[REDACTED]@state.gov> wrote:

> Good morning,
>
> Unfortunately, you cannot participate in the Lucite program due to you being suspended.  I have contacted DSSAA for a refund for your purchase.   Order number: [REDACTED]
>
> You may also contact DSSAA to follow up on your refund.
>
> THANK YOU,
>
> "BECKY"
>
> Rebecca L Welch
>
> DS CREDENTIALS OFFICE
>
> U.S. DEPARTMENT OF STATE
>
> 2025 E St. NW
>
> Washington, D.C. 20522
>
> SA-09 ROOM:  SE 1075
>
> EMAIL: [REDACTED]@state.gov
>
> OLGOONIK SOLUTIONS, LLC
>
> DS/DO/DFP/SSD
>
> [REDACTED]
>
> ---
>
> **From:** Jabari-Jason Tyson-Phipps <[REDACTED]>
> **Sent:** Friday, August 12, 2022 9:57 AM
> **To:** Welch, Rebecca L <[REDACTED]@state.gov>
> **Subject:** Fwd: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation [REDACTED]
>
> Hi Rebecca:
>
> I received this a few weeks ago and I have been meaning to follow up with you.  I was told I should reach out to you for the status of this.
>
> Thanks

JJTP

---------- Forwarded message ---------
From: **Elizabeth Dewedoff** <▮▮▮▮▮@blackinton.com>
Date: Thu, Jul 28, 2022 at 2:13 PM
Subject: FW: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation
To: jabari.phipps@gmail.com <▮▮▮▮▮▮▮▮▮>
Cc: Patrick Nassaney <▮▮▮▮▮▮@blackinton.com>

Hi Jabari-Jason,

The badges and order form are with Rebecca Welch with the DS Credentials Office.

You may want to check with Becky regarding your order.

**Contact info:**

Rebecca L Welch

DS Credentials Office

U.S. Department of State

2025 E St. NW

Washington, D.C. 20522

SA-09 room:  se 1075

Email: ▮▮▮▮▮@state.gov

Olgoonik Solutions, LLC

DS/DO/DFP/SSD

▮▮▮▮▮▮▮▮

Have a nice afternoon!

Elizabeth Dewedoff

Federal Customer Service Representative

V.H. Blackinton & Co., Inc.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

TEL: ▮▮▮▮▮▮▮▮

FAX: ▮▮▮▮▮▮

Case 1:23-cv-02316-LAK-GWG    Document 9-7    Filed 06/12/23    Page 7 of 10

E-mail: [REDACTED]@blackinton.com

Website:  www.blackinton.com

**From:** Jabari-Jason Tyson-Phipps <jabari.phipps@gmail.com>
**Sent:** Wednesday, July 27, 2022 6:52 PM
**To:** badges <badges@blackinton.com>
**Subject:** Re: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation [REDACTED]

I wanted to follow up on this again because I never heard back from you.

Thanks

JJTP

On Fri, Jun 24, 2022, 03:08 Jabari-Jason Tyson-Phipps < [REDACTED] > wrote:

> Hi I wanted to follow up with you all about this. Is there an ETA just so I can set my expectations.
>
> Thanks in advance
>
> JJTP
>
> ---------- Forwarded message ---------
> From: **Customer Service DSSAA** < [REDACTED]@dssaa.org>
> Date: Thu, May 26, 2022, 18:56
> Subject: Re: Diplomatic Security Special Agents Association (DSSAA) Order Confirmation [REDACTED]
> To: Jabari-Jason Tyson-Phipps < [REDACTED] >
>
> Based on your order date you may be in the tranche that was sent off to Blackinton by DS Credentials office about 3 weeks ago. You would need to check with them but while many agents put in their orders they did not all turn in badges and so they wait for them to come in…400 in this last group.
>
> On Thu, May 26, 2022 at 6:19 PM Jabari-Jason Tyson-Phipps < [REDACTED] > wrote:

Case 1:23-cv-02316-LAK-GWG    Document 9-7    Filed 06/12/23    Page 8 of 10

Hello I wanted to follow up on this. I never heard back from you.


On Wed, Mar 9, 2022, 22:33 Jabari-Jason Tyson-Phipps <​                    ​> wrote:

Hello


I was wondering if there is an expected time frame for this.


Thanks


JJTP


On Tue, Nov 2, 2021 at 12:39 AM Jabari-Jason Tyson-Phipps <​                    ​> wrote:

Please find the required documents for my order attached.


JJTP


On Tue, Nov 2, 2021 at 12:11 AM Diplomatic Security Special Agents Association (DSSAA)
<​          @dssaa.org> wrote:

# Diplomatic Security Special Agents Association (DSSAA)

Hello Jabari-Jason Tyson-Phipps,                                    **DSSAA**

Thank you for shopping with us. We                                  PO BOX 228

have received your order. We'll send a                              DUNN LORING  VA 22027

confirmation after your items ship.


**Order:**          | **Date:** 11-02-2021


**Shipping Address**                              **Shipping Method**

Case 1:23-cv-02316-LAK-GWG    Document 9-7    Filed 06/12/23    Page 9 of 10

JABARI-JASON TYSON-PHIPPS                                    Ships Free

**Billing Address**

Same as the shipping address

# Order Summary

| | |
|---|---:|
| **Lucite Wood Stand** | **$105.00** |
| Subtotal: | $105.00 |
| Shipping (Ships Free): | $0.00 |
| **Order Total:** | **$105.00** |
| Selected payment method: | |

If you need any assistance with your order, please email us at _____ **@dssaa.org**

--

Case 1:23-cv-02316-LAK-GWG    Document 9-7    Filed 06/12/23    Page 10 of 10

_____

Jabari-Jason Tyson-Phipps

--

_____

Jabari-Jason Tyson-Phipps

_____

--

Best regards,

DSSAA Customer Service

--

_____

Jabari-Jason Tyson-Phipps

_____

--

_____

Jabari-Jason Tyson-Phipps

_____