# Exhibit H

 **Gmail**                                    **Jabari-Jason Tyson-Phipps** <▮▮▮▮▮▮▮▮▮▮>

---

## Fwd: Statement
1 message

---

**Jabari-Jason Tyson-Phipps** <▮▮▮▮▮▮▮▮▮▮>                          Tue, Sep 15, 2020 at 6:16 PM
To: JJTP group LLC <▮▮▮▮▮▮▮>, Jabari-Jason Tyson-Phipps <▮▮▮▮▮▮▮▮▮▮>

Email showing I reported Tyle TK King was being harassed befored suicide.

---------- Forwarded message ---------
From: **Tyson-Phipps, Jabari-Jason** <▮▮▮▮▮▮▮@state.gov>
Date: Fri, May 11, 2018 at 5:33 PM
Subject: RE: Statement
To: Brown, Ardena M <▮▮▮▮▮▮@state.gov>
Cc: Yorke, James <▮▮▮▮@state.gov>


Ms. Brown:


I apologize this took a very long time and I only hope I gave the details you need. It is very long and I apologize. I cced Mr. York from Asfa because I spoke with him earlier and so he has the same information. I tried to include most of the supporting documents and I am hoping it is not too much to send. I apologize in advance for the typos. I am rushing to get this out to you and I haven't gotten a change to read it over. Most of the documents and emails I refer to in what is below should be attached so you can read them first hand. Please let me know if anything is unclear.


Thank you in advance and have a good weekend,


J


**Short Summary:**


I have been bullied and harassed by my supervisor, Eric Jagels and his friend Shamar Mitchell who bullied another agent Jennifer Pyle into resigning recently. The treatment and harassment dates back to the beginning of my time at NYFO but came to a head more recently after I made my initial complaint to Assistant Special Agent in Charge (ASAC) Tanya Sears who was Eric's boss and our EEO counsellor on March 17, 2018. This was preluded by an email to Eric a few days prior complaining that I had been denied training a second time after I was promised they would make up for the training that they had previously wrongfully taken from me on or around July 21, 2017. This mistreatment has included screaming, cursing and general mistreatment and different treatment than my peers.


After I complained, I was retailed against by Eric and NYFO management in my EER and through other means. On April 25, 2018 I was asked directly if this is an EEO thing and then told ok we will see in ASAC Carlson's office by Jagels after screaming session he had in his office after which I went to Carlson for assistance. I asked Carlson to switch supervisors and was denied any help. After this my EER was drafted by Jagels and submitted to me at approximately 1530 on April 30, 2018 when it was due at 1700 that day and I was told it was my move to push it forward.

My EER included false and defamatory statements, hearsay and violations of my due process rights to confront the witnesses against me.  More directly I there was a direct violation of 3 FAM 2246.2-1a which requires that I be given a written warning of what I did unsatisfactory and a chance to remedy those things before I be given an unsatisfactory on my EER.

When I brought this to NYFO management's attention ASAC Peter Carlson told me directly "I don't care" and that I should go figure out what I can do about it because he was not going to change it because that is what Eric wanted.  I was then guided to SSA Diana Latham to ask her who I can contact in HR and upon looking at it and the FAM reference she was the one who ultimately changed it. Now when I look at my performance documents there are documents in there where Eric is trying to backdate and claim that he had conversations and wrote a report where he did not.  This is clear from the timestamps.  In the same way we never had the "session" to set expectation required at the beginning of rating periods he claims.

Emails show he told our unit to write in a random say, which is further evidenced by the fact that the day chosen is a Saturday.   All this has been brought to the attention of Carlson who has strongly defended Eric even when it is proven clear that he is lying and wrong.  Carlson's response has been he don't care and that I don't "get it" when I can only understand to mean I don't get that the facts don't matter they are going to make me suffer.

I have asked to change supervisors which was suggested and Carlson denied it on spite because he was not going to let a first tour agent get his way.  I was supposed to report to my onward assignment in June and that was pushed back a year so I have to stay under Jagels for another year.  I don't feel comfortable coming to work.  There is constant yelling at me cursing and mistreatment.  I would like to just be at peace and because this is such a small organization I no longer feel I can be effective because Jagels and Shamar have begun to spread these lies about me.  I have asked to leave this post and that has been denied and it feels my only option is what they want which is to leave the department.

I have enclosed several documents which I refer to in the details below and other I did not which will shed light on and corroborate what I am saying

**More Details:**

Below is a brief synopsis of the continued pattern of harassment I have suffered but is no the totality of all the situations and details.  I can elaborate further but I would like to get this initial statement out and I am sure I will forget things.  I would like to start with what I consider some of the initial major things.

I was approved and set to go to the Internet Investigations training course at the Federal Law Enforcement Training Center (FLETC) scheduled between July 24 and August 4 2017.  My tickets had been paid and issued  and everything was scheduled and approved.  On July 21, 2017 I was made to withdraw from the class.  I was told this was because ASAC Joseph Ugarte, who is not the acting Special Agent in Charge(SAC) of the New York Field Office (NYFO) stated that had not been in the office 90 days.  This was a policy that no one could show in writing, that many people had not heard of and the fact was that I had arrived at NYFO on April 25th.  This is evidenced by an email from SSA Elizabeth McAleer from April 20, 2017 copied below:

All,

Congratulations on your graduation from Special Agent training!

I am writing to inquire if you all would be able to report on Tuesday, April 25th instead of Wednesday, April 26th (still 0900hrs).

We have gotten word that multiple FM's and the Sec State will conduct meetings on North Korea next week at the UN and we most likely don't have enough manpower to staff all the details.

I will conduct orientation on Tuesday and perhaps Wednesday.  Thursday and Friday you will most likely be assigned to PRS.

If reporting a day early will cause you a great deal of inconvenience, please let me know.  I will certainly make up this lost admin day at the tail end of orientation.

Elizabeth

SBU

This email is UNCLASSIFIED.

---

That being said there were legit grounds to deny me the training.  That being said that was not the first reason given nor was it the real reason.  The real reason was that I was being punished for an incident that was reported but which didn't happen (again email evidence) on an SD trip between July 2 and July 10.  I was accused of reporting late when the report time was 2200 and I reported at 2135 or so.  Ugarte took that fact which was reported back the SAC Wendy Basham and punished me before looking at the evidence.

This started an issue where I asked Ugarte about that and through several conversations I felt my career was threatened if I were to complain further.  This conversation took place on about July 20, 2017 at approximately 1530  I took contemporaneous notes of things because I was particularly upset by that incident as I have done on a few other incidents and sent those notes to Jagels which were never questioned until recently which sides shifted.  Specifically Ugarte stated that he was an ASAC and would be my reviewer and I should be careful what I said to him.

There was no way to get the training back and being intimidated what else would be done to me I backed off and said nothing.  Eventually I was told by Ugarte that he would make the training up to me next time it was available.  I was still upset and complained that there would not be another opportunity because of the UN General Assembly (UNGA), then Advanced Tactics Leadership and Skill (ATLaS) training which was mandatory and the then the Olympics which I has in theory assigned to by Domestic Protection as a TDY. He said my plate was full it looked like but keep him informed and if something came up he would push it though.  This was what is the cause of the current issue but I would like to move forward in time.

Another large incident that occurred that I was forced to go to ATLaS over objections that my father was on his deathbed. Jagels did in fact eventually comment that I would just drop out last minute but I was made to feel that it would ruin my

career and I felt guilted into going. This included a conversation had at the duty office at Varick street in which John Ellis and other agents were present when I voiced my opposition to going and there was a debate about going or not just in 2017.


Ultimately I did go to the high threat ATLaS training and my father did in fact pass during the training on November 13th , 2017. I had been home the day before having traveled back from West Virginia to Pennsylvania. He was admitted to the hospital for the final time on Sunday November 12 but I needed to go back to training and so I left and he passed the next day. I reported this to my team leader Kurt Vogley at approximately 2024 on November 13 after I found out. Specifically I stated that my Dad ( who is my uncle technically but the father who raised me) passed at 1600 and I would be asking for some time off. He asks if am going to speak with Lee, referring to Lee Rowlands the class coordinator. I reply that I am going to update him referring to the fact that we had spoken about my father being sick previously. During the first week or two I was sat down with Lee and Sloan (the head instructor) and asked why I didn't want to be in the training and I explained my father was sick. This was updating them as to what was going on. Kurt asks if he my tell Eric Bramble the class President and I saw yes. You will also not that Kurt replies that there is no shame in my wanting to take time off referring as I said that I was continuously shamed into going to the training over my objections over being there because of my father.


In fact I was not allowed to go home. Even worse I was made to go through kidnap and survival training which included physical and mental torture and abuse all night for 12 hours the very next day or the day after. When I was allowed to go home the Friday night I had the pay taken from me that others received for the next day's travel from West Virginia to Quantico because I spent the day doing my father's Eulogy before turning around and coming right back to Quantico to be on the range Sunday morning.


This is important because it is part of the pattern of lies and harassment. After I complained recently, there was a particularly nasty comment made to me by Carlson about this situation and my father during discussions about the recent treatment and things going on. Carlson accused me of lying and saying that I wanted to stay at the ATLaS training and furthermore I stated I did not care about my Father or his passing which invoked a strong reaction. That conversation happened in the afternoon of May 3, 2018 in his office. I sent him an email voicing my felling about what he said and showing that I did in fact make clear to the next person in my chain of command that I intended to go home but suddenly that changed after something off record happened and it is documented that I was going to have a conversation with Lee. It was first claimed that I did not tell anyone he died until after until I pointed out that I have a voice mail from Lee to my mother telling her that I was in the kidnap training and was being denied access to my phone and in case of emergency call him.


This is just to demonstrate the pattern of behavior I have been made to put up with. There were several instances that went undocumented in which Jagels had yelled and cursed at me or made me feel as if he was the only one who had my back. He used the word me being in his sphere of influence. As I mentioned it was like Stockholm syndrome or being gaslighted. I was told not to talk to certain people or this person for example Ugarte or SSA McAleer was against me or didn't like me and it was only him protecting me. It soured my relationships with people in the office. Then I was told these things didn't happen when there are hints and pieces from records which show it did.


One such record is another documented case or screaming and bullying. On December 26, 2017 just after I came back from ATLaS I sent Jagels a few emails with questions I had as he was my supervisor regarding weapons policy which was not made clear to me. The first was regarding documentation of what weapons I was issued and the second was over which weapon I needed to carry. As to the first question I first as Harold "Dan" Drew one of our management specialists who referred me to Jagels and Tracy Valle our support specialist who has the paper file which needed to be amended. She was on the phone. I went my best and sent the email to Jagels requesting guidance and cced Tracy. Separately I sent an email requesting guidance as to the policy on carrying the Glock 19 (a larger pistol which replaced our main duty pistol the Sig 229R) v the Glock 26 (a smaller pistol which was newly issued and did not replace anything). I received two responses from Jagels. To the first email which Tracy was CCed on I was told to not to talk to Tracy ever. That was quite embarrassing to be treated that was in such a public setting in front of a work colleague. Further Tracy is my timekeeper and helps with many admin things around the office so I need to speak with her. To the second email Jagels responded in what I felt was a nasty tone asking what I was talking about.

At this point I picked up the phone to call him so better email because I was at our New Jersey office with Tracy and he was at the Varick street in New York.  I was met with cursing and screaming. I was told and he repeated several times and made me repeat "Tracy is not your fucking secretary.  Get that through your head."  It was pure vitriol and unexpected and I was in shock. He then treated me like I was stupid for not knowing the policy regarding the Glock 26.  He accused me of lying that I did know the answer and asked why I was asking.  I responded that he was my supervisor and I needed clarity.  He ultimately hung up the phone on me which he has done quite often.

I was in shock and didn't know what to do other than figure it out for myself.  Ultimately Tracy replied to the emai land told me I was correct and to just drop by her desk and we could change it.  He emailed back later with a citation to the weapons policy and a comment again in my opinion calling me stupid for not knowing the policy.

I had spoken to other about what was going on at NYFO during ATLaS and compared their situation and I began to realize it was not normal.  This situation really did hurt me and I wrote a note to myself about what happened after being encouraged to NYFO management by others in the office but not wanting to start any trouble.

This was just one of many incidents that I kept bottled up not wanting to cause any trouble.  Not soon after I left for Korea for the Olympics for a few months as an Alternate.  My first assignment there was to the Airports where I worked with Shamar Mitchell who is Jagels's friend.  Shamar was also the Supervisor of one of my BSAC classmates Jennifer Pyle, who was the President of our BSAC class (For the record I was the President of our FSI class).  Jen and I after an initial bumpy road grew to be friends and would talk via text and phon about our experiences.  She would often tell me about her supervisor who would treat her in her opinion poorly and make fun of her age (She is in her late 40s) and call her names like grandma etc.  I didn't know who this person was but she would listen to me and I would listen to her and we would help each other coup with the poor treatment we felt we received.  The first time we worked together or in the same place since BSAC was in Korea with Shamar.

Shamar found out that were friends and started to treat me poorly as well.  For the record we were working the arrivals of the athletes and working as liaison officers not security as we had no jurisdiction, mandate, weapons or protective equipment.  We were just there to facilitate the arrives and communication between the host nation and the teams.  Shamar wanted to turn things into a security operation and he was reprimanded for it several times and ultimately was not asked to stay on through the Paragames which I was asked to stay after my actions were reviewed.

I worked with Shamar at the Nest hotel and the airport and every day I and another agent would go to the airport together as a team and Shamar would stay at the hotel and "work."  This was until the day that Chloe Kim a high profile athlete came Shamar then took it upon himself to reassign me to the hotel while he personally went to pick her up.  I would also like to note that there is a policy/rule/law about treating US citizens with preferential treatment  if they don't have a special status given which she did not. When he came back with her it was remarked to by some of the US Olympic Committee staff (USOC) that he seemed to be flirting with her and she was underage (17).  I in turn covered for him saying that it was probably not what it seemed like and that he was going security and was probably talking with her to ease her mind.  I also communicated with them regarding her arrival so they would have her room key and welcome package ready so she would not spend much time in the hallway.

This is a barebones description of what happened and I am including it because it is referenced in my EER draft.  I never received written feedback regarding this.  At the time Shamar came to me because I was smiling and deflecting with Sherry the USOC employee about what she perceived he was doing. He asked me was I being professional and I said of course.  Her response to me was how dare he ask you that given what he was doing. I said it was ok and things went on. If I was not to be trust and was unprofessional in his eyes why did he then leave me alone again in the same position when Lindsey Vonn came and he worked that arrival? Now in the revisionist history it is being said that I could not be left alone but the facts don't match up to the lies being told.  Further all this happened the first week or two in Korea and I could have been sent home immediately as I was an alternate and didn't have an assigned job.  Instead I, as a FS5, where Shamar is an FS2, was given increased responsibility and sent to work as DS's representative in the joint

operations center(JOC) with people from several domestic and international agencies.  Further still, I could have been sent home after the Olympics were done and not asked to stay for the ParaGames like Shamar was but instead I was given the high profile very visible job as DS's agent in the Olympic village, which I rotated with another agent unsupervised.  Yet now in the revision of history I was unable to work unsupervised during the first week forget the next two months.    In fact my supervisor while I was there wrote an email to my next supervisor at my next assignment in which he states that "I suspect he has not had much by way of strong leadership/mentorship thus far in his DS career" referring to Jagels and what had been going on.

Shamar's behavior and treatment ultimately led Jen to resign in March when she could no longer deal with it.  At the Olympics he would often make snide comments about her to me and vice versa.   On April 3rd at 1043 Jen texted me that she resigned.  As a reminder, she is an agent from Miami with no connection to NY other than knowing me.  There no one in NY new that we spoke.  That being said the same day Jagels came out of his closed office to my desk and confronted me about her resigning asking for information which I didn't have because she hadn't told me.  He pressed me for information on my friend finally quitting until he finally said ok fine you don't want to talk about it ok. He then went to the next set of cubes and began to tell Rick Schiffer and Joe Grasley my unit mates what he had heard. I later confirmed with Rick that Jagels was telling a story that she left her gun and badge on her ASAC's desk in the middle of the night.  For what it is worth she claims that is not true but what is telling is that how would he know that she and I were "friends" and why would he ask me about her quitting until Shamar told him about her quitting and second that we knew each other. Further, later on that day when he was leaving for the day and I was still at my desk, Jagels confronted me a second time asking if he was going to come in the next day and find my gun and badge on his desk.

The next day April 4th I was supposed to do a case presentation/review to the office's ASACs.  I was getting ready to go to the meeting room when Jagels came to my desk and became to huff and puff. Diane Negron our financial analyst who sides across from me was there. I didn't know what had happened as I had not done anything at all work related that would invoke a reaction since I saw him last.  I told him he could tell me what was upsetting him and I would not get upset as he often accused me of being a "millennial." That set him off and he cursed and yelled at me that of he could speak freely of I'm giving him permission to speak freely etc.  He stormed off to the meeting room and Diane asked was he being serious and what did I do.  I said I didn't know gathered my papers and went to the meeting room.  After the meeting Diane asked me again if I found out what I did and I said not.  Jagels was walking toward us and her me talking and ducked his head below the cubes to listen but there was nothing more to say.  He then approached my cube and started yelling at me "through his teeth" that he told me to wear a collar shirt and kept repeating didn't he wanting me to reply. I said sir I would not argue if you say so yes sir.  For the record I had 2 collared shirts including a suit in my desk and had he asked I would have just put it on.  I spoke to Carlson about it later and was told he didn't care about the shirt.

I cannot off the top of my head give a day but I spoke with Ugarte about this until 9PM one night and he told me Jagels's behavior was not acceptable and I needed to speak with Carlson about it or he would.  I asked him again not to  I didn't want to start trouble and I would deal with it.  It should be noted that I had reached out to Ugarte at the beginning of the year to "bury the hatchet" and move on and when I told Jagels that he was upset because he said " he still had a problem with Ugarte."  Ugarte claimed that I continued to defend Jagels and Jagels goes back and says all kinds of negative things about me and I look like that bad guy.

He was referring specifically to an email which I sent to Tanya Sears who was the ASAC before Carlson, the acting SAC and our EEO counselor on March 17, 2018 complaining about things that occurred in the previous year at NYFO.  It was an ancillary email to the one sent to Jagels on March 12, 2018 complaining that I had been denied training yet again which was supposed to run from April 9-13.  I had reached out to Carlson and to Ugarte to remind him that he promised me that he would make up for the training he took away in July and that was what stemmed me from filing a formal grievance then.   It was these emails to the EEO counselor that started the change.

When I got back I believe my first day back was on March 26th and I was on duty at Varick.  Jagels called me into his office and never mentioned the incident with Shamar.  He clearly was angry fiend and yelled some and threatened that we would take care of it the next day with the ASAC.  The next day Carlson came to Varick and the 3 of us went to the back room and I was confronted about the email.  Carlson took notes and kept trying to twist what I said.  They tried to force me to go to counselling claiming like I was upset over my father and making things up.  I made it clear that I was upset

because of all the things that happened and the treatment and it all finally came out in the email.  Again none of the stuff with Shamar was ever brought up.  Eric and I spoke several other times including the times I speak to in here and never was that all brought up.   It was claimed by Jagels that I had a bad relationship with the Unit but Rick Schiffer who was there with me on duty and my relationship with him, Joe Grasley, Mark Pemberton  who are the people who have been in my unit the majority of my time at NYFO showed otherwise.  At the end of the meeting I was dismissed from the room and they stayed and I could see Carlson on the phone for a long time.  They gave me the number for employee counseling services and again tried to force me to go in my opinion to try to make it look like this was about me and not what was done.

Ultimately I was not allowed to go to the training and was continued to be denied other TDY opportunities.  Compare this to other people in my unit like Mark Pemberton who went on several lengthy TDYs.  I requested to just apply to go to Johannesburg as an Assistant Regional Security Officer Investigator (ARSO-I) and was denied because I had just come from a TDY and that police did not apply to Pemberton or Eisenburg who is junior to me in that he is going to back to back training.  In addition When Nate Bauers was leaving and turning over his cases Ari Kaufman, the 1811 in our unit was given the case and because I had been the one who was able to do the work to find the subject he attempted to turn the case over to me but Jagels denied that because he said I was too junior.  Eisenburg, was at the same place I was and he was given the same case.

This is just one of many JJ only polices that NYFO had.  Another was the our GOV which I don't drive because I live more than 50 miles away.  While there was no written policy it has become and issues and so I don't use it.  There even came a time where while no one else the tolls to go and work duty I was made to pay the tolls since I was using my own car.  I still have never been compensated for that.

This was all detailed in large part in my email to Sears which resulted in the sit down with Carlson in which Ugarte said I was hiding the truth still trying to defend Jagels.  It was about the day after I spoke with Ugarte and Eric had screamed and cursed at me again and I hit a breaking point and finally went to Carlson.  Ugarte claimed I was scared of confrontation and I needed to confront this issue head on and I did.  There was some back and forward discussions and things calmed down a lot.

One of the other issues I was having was being denied leave.  I had 90.25 comp hours and every time I would try to take any Jagels would ignore the request until it was too late.  My birthday was coming up and I had requested leave back in December orally and Jagels would put me off tell me not to put it in the system email him etc but he would never confirm.  This was one of the issues I spoke with Strickland about and he told me to just put it in and leave if Jagels ignored it.  This might have been one of the things that came up in the back and forward with Carlson.  Ultimately I was given that leave but came back early.

It was April 25th that was the major blow up that has caused all of the current problems.  On April 25th I received several calls and email from an applicant, the Philadelphia and NY passport agencies and others regarding a case.  It was a case I did not think should be prosecuted but ASAC Ugarte was pushing.  Ultimately it was declined by multiple jurisdictions.  Now the case sat and the result was a child who was in fact entitled to a passport still has not gotten it because they refuse to sign off.  I sent Jagels an email regarding this case that day and asked him multiple times for a minute for I would get his permission which I am the only one who needs it to move forward.  He continued to blow me off and tell me he did not have time for me because Rick was leaving soon.   This was often the case.  I was called an entitled self-centered  millennial and this was he way of exercising power over me and making me wait.

Ultimately I went to Carlson because he was our current ASAC and it was Ugarte who had put it on hold.  Jagels was furious and called me into his office and ultimate screamed and cursed at me again.  I finally told him I was not comfortable with his tone and that sent him to another level of rage.  Ultimately he told me to get the fuck out of his office and I did and went straight to Carlson's office and requested to change supervisors.  I made that request several times and have been denied.  That time Jagels came to the office while I was discussing with Carlson and asked was it an EEO thing.  I replied he was making it one because I feel retaliated against after I complained.  He stormed off saying ok then.

I would like to not that Sears in my reviewer and wrote her comments on my EER on April 20 in which she notes a good relationship with Jagels and my unit mates.  Our EER are due April 30 by 1700 and Jagels submits my EER to me about 1530 and tell me it's up to me my move to push it forward.  Reviewing the EER was based on hearsay, lies and 4th not even third hand information.  Further I was never given due process to comfort the witnesses against me nor was I ever spoken to about any issues and certainly not given anything in writing about these issues as is required by 3 FAM 2246.2-1a.  Yet they were now being used against me.

One glaring example is that he writes that "Tyson-Phipps neglect[ed]to ensure the security of the venue because he was engaged in conversations with USOC personnel."  The glaring issue is that I was not doing protection and it was not my job to secure the venue; it was my job to liaison with the USOC personnel.  What makes this especially egregious is that my next post is a protection detail, and this ruins my reputation and hallway reputation.  It is text book defamation per se in NY York because is about my professional abilities and he published it to third parties.

In another example it was claimed that it was reported that I was overheard saying to another person something negative about NYFO management.  Aside from the fact it is more likely than not untrue since I had no reason to say anything to the USOC people about that even if I did the punitive action would be in violation of my 1st amendment right as whatever I said would have no bearing nor did it in fact have a bearing on how I completed my job.  Still that is what was written in a negative fashion and worse I was given an unsatisfactory rating even though I had not been given written feedback.

This all harkens back to the portion above about Shamar who is it claimed was the source of all this information and what he is referring to is the situation written about with Chloe Kim.

I requested a sit-down with Jagels and Carlson about this and again it was conformational with them against me.  At first, they refused to take that and other things out.  When I pointed out that it was defamatory and that the claim was being made by a person who was not my supervisor and that I had the phone numbers of the persons he claims I was speaking to about things and would call the mas witnesses the y then backed down and tried to bully me into saying what did I want to do.  I was told to rewrite his portion of the EER which I did and sent to him.  Jagels and Carlson continuously try to make this about me going as far as using the fact that brought up that it was not right of the training supervisor when my father died to still put through kidnapping training.  Jagels used the words this all started when I "left his sphere of influence" insinuating that he lost control over me and that is why I was not complaining because he could no longer control what I think and said.

There have been several more sit downs since then all more and more hostile including Carlson telling me he "didn't care" what the FAM said and that it was a violation of my rights to give me an unsatisfactory without first telling what I did.  Again that situation was never bought up during those two sit downs on the 26th of March and 27th.  Never since.  They suddenly came up after the confrontation regarding the tone and the EEO complaint on the 25th.  Further even if Shamar did say those things, one cannot just say he is right even though all evidence points to the opposite.  Further I have the phone numbers of the USOC people I worked with and I would be happy to give those as part of an investigation into who is telling the truth.  Further still, I am sure people can circle the wagons to protect their friends but the facts are these: If I did what he says it happened  on the night of  February 4th.  Why was I then left alone and in charge at the hotel on February 8th ?  Further why did I not go home until March 23rd when he went home at the end of the Olympics?  Why would I be left alone to work in the Village and the DS point of contact with USOC from March 4th in the village. If my duties were to secure the venue why is it not listed below:

5.1.2 FLO Composition and Responsibilities:

· Provide liaison assistance to U.S. athletes, coaches, citizens, and corporate

sponsors at assigned Olympic venues.

· Interact with POCOG Security Coordinators, Venue Management personnel,

and Security Commanders for each Olympic venue to ensure appropriate

protective security measures are in place.

· Monitor U.S. athletes' locations at assigned Olympic venues.

· Provide the JOC with situational reports on Team USA movements and

activities at assigned venues.

· Act as the security advance for visiting U.S. VIPs and official delegations.

· Be aware of all venue react scenarios and safe havens.


Note FLO means field liaison Officer which is the title I had.  Please also note that the first thing listed is provide liaison assistance i.e. speaking with USCO personnel which is what I was accused of doing resulting in me doing an "unsatisfactory" job.  So the question is if I did such a bad job why was I retailed and it not brought up until after I complained and there was a whiff of an EEO complaint.  Not until after Shamar forced Jen to resign and the two of them suddenly have an issue with my work.


I have pointed this out several times to Carlson that things that are being claimed are just not true and there is evidence and I was told on May 9th at 1430 in a meeting I was very uncomfortable in that I was not helping my case and only making it worse by sending emails that proved things they were saying about me were not true. In that meeting I was confronted by both  ASACs, Ugarte and Carlson, the acting ASAC McAleer and Jagels on the phone and was strongly encouraged not to speak.  I was given 4 points all of which harken back to things that had happened recently and which in my cases were them yelling at me for things I had been told in many cases by Jagels to do.   Again, I felt threatened that literally I had no one to go to that they were all against me. The first thing and the thing that stood out was regarding the chain of command and that I should follow it which I understand however I was told to not go to other supervisors when the whole confrontation on the 25th was about me not going to another supervisor and instead going to the ASAC. Now I was yelled at for going to a supervisor.   I asked directly for a Spanish translator and was told to use Diane Negron then I was yelled at because that was not allowed.  I had asked and was told I would be allowed to go to businesses to pick up records then I was yelled at for wanting to go to do that not even actually doing it.  I had just asked for the permission.  I was yelled at because during a conversation with the Consular Affairs attorney HE not I brought up they needed TDY support and that I might be able to help based on my background and that I had shown knowledge and competence with revocations.  He asked would I be interested and I said yes but I would need to go through my management.  He said he would bring it to his boss and I would to mine.  That turned into me being accused of trying to arrange my own TDYs outside the agencies.


The reality is I would like to go.  I told my CDO that there is no way I can continue like this.  Carlson accused me of not applying to TDYs in a conversation and said that would be a way out.  I pointed out that I had applied to Johannesburg and was denied and that my onward assignment is to the USUN and was supposed to report there in June but the CDOs pushed that back a year which is why NYFO is TDYing agents there.  I asked to just be sent to my onward and was denied. I asked to change supervisors I was denied.  The CDOs directed me to file an EEO complain which is what I am going and I was told to call AFSA which I did.  I don't know what else I can do at this point.  It's clear they want me out.  They wanted Jen to resign and she did and as Ugarte said things are not getting better.  As of today I requested to be allowed to be TDYed to the Philadelphia office which covers cases near where I live in PA which just makes sense because that office drives 2 hours to do field stops that at 5 minutes walking from my house.  That was actually approved by Jagels so I am waiting to hear about that but that is the only reprieve I have.  I also have use or lose comp time coming up which I want to use to take a vacation but this whole thing has but my life on hold because I feel my career in in jeopardy and I can't do anything.


My plan to buy a hose has been put on hold because I am not sure if I will have a job or be with the State department anymore.  After my experience I am questioning if I want to but I am trying to make it work.  My mother is older which is why I think the CDO placed me to stay in NY on the USUN ambassador's detail but after what Carlson said to me regarding not caring about my father after he died and the this feeling of no one to turn to constant abuse, mistreatment

and different treatment and the threat that if I complain they just make it worse I honestly question if there is any way to repair my career and reputation after this.

I would like to end by saying I apologize for the length of this and taking so long but this is not exhausting of things that have happened and which were said that has caused ill will and bad feelings but I think it is a taste such that you can understand where I am coming from and why I would like something to be done to remedy this situation. I have CCed the AFSA attorney I spoke to earlier on this email and below is the email I sent to him previously explaining things. I also apologize because in my haste to send this I know I am not going to have a change to read it over properly and I am sure there are typos and grammatical errors from me editing as I type. If anything is unclear please let me know so I can clarify.

Thank you and have a good weekend

J

If I were to go back and tell the story a bit out of sequence, last Wednesday April 25th, is when this issue finally reached a boiling point. The issue that came up is over a case that frankly should not have be prosecuted but NYFO management tried to force me to push through for prosecution. The act in question, in my opinion as a lawyer in NY was not illegal and while I was told and understand its not my job to make that decision even after prosecution was declined I was told to shop the case to another jurisdiction. This process held up the issuance of a passport for a USC who is entitled to one without question. The criminal case was only in relation to signatures on a form which in no way would affect the issuance other than the case being open. I was getting pressure all day from two passport agencies the applicant and her family through phone calls and emails all day but my supervisor prohibited me from being allowed to act without his direct approval. This is a rule much like many other that only applies to me. I emailed him to request guidance and was ignored as often is the case. He has called me a millennial and remarked on my age and we want things when we want them quiet often and his way of dealing with that was to ignore me. I asked a unit mate for help and as we were talking Jagels showed up I asked if he saw the email or if I could get a quick answer so I could settle the issue because people were calling and he blew me off and told me he had no time for me. This happened throughout the day at least 1 other time until I finally went to the ASAC for guidance.

That resulted in Jagels going off on me. He called me in his office as he has done many times before and yelled and cursed at me. This behavior I have put up with for about a year. On another instance on just after I had come back from training I called him and asked if office policy allowed us to carry out Glock 26 instead of our 19s as it is smaller and he yelled at me and cursed me on the phone for asking a stupid question. The same question was eventually months later when the issue effected more people. There are witnesses such as our financial analyst, Diane Negron, who sits next to me. He behavior creates a very toxic and hostile work environment because he is constantly Dr. Jekyll and Mr. Hyde. For no reason he will go off and scream at me. In another example on April 4th he approached me in the morning and started I don't know how to describe it but breathing hard and snarling at me. I asked he what I had done because we were going into a case review with the ASACs. He cursed and screamed at me and stormed off. Diane witnessed this and asked was he joking and what did I do and I couldn't tell her.

This is a pattern with him. If he is having a bad day he takes it out on me and then is a gaslighting, Stockholm syndrome way of grooming he blames everyone else and made me suspicious of everyone and poisoned my relationships with them by effecting how I behaved with them. For example I was directly told by him Liz McAleer one of the supervisors did like me not to talk to her or reply to her emails which was the SOP for almost a year until we worked the Olympics together and he was not there. I was not allowed to talk to the ASACs and some other supervisors because he would tell me they were behind all the trouble I was having and he was protecting me. He poisoned my relationship with one of the

ASACs Joe Ugarte. He claimed that it was Ugarte who wrongfully took training from me which turned me against him for month until I reached out to him at the end of last year.

It was Ugarte, among others who pointed out I was being abused and I needed to stop avoiding confrontation and stop him because the behavior was not acceptable. He said if I didn't say anything he would to Peter Carlson our other ASAC who is next in the chain of command. I asked him not to say anything and said I was going to deal with it until there were several other incidents including those above which finally forced me to go to Carlson.

That was not the first time I went to management for help. On March 17th I wrote an email to Tanya Sears our EEO counselor and my line ASAC complaining about several things that have happened during my short career. One of the most prominent is that my father passed away on November 13th of last year while I was in high threat training which I had made clear that I did not want to go to because he was very sick. NYFO management has tried to twist it around and say I went willingly and they told me I did not have to go but the reality was I was pressured into going through vague threats on my career. I would not advance it would be looked down upon. One of the major reasons why I "attracted heat" was because of my opposition to going so I can not understand how that can not be turned around into saying they said I didn't have to go and it was my choice. The important part of this incident is that DS management was informed my father passed which is evidence by a voicemail left for my mother. Not to get into what may be SBU but part of the training is a kidnap and SERE exercise. That was conducted the next day which is why my mother was called because I was not going to be available and was being subjected to that torture all the while they knew what was going on in my family life. I was not offered to sit the training out, I was not sent home. Frankly it should not have been my choice to make in that emotional state. I should have been sent home but instead they had me continue and treated me as if it did not happen.

That was just one of the things that had happened but the straw that broke camel's back and provoked the email was that I was being denied training again. Previously I was scheduled for training and it was taken away based on either a lie or Jagels lied to me about the reason. This is the incident I was referring to earlier with Ugarte. When the initial reason for taking the training was proven to be untrue and it was clear I was being punished for no reason, NYFO management changed the reason and claimed it was because I had not been in the office 90 days when in reality not only had I been in the office over 90 day but I was in the office more than 90 days because I canceled a vacation flew home early to support the office and I had not been given the comp day back. It was at that point that I was threatened with not complaining or it would affect my career. I was later promised by Ugarte that he would make up for the training the next time training was available. This was that opportunity and I was being denied again which sparked my reaction first to Jagels who was denying it and then to the next person in my chain of command and the EEO counsellor. I will attach that email which is quite long but may shed better light on some of the issues I raised.

It was that email that marked the beginning of my real problems. I was sat down my Carlson and Jagels and made to feel like I was the one is the wrong. Carlson nitpicks and parses everyone word I say but then allows for broad generalizations when they are things about me even when those things are proven false. There were EEO issues raised on several occasions and from there Jagels attitude toward me took a turn for the worse. I should say it changed better. Then it became outwardly nice in front of other but there was always something that felt under. I had complained about not being allowed to take leave for over a year and the fact that I had made a leave request to him verbally and I believe in emails which was how he requested hem before they were put in the system but he continued to ignore them. I had 90.25 hours of comp time and I wanted to use some. When I told Jagels that he questioned how I possibly had so much basically calling me a liar which he does often.

I was finally granted leave for my birthday April 20th and came back early which is what lead to the April 25th incident which is the cause of the current and major situation. As I spoke about after I wen to Carlson for an answer Jagels was furious. He yelled at me cursed me and told me to get the "fuck" out of his office when I told him I did not feel comfortable with his tone. I went to Carlson immediately to ask to be moved to work under another supervisor to which he said he did not know because that was a big thing. I tried to explain what happened to him and Jagels and in and asked me why I could not speak to him face to face acting like the nice guy and I pointed out we were and he kicked he out of the office. He then asked " is this an EEO thing" and I instinctively said yes I feel retaliated against after I complained. He then stormed off and said if that the case I'm done we will see.

I should not at this point that my Reviewer is Tanya Sears the EEO counselor and person I wrote the email to.  She wrote her statement on April 20th at 1119 and I have a time stamped screenshot to show what was there.  She wrote " He forged a constructive relationship with his supervisor" and "He found a good niche within his unit."  This was before the blow up on the 25th and before I mentioned an EEO issue to Jagels.  I should also note that he threatened me during that meeting saying he was the supervisor and a 2 and I was a 1st tour agent" and prior to that that I showed "poor judgement going to the ASAC when I couldn't get him and I was too comfortable speaking to people about me.  This was yet another example of him trying to cut away any support network I had.

Jagels did not write upload his comments until about 1530 the day they were due April 30.  To be fair that is when he told me he uploaded them.  It is my understanding I am supposed to have 10 days to review the comments be he was attempting to deny me that.  I asked him what I was supposed to do next and he told me just accept them all while knowing that what he wrote was full of provable lies, false statements and inadmissible material.  He is a 2 with years of experience.  He should know what is not admissible and yet he tried to deceive me into just accepting it.  I have attached what he wrote along with the time stamps.  I went directly to Carlson when I read what he wrote and told him it was not acceptable.  It was based on hearsay, lies and 4th not even third hand information.  Further I was never given due process to comfort the witnesses against me nor was I ever spoken to about any issues and certainly not given anything in writing about these issues as is required by 3 FAM 2246.2-1a.  Yet they were now being used against me.

One glaring example is that he writes that "Tyson-Phipps neglect[ed]to ensure the security of the venue because he was engaged in conversations with USOC personnel."  The glaring issue is that I was not doing protection and it was not my job to secure the venue; it was my job to liaison with the USOC personnel.  What makes this especially egregious is that my next post is a protection detail, and this ruins my reputation and hallway reputation.  It is text book defamation per se in NY York because is about my professional abilities and he published it to third parties.

I requested a sit-down with Jagels and Carlson about this and again it was conformational with them against me.  At first, they refused to take that and other things out.  When I pointed out that it was defamatory and that the claim was being made by a person who was not my supervisor and that I had the phone numbers of the persons he claims I was speaking to about things and would call the mas witnesses the y then backed down and tried to bully me into saying what did I want to do.  I was told to rewrite his portion of the EER which I did and sent to him.  Jagels and Carlson continuously try to make this about me going as far as using the fact that brought up that it was not right of the training supervisor when my father died to still put through kidnapping training.  Jagels used the words this all started when I "left his sphere of influence" insinuating that he lost control over me and hat is why I was not complaining because he could not longer control what I think and said.

It should be noted that the person who said these things about me is Shamar Mitchell which is where Jennifer Pyle who gave me your information comes into the story.  Jen was a BSAC classmate of mine who was in Shamar's Unit in Miami.  Shamar is friends with Jagels.  Shamar drove Jen to quit by making fun of her age and other sexist comments which she would reach out to me about in text.  We all were together in Korea during the Olympics and I did work with his for about a week or two.  No one during that time was there an incident where any of the things Jagels claims he now said were brought up to me nor were any of those things put in writing.  Further, I was an alternate and could have been sent home at anytime but instead I was given increased responsibility.  After he claims all the things Jagels writes in he EER happened, my next assignment (Because the airport arrives were finished and rather than send me home) was to the joint operations center where I sat with all the senior agents.  I was the most junior person in the room.  Agents from the FBI HIS etc had all been on the job 10-15 + years but I was a FS5 with less than a year on.  Why would they put an "unprofessional" junior agent on a job like that if what Shamar said was true.  When the Olympics finished my TDY could have been finished and I could have been sent home like Shamar was but instead I was keep on and sent to work in the Olympic village the place where I would have the most interaction with people.  Why would they do that if what Shamar was said was true.

What is true is that Shamar slandered me and talked about me while I was there to other agents because I can only assume my friendship with Jen which she overheard and reported back to me via text records I have.  What is also true is

when Jen finally resigned because she could not take any more of his bully she texted me and told me.  Jagles then came to me and harassed me for information about it.  There is no connection because Jagles and Jen.  They never served on a detail together they have had no interaction at all and the only connection is Shamar.  There is not reason for Jagels to know that I know or have any connection with Jen other than Shamar yet he came up to me in my cube and demanded I tell him all about her quitting and when I refused he walked away and started whispering and gossiping about it to my unit a few cubes away.  Later than night he came and asked was he going to finds my gun and badge on his desk when he came back the next day, insinuating that I would finally quit which he encouraged me to do in the past and referring to how he claimed Jen quit.

This is just a fraction of the behavior I have been made to deal with.  Today Jagels had a day off but came in and tried to engage with me but I did not feel comfortable.  I have asked several time to change units or be sent TDY so I would not have to deal and I am continuously denied.  Today CA's attorney advisor and I were talking about a case and he mentioned that they would need lawyers TDY to handle their backlog and asked if I would be interested.  I said yes and he rant it by his boss and she approved but yet again Jagels denied this.

I will stop here because this is long and I am sure you have more than a taste of what I mean about bullying and harassment between Shamar and Jagels and that I have had no relief going to my chain of command.  I should not we have no SAC and so Carlson this week is the top of the chain.  I reached out to AFSA on the 30th when this all came to a head and received some information from Patrick Brady but not guidance.  I should also not that I am not the first person Jagels has done this to.  Another agent Tyler King was removed from his unit after a similar incident and then he left for Pathfinder.  Jagels continues to badmouth him and spread rumors about him. I was told to file an OIG report but I was scared about reprisals in my EER.  He has already said I was not satisfactory against the FAM. The thing is they know they are wrong.  Suddenly Jagles is on 5 day leave but he took out much of the directly defamatory things that he tried to trick me into approving what he stood by as true until I pointed out the defamation.  If he was right, as a 2 he should know what is allowed, and if he believes Shamar is telling the truth since he tried to get me to approve it why did he change it and why did Carlson try to tell me we took that part out so you can't complain about it anymore.  That is not how defamation works. The damage is done. My rewording some of it and still giving me an unsat against  the rules of the FAM that is still not acceptable. They know they are wrong but are trying to trade me for things that are my right like not getting an unsat without warning which is not right or above board.

At this point I don't know what to do I know I probably will not have a job long like Jen and she said to reach out to you.  I apologize for this being so long but this is actually the short version of the story there is no much more and I suspect I am leaving way to much out that this probably doesn't even make sense.  This is my home email and my personal phone is 917-297-5945.  Again, I apologize for the typos and the rushed nature of this email.  My let me know if there if I left something out such that this doesn't make sense and thank you in advance for your time and help.

Best Regards,

J

PS I have also attached other related emails such as

1. the one from the person who was formally my supervisor during the Olympics who gives a completely different assessment of my performance and states that I have not had good leadership or mentorship referring to Jagels.

2. my email complaint to Jagels after being denied the training.

3.  Letters praising my work on details and on crim work which were sent to Jagels but never spoken to me and completely ignored in my EER in favor of information that was never shared with me and which I was never given in writing in violation of the FAM

4. My version of his statement which you will nte is in large part lifted from the letters of praise I have attached.

5. His current revised eer

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Brown, Ardena M
**Sent:** Friday, May 11, 2018 10:16 AM
**To:** Tyson-Phipps, Jabari-Jason
**Subject:** RE: Statement

OK, Great!

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Friday, May 11, 2018 10:05 AM
**To:** Brown, Ardena M <BrownAM7@state.gov>
**Subject:** RE: Statement

Apologizes. I am working on it as we speak .

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Brown, Ardena M
**Sent:** Friday, May 11, 2018 10:01 AM
**To:** Tyson-Phipps, Jabari-Jason
**Cc:** '⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛'
**Subject:** Statement

Good Morning Mr. Tyson-Phipps,

Please provide your statement to me as soon as possible.  Remember the EEO process has timeframes to complete the process.  Thanks and have a great weekend.  Best,

Ardena Brown

Office of Civil Rights

EEO Counselor/EEO Investigator

[ ]

**Official - Privacy/PII**

**UNCLASSIFIED**

--

_____

Jabari-Jason Tyson-Phipps

[ ]

_____

**34 attachments**



**Father's passing 2.png**
180K



**Obituary listing me as adopted son.jpg**
3717K



**father passing screenshot convo 1.png**
193K

**Screenshot_20180506-111942.png**
282K

Ardena Brown





**Screenshot_20180506-111927.png**
230K



**Screenshot_20180506-112927.png**
254K



**Screenshot_20180506-113206.png**
253K


**Screenshot_20180506-112901.png**
271K



**Screenshot_20180506-112249.png**
269K

**Screenshot_20180506-112104.png**
290K





**Screenshot_20180506-122430.png**
256K



**Screenshot_20180506-122400.png**
222K

 **Jen's texts aboyt shamar during olympics.png**
467K

**JJTP EEO details no edit mark 1 .docx**
52K

**Jagles email march 12 Re_ To Clarify.pdf**
71K

**Email to sears In re a reflection of how I feel about the previous year.pdf**
80K

**Email from Olympics supervior.pdf**
48K

**Note to self for record- In re 26 Dec 2017 Glock question.pdf**
86K

**Email telling me no to email Tracy December 26.pdf**
83K

**December 26 questions.pdf**
83K

**answer to the glock question.pdf**
104K

**In re my Father's funeral.pdf**
429K

**McAleer report to NYFO date.pdf**
69K

**Fw_ Ugarte notes.pdf**
49K

**Copy of ManPowerNewest 2016 06 13.xlsm**
3938K

**Copy of ManPowerNewest.xlsm**
2535K

**PowerPoint of duties from Olympics .pdf**
81K

**EEO complaint.docx**
45K

**denied arsoiRE_ Johannesburg -- TDY opportunity (ARSOi) -- approx 90 days -- Approx 6_1_18 to 8_30_18.pdf**
75K

**Fwd_ Policy-Glocks.pdf**
1026K

**gems viewing all 2018.pdf**
107K

**jagels eer 30 April 2018.pdf**
65K

**current eer may 11, 2018.pdf**
34K

**Jagels attempting to backdate paperwork.pdf**
1018K