# Exhibit I

**Todman, Stanley I**

---

| | |
|---|---|
| **From:** | McAleer, Elizabeth G |
| **Sent:** | Friday, April 27, 2018 4:45 PM |
| **To:** | Ugarte, Joseph S |
| **Cc:** | Carlson, Peter M; McAleer, Elizabeth G |
| **Subject:** | RE: Follow up items |

Wasn't the lack of response to cables/emails the reason so many heads rolled after Benghazi??

DS history repeating itself.

I'm holding onto this in case I get called before a congressional inquiry!


SBU
This email is UNCLASSIFIED.



---

**From:** Cory, John R
**Sent:** Friday, April 27, 2018 4:41 PM
**To:** Ugarte, Joseph S; Hart, Regina A
**Cc:** Carlson, Peter M; McAleer, Elizabeth G; Twerdahl, Elizabeth H; Guard, Edwin
**Subject:** RE: Follow up items

Joe,
Please continue to offer the Agent ESC services, make peer support available, etc. As for a request to have the FFDE memo formally disapproved that will not happen per the PDAS. There is a clearance process much like any other document that the PDAS would sign off on. L/M/DS has made a determination that the memo does not meet the standard to move forward for his review. Therefore, the PDAS will not sign the disapprove portion of the draft FFDE memo. I hope that makes sense to you and if you have any questions, please free to call at any time.

Thanks again for all your hard work up there,

John


**Official - SBU (Sensitive-Law Enforcement)**
**UNCLASSIFIED**

---

**From:** Ugarte, Joseph S
**Sent:** Friday, April 27, 2018 4:17 PM
**To:** Cory, John R; Hart, Regina A
**Cc:** Carlson, Peter M; McAleer, Elizabeth G; Twerdahl, Elizabeth H; Guard, Edwin
**Subject:** RE: Follow up items

John,

Thank you for getting back to us on these items, we greatly appreciate it.

As for the FFDE, NYFO still continues to have concerns regarding this agent's irrational behavior as outlined in the memorandum and attached supporting documents demonstrating this. As I discussed with Regina, I see greater liability for DS on a reactionary response, versus a preventative one, based on knowing about this behavior if he should have a lapse in judgment or execute what he perceives in his mind as performing or carrying out his functions as a special agent in the future. NYFO management does not have the expertise to address what appears to be a medical condition. That being said, NYFO will continue documenting any performance issues and work with HR as you outlined below.

We just want to make you aware that NYFO has done its due diligence in highlighting this behavior via the FFDE process for this type of behavior. Notwithstanding, we will continue to treat the agent equally as any other agent and include him in all rotations of PRS and TDYs as is always the case.

However, I do need to point out that the agent has already expressed and raised the issue of being treated differently by DS, not NYFO. Currently, he was scheduled for a TED for his onward assignment to Pathfinder in May 2018. This TED was moved back to another year. I only raise this issue because he is beginning to say that he is being treated differently by DS as it pertains to his onward assignment as he now wants to go to Pathfinder and is asking why it has been changed. I cannot offer any response to this as it is better handled by his CDO. Please don't shoot the messenger, I am just letting you know what is being said so you can be aware if this should become an issue.

As for the move, thank you for raising the issue and addressing the question raised by the agent during your visit wherein you opened the forum for any concers. In this regard, I will make sure to advise the NYFO agent of your response. Thanks again and enjoy your weekend.

Joseph S. Ugarte
Assistant Special Agent-in-Charge
Diplomatic Security-New York Field Office



(o)
(c)

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Cory, John R
**Sent:** Friday, April 27, 2018 7:52 AM
**To:** Ugarte, Joseph S; Carlson, Peter M
**Subject:** Follow up items

Joe and Peter,

Just wanted to follow up on the items I needed to get back to you on.

The FFDE, as Liz has mentioned was not cleared by L/M/DS at first. I know Joe spoke with Regina Hart this week and provided more documentation. After speaking with here, L/M/DS's position has not changed.

As we spoke with the SAC in the smaller meeting, L/M/DS must approve these memos prior going to the PDAS for consideration. I double checked with him and he defers to L/M/DS for clearance or he will not entertain the FFDE memo. I would consider the other options we discussed- contacting DS/HR to obtain guidance on a PIP, letter of admonishment, and your options on tenure and within his EER. L/M/DS as I figured stated that the agent should not be treated any differently and if so would be problematic for DS and the department.

As for the move, I mentioned this to the PDAS as well as DO and DS/EX who is in charge of the move. All seemed to feel this was not a decision made in a vacuum. I haven't had the chance to discuss further with DO, but I will ensure I do.

Thanks
John

**John Cory**
**Senior Special Assistant**
**Office of the Principal Deputy Assistant Secretary and**
**Director of the Diplomatic Security Service**
**Desk:** [redacted]
**Cell:** [redacted]
**Email:** [redacted]**@state.gov**

**Official - SBU (Sensitive-Law Enforcement)**
**UNCLASSIFIED**