# Exhibit J

**Diamond, Natasha M**

| | |
|---|---|
| **From:** | Carlson, Peter  M |
| **Sent:** | Saturday, March 17, 2018 9:02 PM |
| **To:** | Sears, Tanya S (Brussels) |
| **Subject:** | Re:  In re a reflection of how I feel about the previous year |

Thank you Tanya; we'll talk on Monday.

---

**From:** Sears, Tanya S ▇▇▇▇ state.gov>
**Date:** March 17, 2018 at  :  :   PM EDT
**To:** Carlson, Peter M < ▇▇▇▇ state.gov>
**Subject:** FW: In re a reflection of how I feel about the previous year

Let's talk again on Monday.

**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Saturday, March 17, 2018 6:37 AM
**To:** Sears, Tanya S
**Subject:** In re a reflection of how I feel about the previous year

ASAC Sears:

**<<Up front this explanation/disclaimer:**

**What's below started as my initial raw unedited response to your email which spiraled into an a longer venting of frustrations I have had. I was written when I was a bit more emotional and not in quite the same place.**

**It is very long I understand and I don't expect anything other to provide an explanation of how things look from my perspective over the last year in a kind of 360.**

**The reality is the logical part of my brain tells me it is cathartic enough to just write and I should just delete it especially after talking to other agents here in Korea because as it was explained things have legs. I know no good probably comes of pushing send but there is still an emotional part that nags me and says things have to be said and I can't let them fester.**

1

**That being said if I don't say things things I don't think there is a full enough understanding of where I am coming from so with some reluctance I'm going to send this very long email.**

**Please take it for what it is worth, the world from my view>>**

Thank you for the reply. I started this looking to reply with specific examples and it spun into more of a cathartic email explaining why I feel and act the way I do.  It is way too long, and I am sure I shouldn't send it because as I was told these things have legs, but I think this is some stuff I do need to get off my chest for my own sanity. I had tried to come to you with some of this before when I stopped by your office and you were busy and I never went back thinking better of it trying to bottle it up, but I feel it's better said than not.  Like a airing of grievances.

I am still after thinking through all this trying to think of the specific examples but maybe with a clear head I will be able to think.  Below is the original email that went off on the tangent.

 I will try to think of specific examples of things and get back to you during my shift today.  Honestly, it's hard because I don't think there is a lot which has been my complaint to Eric since day one.  I am not allowed to close cases.  I used to submit cases to close now I'm told not to just leave them on his desk, they never get closed.  I don't have much in the way of SD trips or TDYs because when I ask to even apply he tells me no I am not allowed to example every I TDY ever.

At UNGA even thought I did not only my advance book but the one for the Iranian detail to help that agent who was having a hard time and could not to mention all the planning  literally everything even though I was told I was not supposed/allowed to because I was only the second advance  ( unlike all my piers) I was given no credit which I didn't actually ask for; I just wanted to make sure nothing more went wrong so I wouldn't be blamed for it.  For example, Swenson embarrassing and "speaking with me out loud" (let's call it that) to me in front of the Plaza and everyone there because I did not tell him and major events the Libyans were coming.  This even though I was not the lead advance and had only found out 2300 the night before.  This even though I called the hotel agent and arranged a walk through for an hour before arrival only to have the lead advance not tell me they decided to leave early and walked over which resulted in me literally running a full square block to try to guesstimate where they would come from when I got a en route 1 minute out call. Somehow things like that become my fault.

Another example when I said I know I'm junior and all and you guys may know better but I am not sure we should be cutting our NYDP lead at 1400 and not having a limo on standby which turned into again my dumping my G ride in a the first place I could because of traffic  and getting out to run the last about 10 blocks (which happened a again another night to try to advance a place that time the run was from the hotel on  38th to Bloomingdale's on 56th in the rain if I remember but that is a whole other story) while finding our Marshall from OK on the way who didn't know the city, grabbing the limo and taking over as driver doing the rest by myself.  I think that is alluded to in Clinton's email that was sent to Eric and Ugarte I sent to you which he happened to BCC me on, so I know it was sent but never mentioned to me that it was sent.  I never get any praise only what I did wrong that day.

I only here about all the wrong I do.  For example, and I hate to bring it up but in another moment of Stockholm syndrome training of me that I am being protected from the big bad whoever that is for the day I understand you were upset with me over the car thing and I would like to explain my side a bit of that.  First, I want to say that if you ask Andy Reams (I think it is his name, the head of training for BSAC) he and I discussed me not

2

wanting to take a Gride home ever because of any number of reasons.  It was not me who wanted to take it home

In fact, Jetz was the one who went high and right with me over not having many car logs because I was not driving the car at all because I was not being given case work that required using it and I was not driving it home. She was angry about the car not being used which she said would get it taken by GSA because they were not getting miles which I assume she took to Eric who told me to drive it home occasionally, at least to get miles on it which I objected to. it normally was if there was some reason, duty the next day, the time I worked out of PRO for a case, same with the Bridgeport day, case interviews in southern jersey etc.

Then for her to go to you with what was described to me as I didn't hand in September's vehicle logs was complete nonsense. I will forward you if you want where she asked for them during UNGA and I replied immediately I would not be here at the end of the month because of ATLAS, I put them on Eric's desk and she replied "make sure he gets them to me" because I, a 6, can tell my supervisor, a 2, what to do. I then get the call from Eric that she went to you instead of asking me or him and they were on his desk the whole time where I told her they were which is documented in an email.

It's ██████████████████████████ I didn't move like we discussed, it's because I already have a place in NJ. ██████████████████████████ I have had that as a place from the start of my time at NYFO the issue was I go home to my parent's house in PA everyday by choice to be with my family. Like everything I do things all get twisted.  That is my father's condo, I have keys to the place, a room there and it's just 22 miles and 35 minutes from NYFO and 17 miles from Varick.

Eric knows this.  It's come up before. I can tell you when exactly. Japanese detail, he was AIC I was the limo driver and it was a late detail and he asked about getting home and I said it to him then if anything I will stay at my place in NJ. It came up with parking the car.  I said if it's that big of a deal that is a gated community with an extra garage I can park it there but that got blown off in the fever of JJ is not complying. I was and may still buy a place but there was no point if I was going to be in ATLAS and away for however long and then bidding to leave. Especially I was not going to rush into a half million-dollar purchase to save a few hours on a commute.

When we had the last bad storm, I came from my house in PA and was in the office by 0830 and those who live up the road strolled in at 1230. It just seems like a lot to me all the time.  Then when I did get assigned duty I was made to drive my own car and pay the tolls unlike everyone else something I directly emailed and asked Eric about in an email and that was his response I was to use my own car to report to duty and pay the toll myself. That is not to mention hundred more in tolls that were read on my personal ezpass because the gride one wasn't working after I called ezpass to find out why I had all these weird charges.  My commute home is one $1 toll which I pay by hand many times. Not once did I complain or say anything about the work tolls I paid for but like everything all the back lash feels like it comes on me as the sin eater and the bad guy.

Then there are things like the SD trip thing which I am sure you have heard of but maybe not from my perspective.  Dilma Rousseff the former President of Brazil said when they were removing her from office there is no greater violence and evil done to a person to accuse them and punish them for an offense they did not commit, loosely translated. That is the feeling I have about this.

 I was not late, I did not do anything wrong. I reported before the time I was supposed to and yet because someone else embarrassed themselves by making a mistake and because he was in a bad mood because of all the mistakes he made on the detail as shift leader he decided to through shade on the 6 to take the attention off himself and report that back to you all in management.

A basic look at the email chain will show that I was not wrong but rather than doing that Ugarte made the decision as I understand it to take me off the training.  I can only assume when he finally realized that I was not wrong this new 90 day in the office rule no one had heard of was pulled out of the air.  When it was pointed out that I not only had been in the office more than 90 days, but I had given up comp time to do so reporting early to cover a detail which cost me money to change a flight home from Guatemala it was still too bad I made my decision.

That still was not the heart of the conflict between he and I.  It was that his response that I should not question him because he could ruin my career if he chose to.  That is what I was told in those words clearly.  So now I need to wonder if I don't get promoted or tenure is it because of that?  Because I had the audacity to standup for myself when I was treated unfairly.  Was I supposed to again roll over and take bullying and abuse when I was not wrong because I am lower ranked.  Is that what the State Department is?  Did I not get the position in CFI or CI because I stood up to the former head of CFI and he told me he had the power to do that?  Is that a punishment as well?  This is all what does through my head. Sure I guess I thought we came to terms and reconciled but looking at it all that is still in my head and makes me wonder and afraid is this or that retaliation?

To be clear it is not about the training or the post or so many other things it's the cumulative and the lack of a basic apology for being treated wrong.  Being thrown the bone of whatever ex post facto does not really heal the damage that is done emotionally.  Saying here is the training does not change the fact that I was wrongfully accused and punished without so much as a basic human apology and to make it worse to then have the promise of the small bit of reparation being taken away again that is what hurts.  I didn't grieve this mistreatment I took people's word that it would be made right only to then have that being reneged on.   It is the betrayal that hurts more emotionally which is where this all is coming from and it's hard to trust now.

That is what sparked the issue and the slow burn.  Eventually to settle things I was promised that I would have it made up to me the next time training was available to which I pointed out then that would not happen probably because there was UNGA, then I was scheduled for ATLAS then the Olympics which I should make clear how it came about.  I was introduced to the MECU lead and I literally begged him to let me go just so I could get away from NYFO for a while he did me that favor. I wasn't allowed to even apply to TDYs otherwise.  I needed the pause because every day was just too much. I even looked at Now positions to just get out of everyone's hair.  I was told directly I should just quit in any number of ways.  I figured if I wasn't wanted, why not let me go to another post or office.  Of course, the post I asked about on the now list and put at the top of my elspec I didn't get even though there were two of them, I got my 14th choice.

Back to the SD trip the response was well I guess you will be busy and we will see next time it comes up.  Now is that next time. It's not even the same and when I ask I get the same no reply from Eric. He ignores my leave requests and anything like this.  It was only when I went back to Ugarte and reminded him of the promise and he told me to ask ASAC Carlson that there was a response from Eric who was mad that I forced his hand because I guess it was brought up to him. He demanded to know first if I asked Carlson (obvious he knew) and then when.  I clearly said based on Eric's approval and explained why I wanted it which is honestly because I want to do I work and I think it will be helpful.  Then I get the response from Eric oh I need to see it from management's perspective and there is a new 30-day rule that I have not been 30 days in the office in the last 7 months but whose fault is that?

I begged not to go to ATLAS. I went kicking and screaming and contrary to the story I am sure is being told, Eric and anyone who asked knew why, because my father was not doing well, and I didn't want to be away if something happened.

Even knowing that I was bullied into going and as I said I spent almost every weekend driving 4 hours each way back from Winchester to check on him until that last Sunday where he was admitted to the hospital for the final time and I drove back to Winchester at 0300 to report by 600 to find out he passed that afternoon only to

4

be told well you still need to go through the Tate training anyway the next day which I think from a basic treatment of people and humanitarian stand point was harsh. Other than the email from you and I think one from Eric and some thoughts from my classmates no one said anything to me other than I had to keep working the rest of the week and when they handed everyone the universal timesheet including the travel day Saturday I had that taken back and an special one made for me so I would not be compensated for the travel day which I used to go home Friday night  after training still dirty from the field, to do the eulogy Saturday and turn right back around because I had to be on the range in  Quantico Sunday morning. Yet again not once did I complain. I was given no time off to grieve or get my head on straight even after.

 In fact, J Lew was quite nasty with me when I pointed out that I could not be on call Thanksgiving because I was away at ATLAS (again not my choice), and Christmas weekend would be the day I was traveling back to NY after the 5-day capstone so that would be hard, so I could only work New Year's and/or some of Christmas weekend.  I have those emails as well.  Not once did I get a chance to be with my family bury my father and of that but again I was a good solider and never complained.

 That is not to mention being dumped on during the capstone getting the shift lead position on the woods march, being set up to fail which is all fine but then even after having to improvise and work through there ad hoc admin changes being embarrassed by having for the only time in training something videoed and shown with commentary about things that were not so for the class to laugh and then twist what happened as I have already heard the stories from people who were not there that were made from whole cloth.

No mention that the vehicles were not actually down and there was confusion as to what I ordered which was right and what they wanted which was not necessary. That the contact side was right so with only 3 agents in our car I was the one left to sanitize and grab a huge go bag and climb over everything with my rifle which is why I was the last one out.

Not that I order the whole team to take the protectee into the woods and was the last one off the x to ensure my whole team was accounted for.

Not that I had to then run into the dark woods through the bramble to find the team who were moving this whole time and catch up and that they were refusing my order for a security halt for accountability and it was only after the instructor intervened that was done.

When I questioned, what was I supposed to do, I was told I was supposed to field execute the person who was not obeying my order which turned completely on its head in to some new version which takes a big from wherever and makes up the rest being told by people who were not there.

Bonus they claim their version is all on this secret video. It is not said that we were told it was the best bail out they had seen with some awkwardness due to things being improvised or that actually I led a successful mission against all the things stacked against me.  All that while still no time to grieve no time to do anything but charlie mike like a good solider and I better not break from smiling because if I do then I'm the bad guy again.

It's not the one thing that causes my feelings and attitude its cumulative. How much can one person be expected to take before they say something or lose it and yet there is this constant piling on acting like no big deal.  Another example is Nieves' nastiness about revocation letters.  He said I was not writing to the audience because I used too big of words or something or wrote to "smart" and that I didn't need to show everyone I was smart we all are, or we wouldn't be here.  There were no words I would not normally use.  I think I used the word "secreted." He said the passport would never get revoked because the case did not merit it. He rewrote the letter and the counsellor lawyer emailed me to ask about it and I replied I did not write that version and I sent him the original I wrote.

5

I then got a call back from him, Eric Lee I believe his name is, around 1700 and he asked was I a lawyer based on the writing. I replied yes and explained the case and the legal basis and thinking.  The revocation letter was sent out first thing next business day.  Then there was Rick's case I wrote the letter for and that nasty email from Nieves about how dumb we were to think that would get revoked or whatever (I have that one too).  You guessed it revoked.

I found a person offering documents online and wanted to send out an email to see where it would go.  Swenson denied me, "the juice was not worth the squeeze" he said meanwhile the USSS jumped all over it.  I am not even authorized to send an email so how can I have anything for an EER?

 Everything I do has to go through Eric, who approves nothing it seems or slow walks everything or required me to fight tooth and nail for every inch or pettiness, so I guess it can be said well I gave you that.  My cases just sit in his cue partly because of whatever is going on with him and whoever.  That PQ was opened months when it was supposed to be closed in 5 days.  I had to go to Edgar I think when I got back, and I still don't know if it's closed.  It's a constant I am a stupid 6 what do I know, be it about revocation letters, getting things from the BVS (again something I seem to have no problem with unlike others), or things for my career.

I brought up to Eric directly about timing and training and doing things. I was told I didn't know what I was talking about when I pointed out that a large portion of my time at NYFO was gone last summer because with ATLAS an everything I would not have time to do things like say Pemberton who was constantly on TDY or training.

Again, IMHO I am here now because Ramar is friends with someone who vouched for me and I begged to get away and do anything else.  I didn't know what I was talking about; he was a 2, he knew so much more but now his excuse why he doesn't want to send me on the training is EXACTLY what I said, I won't have time in the field office because my TED for Pathfinder which I didn't ask for is June.

So, I am punished because of things not of my doing and which I actively asked not to do and complained about.  I have not had this with any of the people I have worked with from other offices.  As Ugarte told me when I complained that my classmates were doing training when I was denied, it well maybe it's how they treat and manage their agents which is what precipitated me looking at now positions.

Here in Seoul I have worked with, a RAC, ASACs from 2 offices, supervisors, and people all the way to the  head of DO and nothing like what I experience at NYFO and I honestly don't get it.  I gave you the names, you can talk to any of them no problems.  Kevin Wetmore sat next to me in the JOC, no issues.  I have no problem with you asking him his assessment of me or Mark, Craig or Ramar who spent the most time with me or any of them or  Mike Davies in the PRO or the people in Bridgeport.  I have several letters of praise from the Boston office yet all this from NYFO why? What is it I do that makes people have this need to just whatever there and now I get 2 more years of it on Pathfinder.

This is where my head is at and Eric knows this but, in my opinion, ignores it. I am sure he has other things, but I can only take so much dumping on before it affects my work which it clearly has and my demeaner which is has.  I am generally a happy person but one can only take but so much bullying and whatever else you call it before it reflects and when I am turning to my supervisor and saying hey something is wrong and getting it equally from him from being literally screamed at and hung up on for asking a simple question to being embarrassed in from of the office at Varick its hard what do you do but ask to be gone.

Everything I try to do turns into a three-ring circus from requesting to go even apply to go on TDYs which he flatly denies doesn't think them appropriate to a simple leave request which he never grants. I literally have not had a day or holiday off since I came to NYFO I can think of which I was not directly working or encumbered in some way.  I asked no begged several time for a few days off for a wedding and was ignored until it was too

6

late to book a ticket. That was the closest to a leave approval I've gotten. Every time I ask for one  there is some excuse, or no reply to my emails or request or a reply that is so late I can't book anything.

The no reply is now common place;  just ignoring any email I send which is not related to something he wants or the "we will talk about it in person at some later point." case point and example next week, I requested to stay in Asia to finally burn some comp days which I thought would expire, denied.  I have a leave request for my birthday at the end of April he has ignored.  This is and has been the constant.

Another example the iPhone war. I didn't ask for an iPhone because I wanted it.  I woke up on a Sunday with my blackberry not working.  I then spent 12+ hours not on my time sheets (much like most of the work I do at home on cases and everything else daily) on the phone with the tech people trying to fix it and they said it was broke and unsupported.  I went to Tracy there were no other blackberries. I spent hours calling emailing everyone I could to fix it I couldn't until I was told by the computer people I shouldn't have it to order the iPhone and he put the order in/walked me through it.

I spoke to Tracy who said she couldn't order they , it did not work for her but see how it worked for me.  The issue was we were coming up on UNGA and I had no phone or more important access to email.  That all turned into JJ wants to be special when the reality was when it came I offered it to Eric to switch with his blackberry as the more senior person as well as several others and was told no.  In fact, initially I asked for a replacement blackberry and was told they were not giving those out anymore.  In fact, further the iPhone is a hassle because emails are not pushed and there is no guidance.  When I asked for some Eric again screamed at me and so I just learned to say whatever.   Again, more the whole story is not told to make me look like the bad guy. I am constantly going out of my way to do the right thing and treated like I am this terrible rogue agent.


I will stop here because I have said too much, and I should follow the standard advice and just delete this, but I don't know if I will get the catharsis I need if I do that.


Again, I shouldn't write this all and I know things have legs, but I want you to understand where my head is.  I am sure this comes off as more emotional than it should, but I am trying to distill down the facts of what is going on so you understand my side which may or may not be helpful in your assessment.  Probably not but now that I wrote it I might as well send it if only for the catharsis.  This has been my NYFO experience and the highlights of the last year from my eyes.

J




Jabari-Jason Tyson-Phipps
Special Agent | New York Field Office
U.S. De  artment of State | Diplomatic Security Service
Office:

Please excuse typos, Sent from iPhone

7