# Exhibit G

Ariel Kaufman
June 14, 2023

COMMONWEALTH OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * *

FOREIGN SERVICE GRIEVANCE BOARD      *

FSGB 2022-041 TYSON-PHIPP           *

* * * * * * * * * * * * * * * * * *

DEPOSITION OF:

ARIEL KAUFMAN

Conducted Remotely via Telephone

June 14, 2023 at 9:31 a.m.

Christine M. Lo Schiavo

Professional Court Reporter

Ariel Kaufman
June 14, 2023

APPEARANCES:

Representing the Grievant (By telephone):

        AVERY DOOLEY & NOONE, LLP

        3 Brighton Street

        Belmont, MA  02478

        BY:  NGAI OTIENO, ESQ.

        (617) 489-5300

        Email:  notieno@averydooley.com


Representing the U.S. Department of State

(By telephone):

        U.S. DEPARTMENT OF STATE

        GTM/G, SA-1, H-523

        2401 E. Street, NW

        Washington, DC  20037

        BY:  STANLEY I. TODMAN, ESQ.

        (202) 261-8116

        Email:  todmansi@state.gov

Ariel Kaufman
June 14, 2023

I N D E X

WITNESS:                                    ARIEL KAUFMAN


EXAMINATION BY:                                  PAGE:

Mr. Otieno                                         4


EXHIBITS:                                        PAGE:

(None offered)

ARIEL KAUFMAN, Deponent, having been duly sworn, deposes and states as follows:

EXAMINATION BY MR. OTIENO:

Q.    Good morning, Mr. Kaufman.  My name is Attorney Ngai Otieno.  I represent Special Agent Jason Tyson-Phipps relative to a grievance to the Grievance Board regarding a four-day suspension.  I have been asked to take your deposition today with respect to that action.  You are represented by the counsel, Mr. Todd -- Mr. Stanley Todman.

Have you been deposed before?

A.    No.

Q.    All right.  I just want to give you a few limited instructions to ensure that this process runs as smoothly as possible.  First, this is a telephonic deposition.  The court reporter will be taking down everything that we say, and will produce a transcript.  For that reason, I ask that you allow me to finish my question before you answer.  On the same end, I'll try to allow you to

Ariel Kaufman
June 14, 2023

finish your answer before I ask another question.

This way we're not talking over each other, and we can produce a transcript that does not have us talking over each other.

You are represented by Attorney Todman from the agency.  From time to time, he may object to a question I ask you.  If that's the case, I would just ask that you allow Attorney Todman and I to resolve the objection, and then he would instruct you on how to proceed.  Do you understand?

A.     Understood.

Q.     If you need to take a break, for any reason, just let me know and I will do my best to accommodate you.

Lastly, if you don't understand a question, please let me know.  Otherwise, I'll have no way of knowing whether you understood the question.

And also, please refrain from answering any questions with any nonverbal movements or gestures.  I will need you to answer yes, no, or however appropriate, depending on the question, so we can accurately get a transcript

Ariel Kaufman
June 14, 2023

based on your testimony.  Do you understand?

A.    Understood.

MR. OTIENO:  And, Attorney Todman, can we stipulate that, except to the form of the question, all objections are reserved until the time of hearing?

MR. TODMAN:  Yes, absolutely.

MR. OTIENO:  Thank you.

Q.    (By Mr. Otieno)  Mr. Kaufman, could you spell your full name, please?

A.    Yeah, it's A-R-I-E-L, Kauf -- K-A-U-F, as in Frank, M-A-N.

Q.    And how old are you, Mr. Kaufman?

A.    51.

Q.    Where are you currently employed?

A.    I'm currently employed with the Department of State, Diplomatic Security in the New York field office.

Q.    And how long have you worked for the Department of State?

A.    Approximately 20 years.

Q.    Could you just take me through your career with the Department of State, beginning with the first position you held until your most

Ariel Kaufman
June 14, 2023

recent or current position?

A.    Sure.  Let's see.  I started with the department around September of 2002.  I was a special agent with the -- special agent until around September 2008, where I took a job with the Department of State as a task force officer with the Department of Homeland Security, and I was there for about nine years, until approximately June 2020, where I came back to the field office, and I was -- I became a supervisor.  Yeah, that's about right, and until present.  Is that -- is that enough or...

Q.    What is your current position?

A.    My current position is -- I'm a supervisory special agent with the Department of State.

Q.    If you could, take us through what your day-to-day job duties entail.  And, again, I don't want you to touch on any matters that could be considered law enforcement sensitive or any information that could be deemed classified.

A.    Okay.  I -- I manage a unit where we do criminal investigations.  I manage people's criminal investigations, and I manage my agents,

Ariel Kaufman
June 14, 2023

the agents under me.  We manage their travel,
their protective duties.  I -- I have to write
their evaluations.  I deal with any issues that
they might have with the -- with the agency or
personal issues, just kind of make -- navigate
them through there.  Most of my -- most of the
agents are on their first tour, so I help them
navigate through that.

Q.    And approximately how many
individuals do you currently supervise?

A.    It fluctuates widely depending
on -- but anywhere -- I think a good guess would
be anywhere between 9 to 15, at the most,
depending on the -- on the cycles.  The foreign --

Q.    I know you indicated -- all right.
Go ahead.

A.    No.  The foreign service pulls
people away all the time.  So, you know, the
cycles are different.  So we'll have -- sometimes
we'll have more and sometimes we'll have less.  It
all depends on the cycle.  Sorry.

Q.    You indicated that you're currently
a supervisory special agent with DOS at the New
York field office.  Are you considered a senior

Ariel Kaufman
June 14, 2023

agent?

A.      I don't -- I don't think that term -- I've never heard that term being used in our department, the senior special agent.

Q.      Okay.  Who is your current first-line supervisor?

A.      My current first-line supervisor is Sean -- ASAC Sean Coppinger.

Q.      Can you spell that?

A.      C-O-P-P-I-N-G, Coppinger, G-E-R. And it's Sean, S-E-A-N.

Q.      And who's your second-line supervisor?

A.      Second line would be the SAC of the office, which is Keith Byrne.

Q.      Did you say Keith Byrne?

A.      Yes.  B-Y-R-N-E.

Q.      Do you recall who your supervisor was in 2018?

A.      I be -- fudge.  Erik Jagles, maybe, at the time.  I just -- Erik Jagles, I think, I believe.

Q.      And do you know who your supervisor was -- do you recall who your supervisor was in

Ariel Kaufman
June 14, 2023

2019?

A.    It might have been him too.  If you guys would have let me know, I would have prepared for that answer.  I -- I think it was Erik Jagles in 2019, I believe; I believe it was him, yes.

Q.    Okay.  I want to shift the focus now to your deposition preparation today.  Other than speaking with agency counsel or any agency attorney, could you describe for me how you prepared for today's deposition?

A.    I read over the -- I read over the paperwork that you guys sent me, the email that was sent to me with attachments.

Q.    Okay.  Again, other than -- with the exception of agency counsel or any agency attorney, did you speak with anyone in preparation for today's deposition?

A.    I did.  I called my rep, my field rep, but that's it.

Q.    Okay.  So --

A.    There was a conversation with him, yeah.

Q.    Did you speak with anyone within human resources at the Department of State?

A.   No, I did not.

Q.   Did you speak with your supervisor regarding today's deposition?

A.   I did.  But not -- no -- no details of what the deposition was, just that I had a deposition.  He's not familiar with -- with anybody who's involved.

Q.   Okay.  Other than your ASAC, Sean Coppinger, and your field representatives, did you speak with anyone else regarding today's deposition?

A.   No, no.

Q.   You indicated that you reviewed the materials that were sent to you.

A.   I did, yeah.

Q.   Did you review what's been marked as -- or what's going to be referred to as Grievance Exhibit 1?

A.   If you can direct me to where that is, I -- I'd appreciate it.  I have it all in front of me; I have the paperwork.

Q.   Okay.  Grievance Exhibit 1 should be a proposed five-day suspension, Special Agent--

A.   Oh, yeah.  Yes, I do.

Ariel Kaufman
June 14, 2023

Q.    Okay.

A.    Yeah.

Q.    Did you have an opportunity to review Grievance Exhibit 22, which is 12 FAM 092?

A.    I did receive that, yes.

Q.    Did you review Grievance Exhibit 23, which is a May 9, 2019 email from you --

A.    So --

Q.    -- to Supervisor Jagles?

A.    I reviewed it minutes ago, because I believe you attached the wrong email to what I got, so I got it a few minutes ago.

Q.    Okay.  Did you --

A.    But yeah, I did -- I did review this; yes, I did.

Q.    Did you review Grievance Exhibit 24, which is a June 8, 2020 email from you to supervisory -- Assistant Special Agent Erik Jagles?

A.    I did.

Q.    Okay.  And did you review Grievance Exhibit 26, which is the agency's March 14, 2023 written discovery responses?

A.    Yes, I did.

Ariel Kaufman
June 14, 2023

Q.    Okay.  All right.  Do you know, Special Agent Tyson-Phipps?

A.    I do, yes.

Q.    And could you describe for me when you first met Special Agent Tyson-Phipps?

A.    I believe it's -- and you're going to have to pardon, I don't know the timeline here, but I believe, when he first got to the New York field office, he was assigned to my -- to the unit that I was in.

Q.    And what unit was that?

A.    I believe it was Unit 1.  One?  I don't -- the units are constantly changing, so I don't remember -- maybe Unit 1, which is -- I believe it was Unit 1.

Q.    And what -- what office was -- are we referring to here?

A.    This is the New York field Office, NYFO.

Q.    And do you recall, generally, the time frame or the year in which you first met Special Agent Tyson-Phipps, when he joined Unit 1?

A.    2018-ish.

Q.    And what was your position in 2018

Ariel Kaufman
June 14, 2023

at NYFO?

A.    I was a field office agent.

Q.    Okay.  Was your position designated as a special agent with the Department of State?

A.    Yes, it was.

Q.    Okay.  When Special Agent Tyson-Phipps first joined Unit 1 at NYFO, sometime in 2018, were you in a supervisory relationship with Special Agent Tyson?

A.    No.

Q.    At any point in your career with the Department of State, did you supervise Special Agent Tyson-Phipps?

A.    No.

Q.    And if you could, how would you describe your work relationship with Special Agent Tyson-Phipps when he joined Unit 1 of NYFO?

A.    I was -- I always got along okay with him.  I went into the field with him several times.  I -- we did protection duties together. It wasn't bad.

Q.    And how long did you work with Special Agent Tyson-Phipps at the NYFO office?

A.    It's hard to say.  I believe for the

Ariel Kaufman
June 14, 2023

time that he was here, a couple years.  Once again, I'm sorry.  The timeline is -- I know the timeline is a little confusing.

Q.    Oh, yeah.  I'm only asking you to the best of your memory.

A.    Yeah, it's -- I believe it's from when he got here to when he left.

Q.    Okay.  Is it accurate to say that you worked alongside Special Agent Tyson-Phipps at NYFO for a year or so, or more?

A.    Yes.

Q.    Okay.  And in your -- and again, you testified that you did not supervise Special Agent Tyson-Phipps?

A.    No, no.

Q.    Having worked with and/or alongside Special Agent Tyson-Phipps at NYFO, did you have an opportunity to form an opinion as to his abilities as a special agent?

A.    Do you want me to tell you if he's a good special agent, or...

Q.    Well, I'm asking you, you worked alongside Special Agent Tyson-Phipps, you testified, for over a year on cases.  Did you work

Ariel Kaufman
June 14, 2023

alongside him, during that time period, where you could form an opinion as to his abilities as a special agent?

A.    I guess.  I'm not sure what you want me to say here.

Q.    How would you describe --

A.    He was a -- he was a smart -- he's a smart educated and -- you know, he's a lawyer; I believe he's a lawyer.  If you want me to say he can do his duties as a special agent, I had no -- yeah, I was a -- I guess so, yeah.  He did his job and, you know, the issues that came up afterwards, most of them had nothing to do with my relationship with him.

Q.    To the best of your memory, have you ever been named in any complaints by Special Agent Tyson-Phipps, or in lawsuits?

A.    I believe so; I believe so.

Q.    And what -- tell me about what you know about being named in a lawsuit.

A.    I am -- I received -- I believe there's a lawsuit against the department, and I think my name -- and I believe my name is on there.

Ariel Kaufman
June 14, 2023

Q.    And to the best of your memory, are you named as a witness or are you named as a responsible management official; what is your understanding as to your --

A.    I'd say -- my understanding is that I'm a witness, I believe, if I -- if I read it correctly.

Q.    What else can you tell me about the nature of this action, if it's a lawsuit or a complaint?  Do you know what --

A.    I'm -- I'm not very familiar.  If somebody sent it to me, I'd know -- and I believe it's a lawsuit against the Department of State.  I did not read the entire -- the entire document.

Q.    And when did you receive the document?

A.    It's tough to say.  A couple weeks ago, maybe.

Q.    And can you describe anything else, in terms of you being named as a witness in a lawsuit filed by Special Agent Phipps?

A.    Well, what do you want me to describe?  I'm sorry.

Q.    What is your understanding as to

your role, if any, of the witness in this lawsuit?

A.    Well, my understanding is I believe it's very similar to why I'm here today.  It had to do with me -- with him, the off-duty pistol issue.

Q.    Okay.  And we'll get to that later. But -- and again, before we delve into some of the merits of this case --

A.    Right.

Q.    -- what is your understanding as to Special Agent Tyson-Phipps' grievance to the Grievance Board?

A.    It's basically everything that you guys gave me today, most of it which I was not aware of it.  So it's what's on here, is my understanding.

Q.    When you say "here," what are you referring to?

A.    I'm sorry.  To the Exhibit 26, or I'm sorry, the -- the grievance, Exhibit 1, Exhibit 1 and 26.  The information that you guys provided to me is what I'm -- is more information than I've ever had.

Q.    Could you please look -- take a

Ariel Kaufman
June 14, 2023

moment and look at what's been marked Grievance

Exhibit 22, and let me know when you're finished?

A.    Do you want me to read it, or do you

want me to just -- I have it in front of me; what

would you like me to do with it?

Q.    Sure.

A.    It's a deadly-force policy and the

authority to carry firearms, correct?

Q.    Yes.  I'm asking you to identify

what Exhibit 22 is.

A.    Okay.  I just did.  Okay.

Q.    Okay.  And are you familiar with

what's been marked Grievance Exhibit 22?

A.    I am familiar with it, yes.

Q.    Okay.  And what is your

understanding to what Grievance 20 -- Grievance

Exhibit 22 is?

A.    Well, with -- with the authorization

to carry firearms or with the deadly -- deadly

force?

Q.    Well, it's --

A.    In short -- in short, you're asking

me -- if you could be a little specific, I'd

appreciate it, just so I can answer the question

Ariel Kaufman
June 14, 2023

more accurately.

Q.    Sure.  And if you don't understand the question, please let me know --

A.    Okay.

Q.    -- so we can create a clear record here.

At the top of Grievance Exhibit 22, is it accurate that it states, "12 FAM 092, Department of State Deadly Force and Firearms Policy"?

A.    Mm-hmm, yes.

Q.    Have you read this policy prior to today's deposition?

A.    Yes, I had.  I don't know if it's the same one that I read, because I know it changes every so often, but we -- the last time I read it was -- yeah, but I have read it, yes.

Q.    And you previously described being an employee with the Department of State, or rather a law enforcement officer with the Department of State for 20-plus years.  Can you take me through any training that you may have had with the Department of State concerning firearms?

A.    A lot of it is the same -- so our

initial training, which, when we first come on,

it's described pretty clearly that, you know, what

our carry -- our carry authorization in our

agency.  When we -- we also -- we have to qualify

four times a year; during that qualification, I

believe they go over it too.

We also have -- every so often, we have what they call, "Sustainment Training," where we get -- you know, people from headquarters come up and there's always a legal refresher that comes up on that as well.

THE COURT REPORTER:  I'm sorry.  What training did you -- what training did you call that?

THE WITNESS:  It's called -- it's called the sustainment -- the sustainment training.

THE COURT REPORTER:  Statement, S-T-A-T-E-M-E-N-T?

THE WITNESS:  Sus -- sustainment.

THE COURT REPORTER:  Oh, got it.  Got it, got it.  Okay, thank you.  Sorry to interrupt.

THE WITNESS:  No.  Thank you.

Ariel Kaufman
June 14, 2023

Q. (By Mr. Otieno) Mr. Kaufman, if you could turn to page 2 of Grievance Exhibit 22, and if you could for me read the section under, "Off-Duty and Secondary Weapons," that actually goes onto page 3, and let me know when you're done.

A. (Witness perusing documents)

Okay.

Q. Having read the secondary weapons section of 12 FAM 092, were you familiar or are you familiar with the contents of that information?

A. I am, yeah.

Q. Do you have any knowledge as to whether 12 FAM 092 prohibits Department of State law enforcement officers from carrying secondary weapons if the secondary weapon is a licensed personal firearm while on duty?

A. So I'll tell you how I interpret this, and the way that I see it is, I don't like to mess around with the secondary stuff at the time. I don't like -- it's -- I don't want to get -- I'm not a lawyer. I don't want to get into the weeds of it anytime this comes up. I always

Ariel Kaufman
June 14, 2023

side on the -- I always err on the side of

caution.  I don't know what the state and local

laws are.  I just go by what DSS tells me to do

with when it comes to what I can carry off duty,

and it's usually, you know, the issued weapon that

we -- that we carry off duty.  I don't like --

Q.    Okay.  And --

A.    I'm not exact -- it's -- you're --

it says here, you know, "No secondary handgun is

authorized unless there is written documentation

on file with DSS," is what it says.  Now, I

don't -- but I'm not -- that's what I'm familiar

with.  I am not familiar with, like, the state or

local laws, you know, with involving your -- your

unauthorized gun or your personal gun.

Q.    Okay.  Mr. Kaufman, my question to

you, though, is --

A.    Yeah.

Q.    -- do you have any knowledge whether

12 FAM 092 --

A.    Okay.

Q.    -- prohibits the Department of State

law enforcement officers from carrying a licensed

personal firearm while on duty.

Ariel Kaufman
June 14, 2023

A.    I would not -- I can't answer.  I'm not sure.  They're personal; you said they were personal firearms, correct?

Q.    Correct.

A.    Yeah.

Q.    And your answer is you're not sure?

A.    No, I'm not.  I -- I -- because I don't -- I don't have to deal with that at this --

Q.    No, I understand that.  But your response was you were not sure; is that correct?

A.    Yeah, I'm not sure.

Q.    Were you provided any training, over the course of your 20 years with the Department of State, concerning the issue of carrying a licensed personal firearm while on duty?

A.    I'm sure it was brought up at some point or another, but I don't recall it because I -- the way that I do it, I just don't carry personal firearms on duty.

Q.    Again, I'm asking, do you have a specific memory of whether or not you were provided training concerning the issue of carrying licensed personal firearms while on duty?

A.    I don't have any memory.  I'm sure

Ariel Kaufman
June 14, 2023

it was brought up in our training, but I don't

have any memory of it, no.  Things have changed in

the last several years with regard to this.

       Q.     If you could, Mr. Kaufman, can you

take a look at what's been marked as Grievance

Exhibit 1?  Let me know when you have that in

front of you.

       A.     Okay.  I got it in front of me.

       Q.     If you could look at the background

section paragraph 1.

       A.     Yeah, I see it.

       Q.     And Charge 1.

       A.     The first paragraph?

       Q.     Yes.  If you could look at the

background section.

       A.     Okay.

       Q.     And let me know when you're done

reading that.

       A.     (Witness perusing documents)

             I've finished reading the

background.

       Q.     If you could look at the bottom of

page 2 of Grievance Exhibit 1, under Charge 1,

Specifications 1 and 2, and let me know when

you're doing reading.

A.    I'm sorry.  Say it again?

Q.    Could you read on the bottom of page 2 of Grievance Exhibit 1, Charge 1 --

A.    Okay.  Charge 1.  Okay.  Do you want me to read that Charge 1?

Q.    One.

A.    Okay.

Q.    Charge 1, Specifications 1 and 2, please.

A.    All right.  Thank you.

(Witness perusing documents)

Okay.  I've read it.

Q.    Could you, to the best of your ability, identify what has actually been marked as Grievance Exhibit 1?

A.    Do you want me to describe it?

Q.    What is your understanding what Grievance Exhibit 1 is?

A.    Per the FAM, a special agent is prohibited from carrying or using a -- it's a firearm that is issued -- that is not specifically issued, that you cannot use your personal weaponry.

Ariel Kaufman
June 14, 2023

Q.    Okay.  If you could go to the top of Grievance Exhibit 1.

A.    Okay.

Q.    And if you read that first paragraph and then let me know what your understanding into what Grievance Exhibit 1 is.

A.    I'm sorry.  Once again?  Grievance Exhibit 1, the first paragraph?

Q.    Yes.

A.    I'm -- I apologize.  First paragraph where?  Now I'm a little lost.

Q.    On the top of page 1.

A.    Okay.  Page 1.  So I went back to the background one, right, or is this -- or -- or --

Q.    Page 1.

A.    Okay.

Q.    If you could look at the top of page one of Grievance Exhibit 1, the first paragraph starts off with, "The Department proposes" --

A.    "Proposes."

Q.    -- "to suspend you."

A.    Okay.  They are proposing to -- do you want me to define it as I understand it?

Ariel Kaufman
June 14, 2023

Q.    Yes.  What is the document --

A.    It sounds like they want to -- they want to suspend -- that they want to suspend JJ for -- for violating some of these -- per the FAM, with several of these allegations.

Q.    Okay.  Did you, in any way, assist in an investigation that led to what's been marked Grievance Exhibit 1, the proposal for a five-day suspension against Special Agent Tyson-Phipps?

A.    No, no.

Q.    Did you provide a statement with respect to any agency investigation concerning the September 2, 2020 proposed five-day suspension of Special Agent Tyson-Phipps?

A.    No.  I -- not -- no, not to my knowledge, no.

Q.    Were you interviewed as part of any investigation of Special Agent Tyson-Phipps concerning the proposed five-day suspension?

A.    No, I was never interviewed.

Q.    You testified that you worked alongside Special Agent Tyson-Phipps for over a year.  I believe you estimated that time period sometime in 2017 or 2018.  Did Special Agent

Ariel Kaufman
June 14, 2023

Tyson-Phipps ever ask you for guidance on the agency policy covering the issue of carrying a personal weapon while on duty?

A.    I don't recall.  I don't remember him doing that.  We had conversations.  I know that we spent a lot of time in vehicles, but I don't recall any specific incident of him asking me that.

Q.    Do you recall if Special Agent Tyson-Phipps had any conversations with you regarding the issue of carrying a personal firearm while on duty?

A.    I don't recall any specific conversation that we had about that, no.

Q.    Do you recall any general conversations about the issue of carrying a personal firearm while on duty?

A.    No.  Once again, I know we -- we had a lot of -- of chats; I mean, that's normal.  You know, but I don't remember any specifics when it comes to that, no.  But I -- sorry, I apologize.

Q.    No.  Go ahead.

A.    No, no.  I just -- it's -- it's one of those things that it's ingrained in us pretty

Ariel Kaufman
June 14, 2023

heavily, that we're not supposed to be wearing,

you know, that -- that kind of -- our personal

stuff on duty.  And I can't image me ever having

said that to him, that it was okay, you know, to

do that.

Q.    All right.  And that brings me to my

next question, then.  Did you ever inform Special

Agent Tyson-Phipps that he could wear a personal

weapon on an ankle holster while on duty so long

as he carries his government-issued weapon?

A.    No, no.

Q.    Did you ever inform Special Agent

Tyson-Phipps that, as a qualified law enforcement

officer, carrying a personal weapon, while on

duty, is allowed or consistent with the Law

Enforcement Officer Safety Act?

A.    I don't recall ever having said

that.

Q.    And again, I just want to be clear

here, you don't recall -- does that mean the

possibility that that conversation along those

lines happened, but you just don't have a specific

independent memory?

A.    I don't have any specific

Ariel Kaufman
June 14, 2023

independent memory of -- of having spoken to him about that.  And I have racked my brain over it, but, no, I don't.

Q.    Have you ever carried your personal weapon, or have you ever carried a personal weapon on your person while on duty?

A.    No.  I have -- an amendment to that, not an amendment, but we do bring personal weapons to our office sometimes, and -- and -- but not on our person.  We bring them to share with others, to shoot them off at the range.  It's a law enforcement office.  We -- we bring -- sometimes we bring our guns into the office, but not -- we would not wear them for duty.  Is that -- is that kind of clear?

Q.    I understand what you're saying.

A.    All right.

Q.    And just to be clear, you acknowledge that you have -- you have brought a personal weapon to the office?

A.    Yes.

Q.    To the shooting range --

A.    But -- but not -- I have not -- this is not on my person.  It's in a box and it's not

Ariel Kaufman
June 14, 2023

to be worn on duty.

Q.    Have you ever carried a personal weapon on your person not -- while on duty, but not for the purpose of your official duties as a law enforcement officer?

A.    I -- I don't know what that question means.

Q.    Oh, I'll restate.  Have you ever carried a personal weapon on your person, while on duty, just as a means to store the weapon?

A.    No.

Q.    Have you ever worn an ankle holster on your person while on duty?

A.    No.  I don't -- no.  Well, that's not necessarily true.  Maybe I have.  You know what, I'm trying to remember if I ever -- not to my recollection, no, no.  I don't like ankle holsters, personally.

Q.    So again, just to the best of your memory, you've never worn --

A.    No.

Q.    -- an ankle holster on your -- while on duty?

A.    No.

Ariel Kaufman
June 14, 2023

Q.      You previously described bringing a personal weapon to the office --

A.      Yeah.

Q.      -- and to shoot at the range.

A.      Yeah.

Q.      Can you describe for me the time periods in which you brought a personal weapon to the office --

A.      Like when?

Q.      -- to the best of your memory?

A.      When I've done it?

Q.      Yes.

A.      Okay.  I can't give you a specific time, but I know that a lot of times I will -- you know, we -- we're required to qualify several times a year, and I sometimes will bring one of my -- a personal pistol to -- or a shotgun or something, and after we're done with the official qualifications, we usually have some time to shoot our own -- our own gun, and that's when I do it. But I don't -- the time frame, I -- I don't know. I couldn't tell you specific dates or anything like that.

Q.      Okay.  When you would bring your

Ariel Kaufman
June 14, 2023

personal weapon to shoot --

MR. TODMAN:  I'm sorry, Attorney Ngai, if I could just counsel the witness to wait until Attorney Ngai finishes his question so that you can understand the question, and so that we can have a clean record before you answer.  Okay?

THE WITNESS:  Okay.  I apologize.

MR. TODMAN:  All right.  Thank you.

Q.    (By Mr. Otieno)  Mr. Kaufman, the times in which you would bring your personal weapon to the shooting range, when you were actually using your personal weapon to shoot at the range, would that be while you were on duty, or is that off duty?

A.    That would be on duty at the range.

Q.    Okay.  And how would you carry and/or store your personal weapon while you were on duty at the driving range -- excuse me, at the shooting range?

A.    In a pistol box, a locked pistol box.

Q.    Okay.  And in terms of using your personal weapon while on duty at the shooting

Ariel Kaufman
June 14, 2023

range, what ammunition would you use?

A.    Personal, always.  Usually --
usually the gun that I bring, that is not the same
caliber that we use at work, so it's not -- it's
personal ammunition.

Q.    And the process in which you would
bring your personal weapon to the office and to
the shooting range, did you ever inquire or
request permission from management?

A.    No.

Q.    And why not?

A.    It's not -- it's -- why not?  It's
not in the SOP or anything.  We -- the only people
we ask for permission from would be the range
officers at the range, you know, if we're allowed
to use our personal weapons afterwards.  It's
not -- it's not necessarily management.

Q.    Okay.  So it's your understanding --
sorry.  Go ahead.

A.    No, no.  Go ahead.  I'm sorry.

Q.    Mr. Kaufman, is it your
understanding that you were not required to obtain
permission from management to bring your personal
weapon to the office and to the shooting range?

Ariel Kaufman
June 14, 2023

A.    That's my understanding, yes.

Q.    You communicated that when you transport your weapon, your personal weapon to the shooting range, you would carry it in a box; is that correct?

A.    Yeah, yes.

Q.    Is there any other accessory or instrument or storage unit --

A.    I --

Q.    -- that you would use --

A.    I --

Q.    Let me finish my question, Mr. Kaufman.

A.    Oh, sorry.

Q.    Is there any other accessory, tool, or storage item that you would use to carry your personal weapon to the shooting range?

A.    Yes.  There's a lock box in our vehicles.

Q.    Other than the lock box in your vehicle and the box -- the storage box you previously described, is there any other accessory, a gun holster or anything else that you would use to carry your personal weapon -- weapons

Ariel Kaufman
June 14, 2023

to the shooting range?

A.    No.

Q.    The shooting range that you referenced, is the shooting range considered Department of State property?

A.    No.

Q.    Where is the shooting range that you're referring to?

A.    We had several over the years.  The one that I believed was in -- was in Paramus, New Jersey, I think, in Paramus.  It's run, I think, by a local police department.

Q.    Okay.  And it's your understanding that the Paramus shooting range that you brought your personal weapon to off duty, it's not Department of State property?

A.    Yes, that's my understanding.

Q.    Have you utilized any other shooting range other than the New Jersey location you previously described?

A.    Yes.  But -- I'm sorry.  Can I -- for work or for personal?

Q.    Have you ever used your personal weapons, while on duty, at a shooting range other

Ariel Kaufman
June 14, 2023

than the New Jersey location you mentioned?

A.      Not while on duty, no.

Q.      Mr. Kaufman, have you ever utilized the Bergen County shooting range at any point in your career?

A.      The Bergen County, Bergen County. What -- yeah, that's where we shoot, in the Paramus Bergen -- oh, the Bergen County.  Okay.  I apologize.  That's the rifle range.  Yeah.  Yes, I have, yes, sir.

Q.      And where is Bergen County?

A.      The Bergen County shooting range is somewhere off of the 287 -- where, like the address, or -- I don't know the address.

Q.      What state is Bergen -- the Bergen County shooting range?

A.      It's in New Jersey.

Q.      Okay.  And you testified that you utilized the Bergen County shooting range; is that correct?

A.      Yes.

Q.      When you utilized the Bergen County shooting range, did you bring your personally owned firearms to that shooting range?

Ariel Kaufman
June 14, 2023

A.    To the best of my memory, I have never taken my personal weapon to that range.

Q.    So is it accurate to state that you've only used the Bergen County shooting range to use your government-issued or agency-issued firearm?

A.    Yes.

Q.    Mr. Kaufman, if you could take a look at what's been marked as Grievance Exhibit 26, and let me know when you have it in front of you.

A.    I have it in front of me.

Q.    Okay.  And could you identify for us what Grievance Exhibit 26 is?

A.    It's a -- it's the grievance appeal. It's the objections and -- that have been brought up, the department responses.

Q.    Okay.  Thank you.  If you could, please take a look at page 23.

A.    Okay.

Q.    Request for Admission 10, please?

A.    Got it.

Q.    If you could please read Request for Admission 10, and let me know when you're done.

Ariel Kaufman
June 14, 2023

A.      (Witness perusing documents)

Okay.

Q.      If you could read the department response to Request for Admission 10, and let me know when you're done.

A.      (Witness perusing documents)

Okay.

Q.      Having read Request No. 10, what would be your response to Request No. 10?

A.      My response is the first -- I'm -- it says, "Deputy Supervisor Ari Kaufman."  I was never a deputy supervisor, and I did not instruct him to wear his personal weapon on an ankle holster while on duty.

Q.      Okay.  Could you please take a look at Request No. 11?

A.      (Witness perusing documents)

Yes.  Okay.

Q.      And if you could, take a moment and read department response to Request No. 11, and let me know when you're done.

A.      Okay.

Q.      Have you read department response to Request No. 11?

Ariel Kaufman
June 14, 2023

A.    I just did, yes.

Q.    Do you agree with the department response to Request No. 11?

A.    I do.  Once again, I'm not the deputy supervisor; I was never the deputy supervisor.  And I -- and, you know, I do not -- to the best of my knowledge, I don't -- I've never carried my duty -- my off -- my personal weapon on duty.

Q.    Okay.  And I know you indicated that you currently are in a supervisory role --

A.    Correct.

Q.    -- or in a supervisory position.

A.    Currently, yes.

Q.    But to be clear, did you ever --

A.    I'm sorry?

Q.    Sure.  I -- did you hear my question?

A.    You're breaking up -- you're breaking up a little bit.  If you could please repeat the question.

Q.    Sure.

A.    Thank you.

Q.    I know you previously testified that

Ariel Kaufman
June 14, 2023

you currently hold a supervisory position right now.

A.    Yeah.

Q.    Did you ever, whether acting or in a full-time position, hold a supervisory role or position in 2018?

A.    No.  I was never -- never in an official supervisory role, no.

Q.    And what do you mean by, "officially"?

A.    I can't -- for example, if my boss were to leave for a couple of days for vacation or something like that, he may have said -- you know, sometimes they will say, hey, Ari -- if anybody has any questions, they can go to Ari, but I'm not -- that's just for help and such, not -- had nothing to do with -- with any supervisory responsibilities.

Q.    Is it fair to say that, for instance, if in 2018, if ASAC Jagles was not present or on leave, he would assign you temporary status as a supervisor, and is that --

A.    No.  You don't assign temporary status as a supervisor, no.  It's just the --

Ariel Kaufman
June 14, 2023

somebody that the agents can go to if they need something.  I -- it's not a supervisory role, no.

Q.    What kind of things do you mean agents would go to -- to you, for you?

A.    Questions on cases, questions about time sheets, questions about -- they have to -- mostly, my area of expertise is more of an investigation, so it would have a lot to do with investigations, and I would go out with them on their investigations.  So it was more of a helping an agent out type of situation, not supervising.

Q.    Were you ever authorized to sign off or sign time sheets of other agents?

A.    That I do not recall if I ever did. Maybe, but I don't remember that; I don't remember that.

Q.    Mr. Kaufman, if you could, please take a look at what's been marked as Grievance Exhibit 23.

A.    I'm sorry, sir.  One second.  I'm sorry.  Is that the email?  Hello?

Q.    It's -- yeah, if you could, Grievance Exhibit 23, if you're looking at that, it should be a May 9, 2019 email.

Ariel Kaufman
June 14, 2023

A.    I have it; yes, I have the email.  I apologize.  I'm not in front of my computer.  I have these all printed, so it's not labeled as Exhibit 23.  But I do have it, yes.

Q.    If you could take a moment and review the email, the contents of the email, and let me know when you're done.

A.    (Witness perusing documents)

Okay.  Can I have --

Q.    Is it --

A.    Can I ask to take a sip of wat -- let me just have a sip of water.  Hold on, one second.  All right.  Go ahead.

Q.    And again, Mr. Kaufman, if you need to take a break, just let me know.

A.    I'm good; I'm good.  I appreciate it.  Thank you.

Q.    Is it accurate to state that what's been marked as Grievance Exhibit 23 is an email from you to Erik Jagles, dated May 9, 2019, with a 5:34 time stamp?

A.    Yes.

Q.    Okay.  Did you send this email to Erik Jagles on May 9, 2019?

Ariel Kaufman
June 14, 2023

A.    I did.

Q.    And just describe for me what you're sending Mr. Jagles concerning Special Agent Tyson-Phipps?

A.    Would you like me to describe what I remember of the situation?

Q.    Yes.

A.    Or the actual email.  And once again, this was a long time ago, and I'm trying to remember to the best of my ability.  But I believe we were at -- we were doing an interview, and I don't necessarily remember what it was.  I don't remember if it was his case or my case, but I believe we were in a jail, and I think the conversation that I'm alluding to here had happened in either his car or my car.  I don't remember whether it was before or after; once again, I don't remember.  But he -- he expressed some concerns to me about health and that he was not happy, and it was -- I was very concerned for him at the time.  Also that he alluded to -- to another agent who had recently committed suicide.  He was very upset.

After the conversation we had, I

Ariel Kaufman
June 14, 2023

didn't really know what to do.  So I decided that an email to my supervisor would be prudent and make sure that, you know, that maybe they could help him seek help or whatever.  But we were -- I was legitimately concerned.

Q.    Okay.  And the conversation you're describing now --

A.    Yeah.

Q.    -- concerning Grievance Exhibit 23, did this involve a conversation with Special Agent Tyson-Phipps sometime on or before May 9, 2019?

A.    Once again, I don't remember the dates.  I apologize, but this was just put in front of me, you know, right before the phone call today.  But I believe it was -- it must have been around then, but I don't -- I can't say certainly. I don't remember when we were on that -- that field stop, that -- and doing that field work.

Q.    Do you recall Special Agent Tyson-Phipps complaining or disclosing to you any allegations of discrimination?

A.    No, I don't remember just because I don't -- I remember having the conversation, but I do not remember any of the specifics of the

Ariel Kaufman
June 14, 2023

conversation at all.  In fact, if it weren't for

this email, I probably wouldn't be able to say,

you know, to remember a lot of the things that

were said there.  But about discrimination or

anything like that, I don't have any recollection

of that, no.

Q.    Do you recall whether Special Agent

Tyson-Phipps disclosed to you, during this

conversation, any allegations concerning

harassment?

A.    I don't remember any specifics, no.

Q.    Okay.  And do you recall whether

Special Agent Tyson-Phipps disclosed to you any

allegations of agency retaliation?

A.    No.

Q.    Okay.  If you look at the

first -- excuse me, the second sentence of

Grievance Exhibit 23 --

A.    Yeah.

Q.    -- could you read that, starting

with, "JJ was complaining"?

A.    Sure.  The second sentence?  So "JJ

was complaining that for" -- do you want me to

read it out loud or to myself?  I'm sorry.

Ariel Kaufman
June 14, 2023

Q.    Yes.

A.    Yes, to myself or out loud?

Q.    Please read it out loud.

A.    Okay.  "JJ was complaining that for the last several days his chest and heart were hurting due to the stress NYFO was causing him. He said that this is what he imagined TK felt like before he committed suicide."  Would you like me to continue or?

Q.    No.  That is all, please.  Do you recall why JJ was so upset, or why his stress at NYFO was causing him?

A.    No, no.  I -- what I do recall is that it was -- it was a wide range of -- it was a wide range of issues that he was having.  It wasn't like one specific thing; it was a lot, like we -- so...

Q.    When you say, "issues he was having," was Special Agent Tyson-Phipps having issues with management during this time period?

A.    I believe so, yes.

Q.    And did Special Agent Tyson-Phipps disclose to you the issues and/or allegations involving management at some point?

Ariel Kaufman
June 14, 2023

A.    Once again, he may have, but at this time, I just don't remember.  I don't recall.

Q.    And, Mr. Kaufman, to the best of your memory, did Special Agent Tyson-Phipps ever disclose to you concerns regarding his EER rating?

A.    I have some memory of that, but it's -- it's nothing specific.  It's general, and I don't remember when it was either.  But to the general -- generality of it, he wasn't happy with it.

THE COURT REPORTER:  I'm sorry to interrupt you, but did you call it a BER rating?

THE WITNESS:  It's an EER -- it's his -- it's his review, it's his review.

THE COURT REPORTER:  I just wanted to make sure I have the -- the acronym correct.  E as in Edward, E as in Edward, R rating?

THE WITNESS:  Yes.

THE COURT REPORTER:  Okay.

MR. OTIENO:  That's correct.

THE COURT REPORTER:  Sorry.

THE WITNESS:  That's okay.

Ariel Kaufman
June 14, 2023

Q.     (By Mr. Otieno)  Mr. Kaufman, at some point your email, the second sentence of the second paragraph, you reference TK."  Who's TK?

A.     TK is -- is -- is -- I don't -- his name is Tyler James King.  TK was an agent that worked with us in our office, and he -- what else -- how much detail do you want?  He committed suicide in December, the year previous.

Q.     Was this individual, TK, was he working in your unit at any point in your career?

A.     No.  I believe when this happened, I was at the task force, but he wasn't in my unit, no, no.  By the time I came back -- as I was mentioning, when you first asked my -- you know, to delineate my timeline, I was at Homeland Security in Newark, New Jersey when that happened, and then, soon after that, I came back to the New York field office.  So to answer your question, no, I was not in the office when that happened. But we -- but we had worked together on several occasions due to the -- the protection aspect of our job.

Q.     So it's your testimony that you did work with TK at some point in your career with the

Ariel Kaufman
June 14, 2023

Department of State?

A.    That's correct.

Q.    What time period are we talking here, in which you worked with this individual named -- or referenced as "TK"?

A.    Probably 2016 through to the time of his death in 2018, and that's -- and I -- I'm -- that's in general speak.  I don't know the specifics.

Q.    Do you have any knowledge --

A.    Most -- I'm sorry.  I'm trying not to step on you.  I apologize, sorry.

Q.    Do you have any knowledge whether TK worked with Special Agent Tyson-Phipps at any point?

A.    I don't know.   I don't; I don't.

Q.    Do you have any knowledge whether TK ever worked in or with ASAC Erik Jagles' unit?

A.    I believe he did for a period of time, but I -- I'm not 100 percent sure on that one.

Q.    At the end of the email, you wrote -- you write, and I quote, I would appreciate it if he did not know that I had made

Ariel Kaufman
June 14, 2023

this known to management.  Do you see that?

A.    I do, yes.

Q.    What did you mean by that?

A.    I -- it's -- I had -- like JJ and I had a talking relationship; we spoke.  And I didn't want management -- you know, I didn't -- I was worried about him; that's why I wrote that email.  I didn't want him to get in any trouble.  That was not the meaning of it.  I mean the -- it's not why I wrote this.

But I figured that if management -- if he found out that I was, you know, confiding of it -- he could confide in me and I told management, that he would be very angry at me, and I didn't want to ruin that relationship.  But I was -- the reason that this email was written was out of legitimate concern at the time.

Q.    Okay.  I want to --

A.    For my fellow agent.  I'm sorry.  Go ahead.

Q.    No.  Please continue.

A.    No.  This is -- I think, as my colleague and as a fellow human being, I mean, it's -- some of the things that he was -- he

Ariel Kaufman
June 14, 2023

was -- he said, you know, just referencing the email, were -- were disturbing, and I didn't think that that should -- should stay with me.

Q.    Other than sending this email to ASAC Jagles, did you ever call Peer Support or Peer Support counselors regarding your concerns about Special Agent Tyson-Phipps?

A.    No, I did not.

Q.    Did you receive a response from Erik Jagles regarding this May 9, 2019 email?

A.    I don't recall.  I don't remember. I don't remember.  I'm sorry.

Q.    I just want to go back for a second.

A.    Yeah, that's fine.

Q.    You testified that TK, at some point, had worked in Erik Jagles' unit.  Do you know the nature of the relationship between Erik Jagles and TK?

A.    If I remember correctly, and I'm not saying -- it would have been a supervisory role.

Q.    Were you aware of any problems or concerns between TK's relationship and Special Agent -- excuse me, ASAC Erik Jagles?

A.    None, no.

Ariel Kaufman
June 14, 2023

Q.    Do you have any knowledge about the relationship between TK and Special Agent Tyson-Phipps?

A.    No.

Q.    I'm sorry.  Could you repeat that?

A.    No.  I'm sorry.  No, I don't.

Q.    You have no knowledge concerning the relationship?

A.    I -- by the time -- no, I don't know if they knew each other.  I don't know if they worked together; no, I don't.  I -- when I -- when I refer to him in the email, the sentence that says, "he said that this is what he imagined TK felt like before he committed suicide," I don't know if he knew him or not.  I have no idea.

THE COURT REPORTER:  Are you guys still there?

MR. OTIENO:  Yes, we're here.

THE COURT REPORTER:  I just wanted to be sure.  There was a brief pause, so I just wanted to make sure.

Q.    (By Mr. Otieno)  Mr. Kaufman, in total, how many years did work with and/or alongside Special Agent Tyson-Phipps at the

Ariel Kaufman
June 14, 2023

Department of State?

A.    I -- I -- I don't know the exact amount.  I am assuming it was when he came until he left, so maybe two years, two -- two-and-a-half years.  I don't know.  And alongside him, that's another hard question, because I was always going back and forth from other assignments and stuff.  But I can't say accurately, and I -- and -- but it was probably for his tenure in the office.

Q.    And you described, based on Grievance Exhibit 23, that Special Agent Tyson-Phipps would confide in you; was that accurate?

A.    Yeah.

Q.    So did you have a relationship that -- to the extent where you guys would discuss, freely discuss matters involving work and nonwork matters?

A.    If I remember correctly, yeah, some.  It was mainly work, I believe, mainly work.  I tried to listen as best as I could.

Q.    At any point in your work relationship with Special Agent Tyson-Phipps, did he ever disclose to you that he was being

Ariel Kaufman
June 14, 2023

subjected to discrimination based on race?

A.    Not that I recall.

Q.    Did Special Agent Tyson-Phipps ever disclose to you that he was being subjected to harassment by members of management?

A.    I don't remember the -- I know that he wasn't happy with management for a lot of things, but I don't remember him using the word "harassment," or I don't recall the -- the specifics of it anymore.

Q.    I know you've already testified that you wrote an email to ASAC Jagles regarding your concerns about what Special Agent Tyson-Phipps disclosed to you.  Other than ASAC Jagles, did you have any conversations, or did you send any emails notifying management about any concerns Special Agent Tyson-Phipps may have raised with you?

A.    Not that I recall.  Once again, I -- I don't -- I take -- I take what people want -- when he was talking to me in confidence, I try to keep it in confidence.  But when he mentioned TK and all that, that's when I figured I had to say something to management.

Q.    So for you, when Special Agent

Ariel Kaufman
June 14, 2023

Tyson-Phipps referenced TK -- and you said TK was a State Department employee who committed suicide; is that accurate?

A. Yeah.

Q. Okay. What ultimately was your actual concern that triggered you to notify ASAC Jagles?

A. I was -- if I remember correctly, JJ was tremendously upset, tremendously upset. And -- and the fact that he -- he was telling me that he imagined, you know, what TK felt like, that set off some alarm bells. Once again, I'm not a doctor. I'm not a -- I was just concerned for a fellow agent and a fellow -- you know, a fellow law enforcement officer. You know, we've been under a lot of stress lately, I'm sure, and I was just concerned. That's all. There was no malice here; there was no malicious intent. I was just concerned for my fellow agent.

Q. Did you have any concerns -- strike that.

Other than ASAC Jagles, did you have any conversations with any other state department employee regarding Special Agent Tyson-Phipps and

Ariel Kaufman
June 14, 2023

the allegations that Special Agent Tyson-Phipps

raised to you?

A.    With regard to -- to this?

Q.    I'll restate.

A.    Yeah.  Thank you.

Q.    Other than reporting to ASAC Jagles, on May 9, 2019, through email, did you have any conversations with any other state department law enforcement regarding --

A.    So I --

Q.    If I could finish my question, regarding --

A.    I apologize.  I'm sorry.  Sorry.

Q.    Other than ASAC Jagles and your disclosure or your email sent on May 9, 2019, concerning Special Agent Tyson-Phipps, did you speak with any other State Department employee or law enforcement official regarding your conversation with Special Agent Tyson-Phipps and the TK incident?

A.    I do not recall ever having another conversation; I don't -- I do not recall.

Q.    I want to shift focus now, Mr. Kaufman, on the New York field office armory.

Ariel Kaufman
June 14, 2023

A.     Okay.

Q.     Is there an armory at the New York field office for agents to store their agency-issued weapons?

A.     Yes, yes.

Q.     And as a supervisor assigned to the New York field office, do you currently store your agency-issued firearms there?

A.     No.  Well, let me rephrase. My -- so we store -- what's stored in there is all of the rifles, shotguns, and any other pistols that are -- you know, people traveling or that kind of thing.  So I'm not sure if that answers your question or not.  But you're asking if I currently store my guns in there, and no, I do not.

Q.     You previously testified that on occasion, when you bring your personal weapon or weapons --

A.     Mm-hmm.

Q.     -- to the office and/or shooting range, you don't keep them on your person while on duty, correct?

A.     Correct.

Ariel Kaufman
June 14, 2023

Q.    Was there ever a time where you stored your personal weapon at the New York Field office armory.

A.    Not that I recall.  No, no.  I don't use that for my personal weapon.  I don't use the armory for that.

Q.    Are you aware of any other agents storing their personal weapons at the New York field office armory?

A.    Yes.

Q.    And if you could --

A.    I don't --

Q.    -- elaborate a little more, please.

A.    I don't have specific examples, but I can tell you the situations that happens is, agents, when they go on vacation, they can store their weapons in there.  When an agent is on medical -- on some kind of a medical -- you know, they -- for -- they have medical reasons that they can't carry the gun, they will store their weapons in there.  We permanently store rifles and shotguns in there.  And we also -- I think I have some spares in there.  So we do use it -- it's there if the agent wants to use it for storage.

Ariel Kaufman
June 14, 2023

Q.    And are you aware of any agency policy or rule that authorizes Department of State law enforcement officials from storing their personal weapons at the New York field office armory?

A.    I am not aware if there's any policy or rule, but I do know that people do store their personal weapons in there at times.

Q.    And just to clarify, I know you've already testified clearly that on occasion you do use your personal weapon to shoot at the range while on duty; when you're done using the weapon at the range, where do you store your personal weapon?

A.    I usually lock it up in my office. I have a safe in my office.

Q.    In your office, at the New York field office?

A.    Uh-huh.  Well, yeah.

Q.    Is the safe in your office, is that agency property or is that your own personal property?

A.    The safe is agency property.

Q.    Okay.  And did you ever request

Ariel Kaufman
June 14, 2023

authorization from anyone in management to store

your personal firearm in the agency safe in your

office, the New York field office?

    A.    No.

    Q.    And are you aware of any agency rule

policy that authorizes you to store a personal

fire weapon -- firearm in an agency safe in your

field -- in your office, the New York field

office?

    A.    I'm not aware of any rules, no.

    Q.    Did you ever disclose to your

supervisor that you -- that you store your

personal firearm in a safe in your office, the New

York field office?

    A.    No.  We -- every -- every cubicle at

every office, and the office has a gun safe for

that purpose -- well, every cubicle has a gun safe

in our office.

    Q.    Mr. Kaufman, have you ever been

disciplined for improper storage of a firearm?

    A.    No.

    Q.    And again, just to be clear, when

you do use your personal weapon to shoot at

the -- while you're in the firing range, did you

ever use government supplied ammunition for your personal weapons?

A.    No.

MR. OTIENO:  All right.  If we could take a five-minute break, Attorney Todman, I want to review my notes, and we'll reconvene and see if there's anything left. Okay?

MR. TODMAN:  Okay.

THE WITNESS:  Are we hanging up or are we re-calling in or just pause it?

MR. TODMAN:  We're just pausing.

MR. OTIENO:  Correct, we'll pause for five minutes, and once we get back on by 10:56, we'll continue.

THE COURT REPORTER:  Okay.  I am off the record officially.

MR. OTIENO:  Thank you.

(A recess was taken)

THE COURT REPORTER:  Okay.  I am back on the record.

MR. OTIENO:  Okay.  Thank you.

Ariel Kaufman
June 14, 2023

Q.      (By Mr. Otieno)  Mr. Kaufman, I have a few more questions for you, and then we can wrap this up.

Could you please just identify what personal weapons you bring to the New York field office and the shooting range?

A.      I know one for sure, and that is I have a Sig Saur 45.  It's a 45-caliber pistol, which I haven't -- yeah, which that's the one that I usually bring.

Q.      And what is the type of firearm that the agency issues you?

A.      We now carry a Glock, a Glock 19.

Q.      At any point in your career, was the agency-issued firearm a Sig Saur 45-caliber pistol?

A.      No, never.

Q.      And just to be clear, on occasion, when you bring your Sig Saur 45-caliber pistol to the New York field office and the shooting range, have you ever used agency ammunition for your personal weapon?

A.      The agency --

MR. TODMAN:  Objection.

Ariel Kaufman
June 14, 2023

Asked -- hold on.  Objection.  Asked and answered.  You can go ahead and answer the question.

THE WITNESS:  I'm sorry?

MR. TODMAN:  You can go ahead and answer the question.

THE WITNESS:  Oh, okay.  The agency does not issue 45 calibers; they don't have it.

Q.    (By Mr. Otieno)  Mr. Kaufman, I know you testified that you have never been disciplined for carrying your personal firearm to the New York field office or using it at the firing range or shooting range while on duty.  Are you aware of any other agents who have been -- let me -- let me restate that.

Are you aware of any agents, within the Department of State, who have been disciplined for bringing their personal weapon to the office or shooting their personal weapon at the drive -- shooting range?

A.    No, I do not.  No.  I -- I -- I've -- to my recollection, I've never heard of it, no, no.

Ariel Kaufman
June 14, 2023

Q.    As a supervisor in the New York field office, have you ever referred or recommended any agent for discipline as a result of bringing their personal firearms to the New York field office or shooting their personal firearm at the shooting range?

A.    No.

Q.    I know you just testified that you currently own a Sig Saur 45-caliber pistol.  Do you own a 9-millimeter handgun?

A.    I do, yes.

Q.    And have you ever brought the 9-millimeter handgun to the New York field office?

A.    No.  I don't, no.

Q.    Have you ever brought the personal 9-millimeter handgun to a shooting range?

A.    To, like, any?  Yeah, yes.

Q.    Have you ever brought your 9-millimeter handgun, while on duty, shooting at the shooting range?

A.    No.

Q.    Is there any specific reason why you still don't use your 9-millimeter handgun to shoot at the range, while on duty, as opposed to the Sig

Ariel Kaufman
June 14, 2023

Saur 45-caliber pistol?

A.      I very rarely bring my personal gun to the range when we shoot at the range.  Well, it's very rarely.  I don't like bringing my personal -- my personal guns to work.  When I do, it's usually to show somebody the gun or something like that.

What we're talking about here is not something that happens on a regular basis.  I have brought my personal gun to shoot at the range maybe a handful of times over the -- over the last, you know, several years.  There's no real reason why I don't bring the other one.  I just don't like bringing my personal gun to -- to the range.  It involves a whole -- whole -- it involves issues, like now I can't leave my car -- you can't leave it in your car.  There's all sorts of responsibilities that you have to have when you have, you know, your personal gun. You can't -- you can't lock it up.  You know, it's a mess.  So I'd just rather not bring it.  So if you're asking for a specific reason, there's not really one.  It's just it's kind of a hassle.

Q.     And Mr. Kaufman, again, this is just

Ariel Kaufman
June 14, 2023

a standard question.  Have you taken -- are you taking any medication or substances that would prevent you from testifying truthfully today?

A.     No.

MR. OTIENO:  Mr. Todman, those are all the questions I have today. Mr. Kaufman, I'll turn you over now to Attorney Todman.

MR. TODMAN:  I don't have any questions.

For Christine, we will read and sign, and I will take a copy of the deposition.

THE COURT REPORTER:  Okay.  Is PDF okay for you, sir?

MR. TODMAN:  Yes, it is.

MR. OTIENO:  Mr. Kaufman -- Mr. Kaufman, those are all the questions I have for you today.  I appreciate you speaking with me today.  So no further questions. We can go off the record.

THE COURT REPORTER:  Attorney Otieno, do you need a copy of the transcript as well?

Ariel Kaufman
June 14, 2023

MR. OTIENO:  Yes.  PDF should be
fine.

THE COURT REPORTER:  PDF.  Okay.


(Deposition concluded at 11:08 a.m.)

Ariel Kaufman
June 14, 2023

I, CHRISTINE M. LO SCHIAVO, Notary Public, do hereby certify that ARIEL KAUFMAN, appeared before, via Zoom, on the 14th day of June, 2023, and was duly sworn by me to testify to the truth and nothing but the truth as to his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath and said examination reduced to writing by me; and that the statement is a true record of the testimony given by the witness, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of counsel/attorney for any of the parties, nor a relative or employee of such parties, nor am I financially interested in the outcome of the action.

WITNESS MY HAND this 24th day of June, 2023.

*Christine M. Lo Schiavo*

Christine M. Lo Schiavo     My Commission Expires:
Notary Public                        April 13, 2029

COMMONWEALTH OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * *

FOREIGN SERVICE GRIEVANCE BOARD     *

FSGB 2022-041 TYSON-PHIPP          *

* * * * * * * * * * * * * * * * * *

I, ARIEL KAUFMAN, do hereby certify, under the pains and penalties of perjury, that the foregoing testimony is true and accurate, to the best of my knowledge and belief.

WITNESS MY HAND, this___day of_____2023.

_____

ARIEL KAUFMAN

Ariel Kaufman
June 14, 2023

CORRECTION SHEET

DEPONENT:      Ariel Kaufman

Case:          Tyson-Phipps Grievance

DATE TAKEN:    June 14, 2023

*************************************************

PAGE   / LINE /   CHANGE OR CORRECTION AND REASON

*************************************************

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

_____/_____/_____

Ariel Kaufman
June 14, 2023

| | | | |
|---|---|---|---|
| **0** | **2** | **24** | **A** |

**092**
  12:4 20:8
  22:10,15
  23:20

**1**

**1**
  11:18,22
  13:12,14,15,
  22 14:7,17
  18:20,21
  25:6,10,12,
  23,24 26:4,
  5,6,9,16,19
  27:2,6,8,12,
  13,16,19
  28:8
**10**
  39:21,24
  40:4,8,9
**100**
  51:20
**10:56**
  63:15
**11**
  40:16,20,24
  41:3
**11:08**
  69:5
**12**
  12:4 20:8
  22:10,15
  23:20
**14**
  12:22
**15**
  8:13
**19**
  64:13

**2**
  22:2 25:23,
  24 26:4,9
  28:13
**20**
  6:21 19:16
  24:13
**20-plus**
  20:21
**2002**
  7:3
**2008**
  7:5
**2016**
  51:6
**2017**
  28:24
**2018**
  9:19 13:24
  14:8 28:24
  42:6,20 51:7
**2018-ish**
  13:23
**2019**
  10:1,5 12:7
  43:24 44:20,
  24 46:11
  53:10 58:7,
  15
**2020**
  7:9 12:17
  28:13
**2023**
  12:22
**22**
  12:4 19:2,
  10,13,17
  20:7 22:2
**23**
  12:6 39:19
  43:19,23
  44:4,19 46:9
  47:18 55:11

**24**
  12:16
**26**
  12:22 18:19,
  21 39:10,14
**287**
  38:13

**3**

**3**
  22:5

**4**

**45**
  64:8 65:8
**45-caliber**
  64:8,15,19
  66:9 67:1

**5**

**51**
  6:14
**5:34**
  44:21

**8**

**8**
  12:17

**9**

**9**
  8:13 12:7
  43:24 44:20,
  24 46:11
  53:10 58:7,
  15
**9-millimeter**
  66:10,13,16,
  19,23

**A**

**A-R-I-E-L**
  6:11
**a.m.**
  69:5
**abilities**
  15:19 16:2
**ability**
  26:15 45:10
**able**
  47:2
**absolutely**
  6:7
**accessory**
  36:7,15,23
**accommodate**
  5:15
**accurate**
  15:8 20:8
  39:3 44:18
  55:13 57:3
**accurately**
  5:24 20:1
  55:8
**acknowledge**
  31:19
**acronym**
  49:17
**Act**
  30:16
**acting**
  42:4
**action**
  4:12 17:9
**actual**
  45:8 57:6
**address**
  38:14
**Admission**
  39:21,24
  40:4
**afterwards**
  16:13 35:16

Ariel Kaufman
June 14, 2023

agency
  5:6 8:4
  10:8,15 21:4
  28:12 29:2
  47:14 61:1,
  21,23 62:2,
  5,7 64:12,
  21,23 65:7
agency's
  12:22
agency-issued
  39:5 59:4,8
  64:15
agent
  4:9 7:4,15
  8:23 9:1,4
  12:18 13:2,
  5,22 14:2,4,
  6,9,13,16,23
  15:9,13,17,
  19,21,23
  16:3,10,16
  17:21 18:11
  26:20 28:9,
  14,18,22,24
  29:9 30:8,12
  43:11 45:3,
  22 46:10,19
  47:7,13
  48:19,22
  49:4 50:5
  51:14 52:19
  53:7,23
  54:2,24
  55:11,23
  56:3,13,17,
  24 57:14,19,
  24 58:1,16,
  19 60:17,24
  66:3
Agent--
  11:23
agents
  7:24 8:1,7
  43:1,4,13
  59:3 60:7,16
  65:15,17

ago
  12:10,12
  17:18 45:9
agree
  41:2
ahead
  8:16 29:22
  35:19,20
  44:13 52:20
  65:2,5
alarm
  57:12
allegations
  28:5 46:21
  47:9,14
  48:23 58:1
allow
  4:23,24 5:8
allowed
  30:15 35:15
alluded
  45:21
alluding
  45:15
alongside
  15:9,16,23
  16:1 28:22
  54:24 55:5
amendment
  31:7,8
ammunition
  35:1,5 63:1
  64:21
amount
  55:3
and/or
  15:16 34:18
  48:23 54:23
  59:21
angry
  52:14
ankle
  30:9 32:12,
  17,22 40:13
answer
  4:24 5:1,22
  10:4 19:24

  24:1,6 34:7
  50:18 65:2,6
answered
  65:2
answering
  5:21
answers
  59:13
anybody
  11:7 42:14
anymore
  56:10
anyone
  10:16,23
  11:10 62:1
anytime
  22:24
apologize
  27:10 29:21
  34:8 38:9
  44:2 46:13
  51:12 58:13
appeal
  39:15
appreciate
  11:20 19:24
  44:16 51:24
  68:19
appropriate
  5:23
approximately
  6:21 7:8 8:9
area
  43:7
Ari
  40:11 42:14,
  15
ARIEL
  4:1
armory
  58:24 59:2
  60:3,6,9
  61:5
around
  7:3,5 22:21
  46:16

ASAC
  9:8 11:8
  42:20 51:18
  53:5,23
  56:12,14
  57:6,22
  58:6,14
asked
  4:11 50:14
  65:1
asking
  15:4,22
  19:9,22
  24:20 29:7
  59:14 67:22
aspect
  50:21
assign
  42:21,23
assigned
  13:9 59:6
assignments
  55:7
assist
  28:6
Assistant
  12:18
assuming
  55:3
attached
  12:11
attachments
  10:13
attorney
  4:8 5:5,8
  6:3 10:9,16
  34:2,4 63:5
  68:8,22
authority
  19:8
authorization
  19:18 21:3
  62:1
authorized
  23:10 43:12
authorizes
  61:2 62:6

Ariel Kaufman
June 14, 2023

**aware**
  18:15 53:21
  60:7 61:1,6
  62:5,10
  65:14,17

————————————
                B
————————————

**B-Y-R-N-E**
  9:17
**back**
  7:9 27:13
  50:13,17
  53:13 55:7
  63:14,23
**background**
  25:9,15,21
  27:14
**bad**
  14:21
**based**
  6:1 55:10
  56:1
**basically**
  18:13
**basis**
  67:9
**beginning**
  6:23
**believe**
  9:22 10:5
  12:11 13:6,
  8,12,15
  14:24 15:6
  16:9,18,21,
  23 17:6,12
  18:2 21:6
  28:23 45:10,
  14 46:15
  48:21 50:11
  51:19 55:20
**believed**
  37:10
**bells**
  57:12
**BER**
  49:12

**Bergen**
  38:4,6,8,11,
  12,15,19,22
  39:4
**best**
  5:14 15:5
  16:15 17:1
  26:14 32:19
  33:10 39:1
  41:7 45:10
  49:3 55:21
**bit**
  41:20
**Board**
  4:10 18:12
**boss**
  42:11
**bottom**
  25:22 26:3
**box**
  31:24 34:21,
  22 36:4,18,
  20,21
**brain**
  31:2
**break**
  5:13 44:15
  63:5
**breaking**
  41:19,20
**brief**
  54:20
**bring**
  31:8,10,12,
  13 33:16,24
  34:11 35:3,
  7,23 38:23
  59:18 64:5,
  10,19 67:2,
  13,21
**bringing**
  33:1 65:19
  66:4 67:4,14
**brings**
  30:6
**brought**
  24:16 25:1

  31:19 33:7
  37:14 39:16
  66:12,15,18
  67:10
**Byrne**
  9:15,16

————————————
                C
————————————

**C-O-P-P-I-N-G**
  9:10
**caliber**
  35:4
**calibers**
  65:8
**call**
  21:8,14
  46:14 49:12
  53:5
**called**
  10:18 21:15,
  16
**car**
  45:16 67:17
**career**
  6:23 14:11
  38:5 50:10,
  24 64:14
**carried**
  31:4,5 32:2,
  9 41:8
**carries**
  30:10
**carry**
  19:8,19 21:3
  23:4,6 24:18
  34:17 36:4,
  16,24 60:20
  64:13
**carrying**
  22:16 23:23
  24:14,22
  26:21 29:2,
  11,16 30:14
  65:12
**case**
  5:8 18:8

  45:13
**cases**
  15:24 43:5
**causing**
  48:6,12
**caution**
  23:2
**certainly**
  46:16
**changed**
  25:2
**changes**
  20:16
**changing**
  13:13
**Charge**
  25:12,23
  26:4,5,6,9
**chats**
  29:19
**chest**
  48:5
**Christine**
  68:11
**clarify**
  61:9
**classified**
  7:21
**clean**
  34:6
**clear**
  20:5 30:19
  31:15,18
  41:15 62:22
  64:18
**clearly**
  21:2 61:10
**colleague**
  52:23
**come**
  21:1,9
**comes**
  21:10 22:24
  23:4 29:21
**committed**
  45:22 48:8
  50:7 54:14

Ariel Kaufman
June 14, 2023

57:2
**communicated**
  36:2
**complaining**
  46:20 47:21,
  23 48:4
**complaint**
  17:10
**complaints**
  16:16
**computer**
  44:2
**concern**
  52:17 57:6
**concerned**
  45:20 46:5
  57:13,17,19
**concerns**
  45:19 49:5
  53:6,22
  56:13,16
  57:20
**concluded**
  69:5
**confide**
  52:13 55:12
**confidence**
  56:20,21
**confiding**
  52:12
**confusing**
  15:3
**considered**
  7:20 8:24
  37:4
**consistent**
  30:15
**constantly**
  13:13
**contents**
  22:11 44:6
**continue**
  48:9 52:21
  63:15
**conversation**
  10:21 29:14
  30:21 45:15,

24 46:6,10,
  23 47:1,9
  58:19,22
**conversations**
  29:5,10,16
  56:15 57:23
  58:8
**Coppinger**
  9:8,10 11:9
**copy**
  68:12,23
**correct**
  19:8 24:3,4,
  10 36:5
  38:20 41:12
  49:18,22
  51:2 59:23,
  24 63:13
**correctly**
  17:7 53:19
  55:19 57:8
**counsel**
  4:13 10:8,15
  34:3
**counselors**
  53:6
**County**
  38:4,6,8,11,
  12,16,19,23
  39:4
**couple**
  15:1 17:17
  42:12
**course**
  24:13
**court**
  4:20 21:12,
  18,21 49:11,
  16,21,23
  54:16,19
  63:16,22
  68:14,22
  69:3
**covering**
  29:2
**create**
  20:5

**criminal**
  7:23,24
**cubicle**
  62:15,17
**current**
  7:1,13,14
  9:5,7
**cycle**
  8:21
**cycles**
  8:14,19

---

**D**

---

**dated**
  44:20
**dates**
  33:22 46:13
**day-to-day**
  7:18
**days**
  42:12 48:5
**deadly**
  19:19 20:9
**deadly-force**
  19:7
**deal**
  8:3 24:8
**death**
  51:7
**December**
  50:8
**decided**
  46:1
**deemed**
  7:21
**define**
  27:24
**delineate**
  50:15
**delve**
  18:7
**department**
  6:17,20,23
  7:3,6,7,15
  9:4 10:24

14:4,12
  16:22 17:13
  20:9,19,21,
  23 22:15
  23:22 24:13
  27:20 37:5,
  12,16 39:17
  40:3,20,23
  41:2 51:1
  55:1 57:2,23
  58:8,17 61:2
  65:18
**depending**
  5:23 8:11,14
**depends**
  8:21
**Deponent**
  4:1
**deposed**
  4:15
**deposes**
  4:2
**deposition**
  4:12,20
  10:7,10,17
  11:3,5,6,11
  20:13 68:13
  69:5
**deputy**
  40:11,12
  41:5
**describe**
  10:9 13:4
  14:16 16:6
  17:19,23
  26:17 33:6
  45:2,5
**described**
  20:18 21:2
  33:1 36:22
  37:20 55:10
**describing**
  46:7
**designated**
  14:3
**detail**
  50:7

**details**
 11:4
**different**
 8:19
**Diplomatic**
 6:17
**direct**
 11:19
**discipline**
 66:3
**disciplined**
 62:20 65:11,
 18
**disclose**
 48:23 49:5
 55:24 56:4
 62:11
**disclosed**
 47:8,13
 56:14
**disclosing**
 46:20
**disclosure**
 58:15
**discovery**
 12:23
**discriminatio
n**
 46:21 47:4
 56:1
**discuss**
 55:17
**disturbing**
 53:2
**doctor**
 57:13
**document**
 17:14,16
 28:1
**documentation**
 23:10
**documents**
 22:7 25:19
 26:12 40:1,
 6,17 44:8
**doing**
 26:1 29:5

 45:11 46:18
**DOS**
 8:23
**drive**
 65:20
**driving**
 34:19
**DSS**
 23:3,11
**due**
 48:6 50:21
**duly**
 4:1
**duties**
 7:18 8:2
 14:20 16:10
 32:4
**duty**
 22:18 23:4,
 6,24 24:15,
 19,23 29:3,
 12,17 30:3,
 9,15 31:6,14
 32:1,3,10,
 13,23 34:14,
 15,16,19,24
 37:15,24
 38:2 40:14
 41:8,9 59:23
 61:12 65:14
 66:19,24

_____

**E**
_____

**educated**
 16:8
**Edward**
 49:18
**EER**
 49:5,14
**either**
 45:16 49:8
**elaborate**
 60:13
**email**
 10:12 12:7,
 11,17 43:21,

 24 44:1,6,
 19,23 45:8
 46:2 47:2
 50:2 51:22
 52:8,16
 53:2,4,10
 54:12 56:12
 58:7,15
**emails**
 56:15
**employed**
 6:15,16
**employee**
 20:19 57:2,
 24 58:17
**end**
 4:24 51:22
**enforcement**
 7:20 20:20
 22:16 23:23
 30:13,16
 31:12 32:5
 57:15 58:9,
 18 61:3
**ensure**
 4:18
**entail**
 7:18
**entire**
 17:14
**Erik**
 9:20,21 10:4
 12:18 44:20,
 24 51:18
 53:9,16,17,
 23
**err**
 23:1
**estimated**
 28:23
**evaluations**
 8:3
**exact**
 23:8 55:2
**EXAMINATION**
 4:5

**examples**
 60:14
**exception**
 10:15
**excuse**
 34:19 47:17
 53:23
**Exhibit**
 11:18,22
 12:4,6,16,22
 18:19,20,21
 19:2,10,13,
 17 20:7 22:2
 25:6,23
 26:4,16,19
 27:2,6,8,19
 28:8 39:9,14
 43:19,23
 44:4,19 46:9
 47:18 55:11
**expertise**
 43:7
**expressed**
 45:18
**extent**
 55:16

_____

**F**
_____

**fact**
 47:1 57:10
**fair**
 42:19
**FAM**
 12:4 20:8
 22:10,15
 23:20 26:20
 28:4
**familiar**
 11:6 17:11
 19:12,14
 22:10,11
 23:12,13
**fellow**
 52:19,23
 57:14,15,19

**felt**
  48:7 54:14
  57:11
**field**
  6:18 7:9
  8:24 10:18
  11:9 13:9,18
  14:2,19
  46:18 50:18
  58:24 59:3,7
  60:2,9 61:4,
  18 62:3,8,14
  64:5,20
  65:13 66:2,
  5,13
**figured**
  52:11 56:22
**file**
  23:11
**filed**
  17:21
**fine**
  53:14 69:2
**finish**
  4:23 5:1
  36:12 58:11
**finished**
  19:2 25:20
**finishes**
  34:4
**fire**
  62:7
**firearm**
  22:18 23:24
  24:15 26:22
  29:11,17
  39:6 62:2,7,
  13,20 64:11,
  15 65:12
  66:6
**firearms**
  19:8,19
  20:9,23
  24:3,19,23
  38:24 59:8
  66:4

**firing**
  62:24 65:13
**first**
  4:19 6:24
  8:7 13:5,8,
  21 14:7 21:1
  25:13 27:4,
  8,10,19
  40:10 47:17
  50:14
**first-line**
  9:6,7
**five**
  63:14
**five-day**
  11:23 28:8,
  13,19
**five-minute**
  63:5
**fluctuates**
  8:11
**focus**
  10:6 58:23
**follows**
  4:2
**force**
  7:6 19:20
  20:9 50:12
**foreign**
  8:14,17
**form**
  6:4 15:18
  16:2
**forth**
  55:7
**found**
  52:12
**four**
  21:5
**four-day**
  4:10
**frame**
  13:21 33:21
**Frank**
  6:12
**freely**
  55:17

**front**
  11:21 19:4
  25:7,8
  39:10,12
  44:2 46:14
**fudge**
  9:20
**full**
  6:10
**full-time**
  42:5

---

**G**

---

**G-E-R**
  9:10
**gave**
  18:14
**general**
  29:15 49:7,9
  51:8
**generality**
  49:9
**generally**
  13:20
**gestures**
  5:22
**give**
  4:17 33:13
**Glock**
  64:13
**goes**
  22:5
**going**
  11:17 13:6
  55:6
**good**
  4:7 8:12
  15:21 44:16
**government**
  63:1
**government-
issued**
  30:10 39:5
**grievance**
  4:9,10
  11:18,22

  12:4,6,16,21
  18:11,12,20
  19:1,13,16
  20:7 22:2
  25:5,23
  26:4,16,19
  27:2,6,7,19
  28:8 39:9,
  14,15 43:18,
  23 44:19
  46:9 47:18
  55:11
**guess**
  8:12 16:4,11
**guidance**
  29:1
**gun**
  23:15 33:20
  35:3 36:23
  60:20 62:16,
  17 67:2,6,
  10,14,19
**guns**
  31:13 59:15
  67:5
**guys**
  10:3,12
  18:14,21
  54:16 55:16

---

**H**

---

**handful**
  67:11
**handgun**
  23:9 66:10,
  13,16,19,23
**hanging**
  63:10
**happened**
  30:22 45:16
  50:11,16,19
**happy**
  45:20 49:9
  56:7
**harassment**
  47:10 56:5,9

hard
  14:24 55:6
hassle
  67:23
headquarters
  21:9
health
  45:19
hear
  41:17
heard
  9:3 65:23
hearing
  6:6
heart
  48:5
heavily
  30:1
held
  6:24
Hello
  43:21
help
  8:7 42:16
  46:4
helping
  43:10
hey
  42:14
hold
  42:1,5 44:12
  65:1
holster
  30:9 32:12,
  22 36:23
  40:14
holsters
  32:18
Homeland
  7:7 50:15
human
  10:24 52:23
hurting
  48:6

**I**

idea
  54:15
identify
  19:9 26:15
  39:13 64:4
image
  30:3
imagined
  48:7 54:13
  57:11
improper
  62:20
incident
  29:7 58:20
independent
  30:23 31:1
indicated
  8:15,22
  11:13 41:10
individual
  50:9 51:4
individuals
  8:10
inform
  30:7,12
information
  7:21 18:21,
  22 22:12
ingrained
  29:24
initial
  21:1
inquire
  35:8
instance
  42:20
instruct
  5:10 40:12
instructions
  4:18
instrument
  36:8

intent
  57:18
interpret
  22:19
interrupt
  21:23 49:12
interview
  45:11
interviewed
  28:17,20
investigation
  28:7,12,18
  43:8
investigation
s
  7:23,24
  43:9,10
involve
  46:10
involved
  11:7
involves
  67:15,16
involving
  23:14 48:24
  55:17
issue
  18:5 24:14,
  22 29:2,11,
  16 65:8
issued
  23:5 26:22,
  23
issues
  8:3,5 16:12
  48:15,18,20,
  23 64:12
  67:16
item
  36:16

**J**

Jagles
  9:20,21 10:4
  12:9,19
  42:20 44:20,

  24 45:3
  53:5,10,18,
  23 56:12,14
  57:7,22
  58:6,14
Jagles'
  51:18 53:16
jail
  45:14
James
  50:5
Jason
  4:9
Jersey
  37:11,19
  38:1,17
  50:16
JJ
  28:3 47:21,
  22 48:4,11
  52:4 57:9
job
  7:5,18 16:12
  50:22
joined
  13:22 14:7,
  17
June
  7:9 12:17

**K**

K-A-U-F
  6:12
Kauf
  6:11
Kaufman
  4:1,7 6:9,13
  22:1 23:16
  25:4 34:10
  35:21 36:13
  38:3 39:8
  40:11 43:17
  44:14 49:3
  50:1 54:22
  58:24 62:19
  64:1 65:10

Ariel Kaufman
June 14, 2023

67:24 68:7,
17,18
**keep**
56:21 59:22
**Keith**
9:15,16
**kind**
8:5 30:2
31:15 43:3
59:13 60:18
67:23
**King**
50:5
**knew**
54:10,15
**know**
5:14,17
8:15,18 9:23
10:3 13:1,7
15:2 16:8,
12,20 17:10,
12 19:2
20:3,14,15
21:2,9 22:5
23:2,5,9,14
25:6,17,24
27:5 29:5,
18,20 30:2,4
32:6,15
33:14,15,21
35:15 38:14
39:10,24
40:5,21
41:6,10,24
42:13 44:7,
15 46:1,3,14
47:3 50:14
51:8,16,24
52:6,12
53:1,17
54:9,10,15
55:2,5 56:6,
11 57:11,14,
15 59:12
60:18 61:7,9
64:7 65:10
66:8 67:12,
19,20

**knowing**
5:18
**knowledge**
22:14 23:19
28:16 41:7
51:10,13,17
54:1,7
**known**
52:1

---

**L**

---

**labeled**
44:3
**Lastly**
5:16
**law**
7:20 20:20
22:16 23:23
30:13,15
31:11 32:5
57:15 58:8,
18 61:3
**laws**
23:3,14
**lawsuit**
16:20,22
17:9,13,21
18:1
**lawsuits**
16:17
**lawyer**
16:8,9 22:23
**leave**
42:12,21
67:16,17
**led**
28:7
**left**
15:7 55:4
63:7
**legal**
21:10
**legitimate**
52:17
**legitimately**
46:5

**licensed**
22:17 23:23
24:14,23
**limited**
4:18
**line**
9:14
**lines**
30:22
**listen**
55:21
**little**
15:3 19:23
27:11 41:20
60:13
**local**
23:2,14
37:12
**location**
37:19 38:1
**lock**
36:18,20
61:15 67:20
**locked**
34:21
**long**
6:19 14:22
30:9 45:9
**look**
18:24 19:1
25:5,9,14,22
27:18 39:9,
19 40:15
43:18 47:16
**looking**
43:23
**lost**
27:11
**lot**
20:24 29:6,
19 33:14
43:8 47:3
48:16 56:7
57:16
**loud**
47:24 48:2,3

---

**M**

---

**M-A-N**
6:12
**made**
51:24
**make**
8:5 46:3
49:17 54:21
**malice**
57:18
**malicious**
57:18
**manage**
7:22,23,24
8:1
**management**
17:3 35:9,
17,23 48:20,
24 52:1,6,
11,14 56:5,
7,16,23 62:1
**March**
12:22
**marked**
11:16 19:1,
13 25:5
26:15 28:7
39:9 43:18
44:19
**materials**
11:14
**matters**
7:19 55:17,
18
**mean**
29:19 30:20
42:9 43:3
52:3,9,23
**meaning**
52:9
**means**
32:7,10
**medical**
60:18,19

Ariel Kaufman
June 14, 2023

**medication**
  68:2
**members**
  56:5
**memory**
  15:5 16:15
  17:1 24:21,
  24 25:2
  30:23 31:1
  32:20 33:10
  39:1 49:4,6
**mentioned**
  38:1 56:22
**mentioning**
  50:14
**merits**
  18:8
**mess**
  22:21 67:21
**met**
  13:5,21
**minutes**
  12:10,12
  63:14
**Mm-hmm**
  20:11 59:20
**moment**
  19:1 40:19
  44:5
**morning**
  4:7
**movements**
  5:22

_____

**N**

_____

**name**
  4:7 6:10
  16:23 50:5
**named**
  16:16,20
  17:2,20 51:5
**nature**
  17:9 53:17
**navigate**
  8:5,8

**necessarily**
  32:15 35:17
  45:12
**need**
  5:13,22 43:1
  44:14 68:23
**never**
  9:3 28:20
  32:20 39:2
  40:12 41:5,8
  42:7 64:17
  65:11,23
**Newark**
  50:16
**Ngai**
  4:8 34:3,4
**nine**
  7:8
**nonverbal**
  5:21
**nonwork**
  55:18
**normal**
  29:19
**notes**
  63:6
**notify**
  57:6
**notifying**
  56:16
**NYFO**
  13:19 14:1,
  7,17,23
  15:10,17
  48:6,12

_____

**O**

_____

**object**
  5:7
**objection**
  5:9 64:24
  65:1
**objections**
  6:5 39:16
**obtain**
  35:22

**occasion**
  59:18 61:10
  64:18
**occasions**
  50:21
**off-duty**
  18:4 22:4
**office**
  6:18 7:9
  8:24 9:15
  13:9,16,18
  14:2,23
  31:9,12,13,
  20 33:2,8
  35:7,24
  50:6,18,19
  55:9 58:24
  59:3,7,21
  60:3,9 61:4,
  15,16,17,18,
  20 62:3,8,9,
  13,14,16,18
  64:6,20
  65:13,19
  66:2,5,13
**officer**
  7:6 20:20
  30:14,16
  32:5 57:15
**officers**
  22:16 23:23
  35:15
**official**
  17:3 32:4
  33:18 42:8
  58:18
**officially**
  42:10 63:17
**officials**
  61:3
**okay**
  7:22 9:5
  10:6,14,20
  11:8,22
  12:1,13,21
  13:1 14:3,6,
  18 15:8,12
  18:6 19:11,

  12,15 20:4
  21:22 22:8
  23:7,16,21
  25:8,16
  26:5,8,13
  27:1,3,13,
  17,23 28:6
  30:4 33:13,
  24 34:7,8,
  17,23 35:18
  37:13 38:8,
  18 39:13,18,
  20 40:2,7,
  15,18,22
  41:10 44:9,
  23 46:6
  47:12,16
  48:4 49:21,
  24 52:18
  57:5 59:1
  61:24 63:8,
  9,16,22,24
  65:7 68:14,
  15 69:3
**once**
  15:1 27:7
  29:18 41:4
  45:8,17
  46:12 49:1
  56:18 57:12
  63:14
**one**
  13:12 20:15
  26:7 27:14,
  19 29:23
  33:16 37:10
  43:20 44:13
  48:16 51:21
  64:7,9
  67:13,23
**opinion**
  15:18 16:2
**opportunity**
  12:3 15:18
**opposed**
  66:24
**Otieno**
  4:5,8 6:3,8,

9 22:1 34:10 49:22 50:1 54:18,22 63:4,13,18, 24 64:1 65:10 68:5, 17,23 69:1

**owned**
38:24

**P**

**page**
22:2,5 25:23 26:3 27:12, 13,16,18 39:19

**paperwork**
10:12 11:21

**paragraph**
25:10,13 27:4,8,10,19 50:3

**Paramus**
37:10,11,14 38:8

**pardon**
13:7

**part**
28:17

**pause**
54:20 63:11, 13

**pausing**
63:12

**PDF**
68:14 69:1,3

**Peer**
53:5,6

**people**
8:18 21:9 35:13 56:19 59:12 61:7

**people's**
7:23

**percent**
51:20

**period**
16:1 28:23 48:20 51:3, 19

**periods**
33:7

**permanently**
60:21

**permission**
35:9,14,23

**person**
31:6,10,24 32:3,9,13 59:22

**personal**
8:5 22:18 23:15,24 24:2,3,15, 19,23 26:23 29:3,11,17 30:2,8,14 31:4,5,8,20 32:2,9 33:2, 7,17 34:1, 11,13,18,24 35:2,5,7,16, 23 36:3,17, 24 37:15,22, 23 39:2 40:13 41:9 59:18 60:2, 5,8 61:4,8, 11,13,21 62:2,6,13,23 63:2 64:5,22 65:12,19,20 66:4,5,15 67:2,5,10, 14,19

**personally**
32:18 38:24

**perusing**
22:7 25:19 26:12 40:1, 6,17 44:8

**Phipps**
17:21

**phone**
46:14

**pistol**
18:4 33:17 34:21 64:8, 16,19 66:9 67:1

**pistols**
59:11

**please**
5:17,20 6:10 18:24 20:3 26:10 39:19, 21,23 40:15 41:20 43:17 48:3,10 52:21 60:13 64:4

**point**
14:11 24:17 38:4 48:24 50:2,10,24 51:15 53:16 55:22 64:14

**police**
37:12

**policy**
19:7 20:10, 12 29:2 61:2,6 62:6

**position**
6:24 7:1,13, 14 13:24 14:3 41:13 42:1,5,6

**possibility**
30:21

**possible**
4:19

**preparation**
10:7,16

**prepared**
10:3,10

**present**
7:11 42:21

**pretty**
21:2 29:24

**prevent**
68:3

**previous**
50:8

**previously**
20:18 33:1 36:22 37:20 41:24 59:17

**printed**
44:3

**prior**
20:12

**probably**
47:2 51:6 55:9

**problems**
53:21

**proceed**
5:10

**process**
4:19 35:6

**produce**
4:22 5:3

**prohibited**
26:21

**prohibits**
22:15 23:22

**property**
37:5,16 61:21,22,23

**proposal**
28:8

**proposed**
11:23 28:13, 19

**proposes**
27:20,21

**proposing**
27:23

**protection**
14:20 50:21

**protective**
8:2

**provide**
28:11

**provided**
18:22 24:12,

Ariel Kaufman
June 14, 2023

22
**prudent**
46:2
**pulls**
8:17
**purpose**
32:4 62:17
**put**
46:13

**Q**

**qualification**
21:5
**qualification
s**
33:19
**qualified**
30:13
**qualify**
21:4 33:15
**question**
4:23 5:1,7,
17,19,24 6:5
19:24 20:3
23:16 30:7
32:6 34:5,6
36:12 41:18,
21 50:18
55:6 58:11
59:14 65:3,6
68:1
**questions**
5:21 42:15
43:5,6 64:2
68:6,10,18,
20
**quote**
51:23

**R**

**race**
56:1
**racked**
31:2

**raised**
56:17 58:2
**range**
31:11,22
33:4 34:12,
14,16,19,20
35:1,8,14,
15,24 36:4,
17 37:1,3,4,
7,14,19,24
38:4,9,12,
16,19,23,24
39:2,4
48:14,15
59:22 61:11,
13 62:24
64:6,20
65:13,14,21
66:6,16,20,
24 67:3,10,
15
**rarely**
67:2,4
**rating**
49:5,13,19
**re-calling**
63:11
**read**
10:11 17:6,
14 19:3
20:12,15,17
22:3,9 26:3,
6,13 27:4
39:23 40:3,
8,20,23
47:20,24
48:3 68:11
**reading**
25:18,20
26:1
**real**
67:12
**reason**
4:22 5:14
52:16 66:22
67:13,22
**reasons**
60:19

**recall**
9:18,24
13:20 24:17
29:4,7,9,13,
15 30:17,20
43:14 46:19
47:7,12
48:11,13
49:2 53:11
56:2,9,18
58:21,22
60:4
**receive**
12:5 17:15
53:9
**received**
16:21
**recent**
7:1
**recently**
45:22
**recess**
63:20
**recollection**
32:17 47:5
65:23
**recommended**
66:3
**reconvene**
63:7
**record**
20:5 34:7
63:17,23
68:21
**refer**
54:12
**reference**
50:3
**referenced**
37:4 51:5
57:1
**referencing**
53:1
**referred**
11:17 66:2
**referring**
13:17 18:18

37:8
**refrain**
5:20
**refresher**
21:10
**regard**
25:3 58:3
**regarding**
4:10 11:3,10
29:11 49:5
53:6,10
56:12 57:24
58:9,12,18
**regular**
67:9
**relationship**
14:8,16
16:14 52:5,
15 53:17,22
54:2,8
55:15,23
**relative**
4:9
**remember**
13:14 29:4,
20 32:16
43:15 45:6,
10,12,13,17,
18 46:12,17,
22,23,24
47:3,11
49:2,8
53:11,12,19
55:19 56:6,8
57:8
**rep**
10:18,19
**repeat**
41:21 54:5
**rephrase**
59:9
**reporter**
4:20 21:12,
18,21 49:11,
16,21,23
54:16,19
63:16,22

Ariel Kaufman
June 14, 2023

68:14,22
69:3
**reporting**
58:6
**represent**
4:8
**representativ es**
11:9
**represented**
4:13 5:5
**request**
35:9 39:21,
23 40:4,8,9,
16,20,24
41:3 61:24
**required**
33:15 35:22
**reserved**
6:6
**resolve**
5:9
**resources**
10:24
**respect**
4:12 28:12
**response**
24:10 40:4,
9,10,20,23
41:3 53:9
**responses**
12:23 39:17
**responsibilit ies**
42:18 67:18
**responsible**
17:3
**restate**
32:8 58:4
65:16
**result**
66:3
**retaliation**
47:14
**review**
11:16 12:4,
6,14,16,21

44:6 49:15
63:6
**reviewed**
11:13 12:10
**rifle**
38:9
**rifles**
59:11 60:21
**right**
4:17 7:11
8:15 13:1
18:9 26:11
27:14 30:6
31:17 34:9
42:1 44:13
46:14 63:4
**role**
18:1 41:11
42:5,8 43:2
53:20
**ruin**
52:15
**rule**
61:2,7 62:5
**rules**
62:10
**run**
37:11
**runs**
4:19

─────────────

S

─────────────

**S-E-A-N**
9:11
**S-T-A-T-E-M- E-N-T**
21:19
**SAC**
9:14
**safe**
61:16,20,23
62:2,7,13,
16,17
**Safety**
30:16

**Saur**
64:8,15,19
66:9 67:1
**saying**
31:16 53:20
**says**
23:9,11
40:11 54:13
**Sean**
9:8,11 11:8
**second**
9:14 43:20
44:13 47:17,
22 50:2,3
53:13
**second-line**
9:12
**secondary**
22:4,9,16,
17,21 23:9
**section**
22:3,10
25:10,15
**Security**
6:17 7:7
50:16
**see**
7:2 22:20
25:11 52:1
63:7
**seek**
46:4
**send**
44:23 56:15
**sending**
45:3 53:4
**senior**
8:24 9:4
**sensitive**
7:20
**sentence**
47:17,22
50:2 54:12
**September**
7:3,5 28:13
**service**
8:17

**set**
57:12
**several**
14:19 25:3
28:5 33:15
37:9 48:5
50:20 67:12
**share**
31:10
**sheets**
43:6,13
**shift**
10:6 58:23
**shoot**
31:11 33:4,
19 34:1,13
38:7 61:11
62:23 66:23
67:3,10
**shooting**
31:22 34:12,
20,24 35:8,
24 36:4,17
37:1,3,4,7,
14,18,24
38:4,12,16,
19,23,24
39:4 59:21
64:6,20
65:14,20,21
66:5,6,16,
19,20
**short**
19:22
**shotgun**
33:17
**shotguns**
59:11 60:22
**show**
67:6
**side**
23:1
**Sig**
64:8,15,19
66:9,24
**sign**
43:12,13

68:12
**similar**
18:3
**sip**
44:11,12
**sir**
38:10 43:20
68:15
**situation**
43:11 45:6
**situations**
60:15
**smart**
16:7,8
**smoothly**
4:19
**SOP**
35:13
**sorts**
67:18
**sounds**
28:2
**spares**
60:23
**speak**
10:16,23
11:2,10 51:8
58:17
**speaking**
10:8 68:19
**special**
4:8 7:4,15
8:23 9:4
11:23 12:18
13:2,5,22
14:4,6,9,12,
16,23 15:9,
13,17,19,21,
23 16:3,10,
16 17:21
18:11 26:20
28:9,14,18,
22,24 29:9
30:7,12 45:3
46:10,19
47:7,13
48:19,22

49:4 51:14
53:7,22
54:2,24
55:11,23
56:3,13,16,
24 57:24
58:1,16,19
**specific**
19:23 24:21
29:7,13
30:22,24
33:13,22
48:16 49:7
60:14 66:22
67:22
**specifically**
26:22
**Specifications**
25:24 26:9
**specifics**
29:20 46:24
47:11 51:9
56:10
**spell**
6:10 9:9
**spent**
29:6
**spoke**
52:5
**spoken**
31:1
**stamp**
44:21
**standard**
68:1
**Stanley**
4:14
**started**
7:2
**starting**
47:20
**starts**
27:20
**state**
6:17,20,23
7:6,16 10:24

14:4,12
17:13 20:9,
19,21,23
22:15 23:2,
13,22 24:14
37:5,16
38:15 39:3
44:18 51:1
55:1 57:2,23
58:8,17 61:2
65:18
**statement**
21:18 28:11
**states**
4:2 20:8
**status**
42:22,24
**stay**
53:3
**step**
51:12
**stipulate**
6:4
**stop**
46:18
**storage**
36:8,16,21
60:24 62:20
**store**
32:10 34:18
59:3,7,10,15
60:16,20,21
61:7,13
62:1,6,12
**stored**
59:10 60:2
**storing**
60:8 61:3
**stress**
48:6,11
57:16
**strike**
57:20
**stuff**
22:21 30:3
55:7

**subjected**
56:1,4
**substances**
68:2
**suicide**
45:22 48:8
50:8 54:14
57:2
**supervise**
8:10 14:12
15:13
**supervising**
43:11
**supervisor**
7:10 9:6,7,
13,18,23,24
11:2 12:9
40:11,12
41:5,6
42:22,24
46:2 59:6
62:12 66:1
**supervisory**
7:15 8:23
12:18 14:8
41:11,13
42:1,5,8,17
43:2 53:20
**supplied**
63:1
**Support**
53:5,6
**supposed**
30:1
**sure**
7:2 16:4
19:6 20:2
24:2,6,10,
11,16,24
41:17,22
46:3 47:22
49:17 51:20
54:20,21
57:16 59:13
64:7
**Sus**
21:20

Ariel Kaufman
June 14, 2023

**suspend**
  27:22  28:3
**suspension**
  4:11  11:23
  28:9,13,19
**sustainment**
  21:8,16,20
**sworn**
  4:2

---

**T**

---

**take**
  4:11  5:13
  6:22  7:17
  18:24  20:22
  25:5  39:8,19
  40:15,19
  43:18  44:5,
  11,15  56:19
  63:5  68:12
**taken**
  39:2  63:20
  68:1
**taking**
  4:21  68:2
**talking**
  5:2,4  51:3
  52:5  56:20
  67:8
**task**
  7:6  50:12
**telephonic**
  4:20
**tell**
  15:20  16:19
  17:8  22:19
  33:22  60:15
**telling**
  57:10
**tells**
  23:3
**temporary**
  42:21,23
**tenure**
  55:9

**term**
  9:3
**terms**
  17:20  34:23
**testified**
  15:13,24
  28:21  38:18
  41:24  53:15
  56:11  59:17
  61:10  65:11
  66:8
**testifying**
  68:3
**testimony**
  6:1  50:23
**thank**
  6:8  21:22,24
  26:11  34:9
  39:18  41:23
  44:17  58:5
  63:18,24
**thing**
  48:16  59:13
**things**
  25:2  29:24
  43:3  47:3
  52:24  56:8
**think**
  8:12  9:2,21
  10:4  16:23
  37:11  45:14
  52:22  53:2
  60:22
**time**
  5:6  6:6  8:18
  9:21  13:21
  15:1  16:1
  20:16  22:22
  28:23  29:6
  33:6,14,19,
  21  43:6,13
  44:21  45:9,
  21  48:20
  49:2  50:13
  51:3,6,20
  52:17  54:9
  60:1

**timeline**
  13:7  15:2,3
  50:15
**times**
  14:20  21:5
  33:14,16
  34:11  61:8
  67:11
**TK**
  48:7  50:3,4,
  5,9,24  51:5,
  13,17  53:15,
  18  54:2,13
  56:22  57:1,
  11  58:20
**TK's**
  53:22
**today**
  4:12  10:7
  18:3,14
  46:15  68:3,
  6,19,20
**today's**
  10:10,17
  11:3,10
  20:13
**Todd**
  4:13
**Todman**
  4:14  5:6,9
  6:3,7  34:2,9
  63:5,9,12
  64:24  65:5
  68:5,8,9,16
**told**
  52:13
**tool**
  36:15
**top**
  20:7  27:1,
  12,18
**total**
  54:23
**touch**
  7:19
**tough**
  17:17

**tour**
  8:7
**training**
  20:22  21:1,
  8,13,17
  24:12,22
  25:1
**transcript**
  4:22  5:3,24
  68:24
**transport**
  36:3
**travel**
  8:1
**traveling**
  59:12
**tremendously**
  57:9
**triggered**
  57:6
**trouble**
  52:8
**true**
  32:15
**truthfully**
  68:3
**try**
  4:24  56:21
**trying**
  32:16  45:9
  51:11
**turn**
  22:2  68:7
**two**
  55:4
**two-and-a-
half**
  55:4
**Tyler**
  50:5
**type**
  43:11  64:11
**Tyson**
  14:9
**Tyson-phipps**
  4:9  13:2,5,
  22  14:7,13,

Ariel Kaufman
June 14, 2023

17,23 15:9,
14,17,23
16:17 28:9,
14,18,22
29:1,10
30:8,13 45:4
46:11,20
47:8,13
48:19,22
49:4 51:14
53:7 54:3,24
55:12,23
56:3,13,17
57:1,24
58:1,16,19
**Tyson-phipps'**
 18:11

---

**U**

---

**Uh-huh**
 61:19
**ultimately**
 57:5
**unauthorized**
 23:15
**understand**
 5:11,16 6:1
 20:2 24:9
 27:24 31:16
 34:5
**understanding**
 17:4,5,24
 18:2,10,16
 19:16 26:18
 27:5 35:18,
 22 36:1
 37:13,17
**understood**
 5:12,18 6:2
**unit**
 7:22 13:9,
 11,12,14,15,
 22 14:7,17
 36:8 50:10,
 12 51:18
 53:16

**units**
 13:13
**upset**
 45:23 48:11
 57:9
**utilized**
 37:18 38:3,
 19,22

---

**V**

---

**vacation**
 42:12 60:16
**vehicle**
 36:21
**vehicles**
 29:6 36:19
**violating**
 28:4

---

**W**

---

**wait**
 34:4
**want**
 4:17 7:19
 10:6 15:20
 16:4,9 17:22
 19:3,4
 22:22,23
 26:5,17
 27:24 28:2,3
 30:19 47:23
 50:7 52:6,8,
 15,18 53:13
 56:20 58:23
 63:6
**wanted**
 49:16 54:19,
 21
**wat**
 44:12
**water**
 44:12
**way**
 5:2,18 22:20
 24:18 28:6

**weapon**
 22:17 23:5
 29:3 30:9,
 10,14 31:5,
 20 32:3,9,10
 33:2,7 34:1,
 12,13,18,24
 35:7,24
 36:3,17,24
 37:15 39:2
 40:13 41:9
 59:18 60:2,5
 61:11,12,14
 62:7,23
 64:22 65:19,
 20
**weaponry**
 26:24
**weapons**
 22:4,9,17
 31:8 35:16
 36:24 37:24
 59:4,19
 60:8,17,20
 61:4,8 63:2
 64:5
**wear**
 30:8 31:14
 40:13
**wearing**
 30:1
**weeds**
 22:24
**weeks**
 17:17
**went**
 14:19 27:13
**wide**
 48:14,15
**widely**
 8:11
**witness**
 17:2,6,20
 18:1 21:15,
 20,24 22:7
 25:19 26:12
 34:3,8 40:1,
 6,17 44:8

49:14,20,24
 63:10 65:4,7
**word**
 56:8
**work**
 14:16,22
 15:24 35:4
 37:22 46:18
 50:24 54:23
 55:17,20,22
 67:5
**worked**
 6:19 15:9,
 16,22 28:21
 50:6,20
 51:4,14,18
 53:16 54:11
**working**
 50:10
**worn**
 32:1,12,20
**worried**
 52:7
**wrap**
 64:2
**write**
 8:2 51:23
**written**
 12:23 23:10
 52:16
**wrong**
 12:11
**wrote**
 51:23 52:7,
 10 56:12

---

**Y**

---

**yeah**
 6:11 7:10
 10:22 11:15,
 24 12:2,14
 15:4,6 16:11
 20:17 22:13
 23:18 24:5,
 11 25:11
 33:3,5 36:6

Ariel Kaufman
June 14, 2023

38:7,9 42:3
43:22 46:8
47:19 53:14
55:14,19
57:4 58:5
61:19 64:9
66:17

**year**
13:21 15:10,
24 21:5
28:23 33:16
50:8

**years**
6:21 7:8
15:1 20:21
24:13 25:3
37:9 54:23
55:4,5 67:12

**York**
6:18 8:24
13:8,18
50:18 58:24
59:2,7 60:2,
8 61:4,17
62:3,8,14
64:5,20
65:12 66:1,
5,13