# Exhibit P

**From:**    Tyson-Phipps, Jabari-Jason
**To:**    Jagels, Eric M
**Subject:**    FW: Power of Attorney
**Date:**    Monday, October 2, 2017 6:37:30 PM
**Attachments:**    2017-10-02 18-12.pdf

This, PF-2017-01292: ALVAREZ,⬚ should be closed in my opinion. This is a non-case. I gave the updated ds 3053 to Luis who agreed this is a non-case and is nonsense. He sent it to the FPM in Philadelphia via e transmission and will express them the original wet ink version. I am hoping and assuming it will clear itself in large part by the time I come back.

**From:** diana@alvareznylaw.com [mailto:diana@alvareznylaw.com]
**Sent:** Monday, October 02, 2017 6:23 PM
**To:** Tyson-Phipps, Jabari-Jason
**Cc:** virginia@alvareznylaw.com
**Subject:** Power of Attorney

Hi Jabbari,

Attached please find the translation for the power of attorney of ⬚ Alvarez.

Thank you,
Diana

Diana Velez
Paralegal
Law Office of Virginia G. Alvarez
The Woolworth Building
233 Broadway, Suite 2348
New York, NY 10279
212-964-5200 (P)
212-226-3224 (F)
www.AlvarezNYLaw.com
**Official**
**UNCLASSIFIED**

# M Gmail

Jabari-Jason Tyson-Phipps <☐☐☐☐☐@gmail.com>

## FW: PF-2017-01292: ALVAREZ, ☐☐☐☐

1 message

**Tyson-Phipps, Jabari-Jason** <Tyson-PhippsJ@state.gov>    Wed, Aug 12, 2020 at 6:43 PM
To: "jabari.phipps@gmail.com" <☐☐☐☐☐☐@gmail.com>

Email when I say that ☐☐☐☐ alvarez will be fraud found or not up to supervisor

**From:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Sent:** Wednesday, August 8, 2018 2:43 PM
**To:** Tejera, William <TejeraW@state.gov>
**Cc:** Jagels, Eric M <jagelsem@state.gov>
**Subject:** RE: PF-2017-01292: ALVAREZ, ☐☐☐☐

He was confused about which case it was.  It was not issued yesterday, the family left and said there coming back Friday. It's really on them now; they missed the call from the PP specialist telling them to come upstairs and wanted to do it their way.

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

Mobile: +1.201.290.2922

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** Tejera, William
**Sent:** Wednesday, August 8, 2018 2:39 PM
**To:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Cc:** Jagels, Eric M <jagelsem@state.gov>
**Subject:** RE: PF-2017-01292: ALVAREZ, ☐☐☐☐

JJ

I'm now confused. I thought a passport was going to be issued yesterday at PPT/NY, as the subject's parent(s) were there, and Luis only wanted the final ROI so he could go ahead and issue the passport. In this case because it will be used for re-training a CA officer, you will have to wait for it to be finalized so we get them the finished product – aka the

right product- to avoid confusion between DS and CA. There must have been a break down in understanding the issue here

Also never use the term un-redacted, I should have warned you about that. FPM know they are going to get it fin redacted ROI. I read your ROI and nothing there appeared to need redaction , however you said it is still pending final approval so it may get redacted later.

In the past I have talked to FPMs and said that we were in the process of closing a case, and would send them the ROI , however I would leave it up to them if they wanted to issue a passport. Granted many of those are no fraud found.

Lesson learned – when in doubt, wait it out. Wait for final ROI.

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Wednesday, August 08, 2018 2:23 PM
**To:** Linares, Luis <LinaresL@state.gov>; Lutz, Heather A <LutzHA@state.gov>
**Cc:** Tejera, William <TejeraW@state.gov>; Jagels, Eric M <jagelsem@state.gov>; Bertrand, Anderson <bertranda@state.gov>; DeVoe, Ray <DeVoer@state.gov>; Carlson, Peter M <CarlsonPM@state.gov>
**Subject:** RE: PF-2017-01292: ALVAREZ,

Add Heather.

As a reminder there was no issuance here. This is the case of the power of attorney with the father and son with the same names. It's my understanding that its either they will need to reapply from the start or they will be able to correct the errors with both parents present on Friday. I am just waiting on the guidance on how to finalize the ROI.

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

Mobile: +1.201.290.2922

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Linares, Luis
**Sent:** Wednesday, August 8, 2018 2:16 PM
**To:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>

**Cc:** Tejera, William <TejeraW@state.gov>; Jagels, Eric M <jagelsem@state.gov>
**Subject:** RE: PF-2017-01292: ALVAREZ, ☐

Heather Lutz does the issued in error cases for NPC; it's why I copied her.  She would need the ROI to counsel the person who issued it; when fraud is proven of course.

**Official**

**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Wednesday, August 08, 2018 2:14 PM
**To:** Linares, Luis
**Cc:** Tejera, William; Jagels, Eric M
**Subject:** RE: PF-2017-01292: ALVAREZ, ☐

Luis:

Per IS Tejera, it is ok to share this unfinalized or un redacted ROI.  For this case.  The final version will be uploaded to IMS but the finding will be the same.  The applicant stated that she intends to come back with both her parents on Friday.

J

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

Mobile: +1.201.290.2922

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Tuesday, August 7, 2018 12:12 PM
**To:** Linares, Luis <LinaresL@state.gov>
**Cc:** Bertrand, Anderson <bertranda@state.gov>; DeVoe, Ray <DeVoeR@state.gov>; Jagels, Eric M <jagelsem@state.gov>; Carlson, Peter M <CarlsonPM@state.gov>; Mejia, Andrew J <mejiaaj1@state.gov>
**Subject:** PF-2017-01292: ALVAREZ, ☐

Good Morning All:

I wanted to put everyone on the same email regarding the application for ▮▮▮▮ Alvarez so I am not misinterpreting anything. The application number is ▮▮▮▮▮▮ and the case number is PF-2017-01292.

In summary, the MOTHER of the MINOR APPLICANT executed the above application via a DS-11 for the MINOR CHILD, ▮▮▮▮ Alvarez on ▮▮▮▮▮▮. Along with the application she included a DS-3053 which was signed by "▮▮▮▮ Alvarez." The signature on the DS-3053 did not match the signature on the CBRA which resulted in the application being flagged. The investigation showed that the "▮▮▮▮Alvarez" who signed the DS-3053 is the SON of "▮▮▮▮ Alvarez" the FATHER of the MINOR APPLICANT. The FATHER was interviewed several times during which he consented to the issuance of the passport and provided a power of attorney dated 1 February 2017 which specifies that it is for his SON to sign on his behalf for the MINOR APPLICANT to get a passport.

The case was declined for prosecution and will be closed on our end either as fraud found prosecution declined or no fraud found prosecution declined. I am waiting to speak with my supervisor so he can make that decision. As it stands both the MOTHER and FATHER as well as the MINOR APPLICANT are downstairs at the NY Passport office but are not being let up due to lack of appointment. Their number is ▮▮▮▮▮▮. Based on Andrew's last call I assume everyone is on the same page and ok with the issuance and this being closed.

Thank you all in advance,

J

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

**Official - Privacy/PII**

**UNCLASSIFIED**

 **Gmail**

**Jabari-Jason Tyson-Phipps** <[ ]@gmail.com>

## FW: PF-2017-00840- Velez, [ ] ROI MK2

1 message

**Tyson-Phipps, Jabari-Jason** <Tyson-PhippsJ@state.gov>    Wed, Aug 12, 2020 at 7:03 PM
To: "[ ]@gmail.com" <[ ]@gmail.com>

Email showing that Ugarte made me take the case to the EDNY after it was declined

---

SBU -PRIVACY OR PII

---

**From:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Sent:** Thursday, April 26, 2018 1:18 AM
**To:** Carlson, Peter M <CarlsonPM@state.gov>
**Subject:** Fwd: PF-2017-00840- Velez, [ ] ROI MK2

Sir

Here in this email you can see an actual example where I didn't just print the roi for him to read and put on his desk but I emailed it in the word format he created. If this wasn't dictated why did I not just put in in ims? Look at the context of the chain where I'm saying attached as if he knows what it is and not explaining , hey this is my draft roi can you take a look before I upload it. His response is to tell me to make the changes he input THEN upload it to ims. Yes today he said he NEVER had this policy with me and we didn't do that. Like I said it's like being gaslighted. Not the subject line that this was version 2 which in my formatting usually means major changes vs minor increments ie mk1.2.

This is what today was about I can only assume. I received an email and several calls from the Philadelphia and NY passport office about the Alvarez case which I wanted to close and which was already declined. Ugarte wanted me to send it to Davies which I did on January 2 the day he told me and Eric intervened and was supposed to talk to him. I never heard back. So I called him today and I think the lines got tied because I didn't get through( I was out on hold and it just hung there). I replied to the email but was still getting calls. I asked Eric for a second as Rick and I were discussing cases and he pulled Rick away and said he needed to deal with him first. I waited and kept getting calls. I saw him again when he with rick near kit's office and again no time to just answer what to respond. After a third call or so, I thought since the case was not closed because of the a ASAC maybe there was guidance what to do while I wait on an answer that's why and when I went to you and you saw the passport office on the phone. I am assuming that's why he was mad, I was " too familiar " with you in speaking with you when it's "small fish" and there are only two ASACs.

That turned into this why the roi wasn't uploaded this where I was made to feel I didn't give me details bout the case but look at the email exchanges below regarding this case.  There is at least one other time aside the PowerPoints case review spreadsheet I provide him with that happened after March 22 where I mentioned the subject's brother had called.

I apologize for waiting your time with this but I said it's like being gaslighted.

**From:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Date:** October 2, 2017 at 18:37:30 EDT
**To:** Jagels, Eric M <JagelsEM@state.gov>
**Subject:** FW: Power of Attorney

This, PF-2017-01292: ALVAREZ, [ ], should be closed in my opinion.  This is a non-case.  I gave the updated ds 3053 to Luis who agreed this is a non-case and is nonsense.  He sent it to the FPM in Philadelphia via e transmission and will express them the original wet ink version.  I am hoping and assuming it will clear itself in large part by the time I come back.

**From:** diana@alvareznylaw.com [mailto:diana@alvareznylaw.com]
**Sent:** Monday, October 02, 2017 6:23 PM
**To:** Tyson-Phipps, Jabari-Jason
**Cc:** virginia@alvareznylaw.com
**Subject:** Power of Attorney

Hi Jabbari,

Attached please find the translation for the power of attorney of Richard Alvarez.

Thank you,

Diana

Diana Velez

Paralegal

Law Office of Virginia G. Alvarez

The Woolworth Building

233 Broadway, Suite 2348

New York, NY 10279

212-964-5200 (P)

212-226-3224 (F)

www.AlvarezNYLaw.com

**Official**

**UNCLASSIFIED**

**From:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Date:** January 2, 2018 at 21:02:13 EST
**To:** Jagels, Eric M <jagelsem@state.gov>
**Subject:** Re: Dar 3 Jan 2018

Yes, it was declined as expected. Ugarte then had me then call Mike Davies in Philadelphia to present it there. He was no enthusiastic but is supposed to get back to me. In the meantime I'm writing up the the roi in the anticipation of it being closed out.

Jabari-Jason Tyson-Phipps

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

Please excuse typos, Sent from iPhone

---

**From:** Jagels, Eric M <jagelsem@state.gov>
**Date:** January 2, 2018 at 6:40:56 PM EST
**To:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Subject:** Re: Dar 3 Jan 2018

Did you pitch the case to EDNY?

Sent from my BlackBerry 10 smartphone.

---

**From:** Tyson-Phipps, Jabari-Jason

**Sent:** Tuesday, January 2, 2018 6:25 PM

**To:** Jagels, Eric M

**Subject:** Dar 3 Jan 2018

NYFO- Alvarez ROI, Guinto ROI, potential field top with Cho in the near future

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

**Official - Transitory**

**UNCLASSIFIED**

**From:** Jagels, Eric M <jagelsem@state.gov>
**Date:** July 11, 2017 at 15:03:53 EDT
**To:** Tyson-Phipps, Jabari-Jason <Tyson-PhippsJ@state.gov>
**Subject:** RE: PF-2017-00840- Velez, Nelson ROI MK2

Hey Jabari,

Please make changes and upload into IMS.  Thanks.

Eric

**Official - Transitory**

**UNCLASSIFIED**

---

**From:** Tyson-Phipps, Jabari-Jason
**Sent:** Wednesday, June 28, 2017 4:47 PM
**To:** Jagels, Eric M
**Subject:** PF-2017-00840- Velez, Nelson ROI MK2

See attached

**Jabari-Jason Tyson-Phipps**

Special Agent | New York Field Office

U.S. Department of State | Diplomatic Security Service

Office: +1.201.346.8100

**Official**

**UNCLASSIFIED**

 **Velez pf 2017 00840 final ROI draftmk2 JJTP.docx**
21K