UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JABARI-JASON TYSON-PHIPPS,                    :

                                               :   ORDER
                    Plaintiff,                        23 Civ. 2316 (LAK) (GWG)
                                               :
   -against-
                                               :
SECRETARY MARCO RUBIO,
*U.S. Department of State*,                    :

                  Defendant.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

       In light of the filing of the Second Amended Complaint, the pending motion to dismiss the Amended Complaint (Docket # 47) is deemed withdrawn. Defendant shall file its response to the Second Amended Complaint on or before September 3, 2025.
  .

SO ORDERED

Dated: July 25, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge