UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JABARI-JASON TYSON-PHIPPS,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY MARCO RUBIO, U.S. DEPARTMENT OF STATE,<br><br>Defendant. | 23 Civ. 2316 (LAK) (GWG) |

## SCHEDULING ORDER

1. Appearance for Defendant Secretary Marco Rubio, U.S. Department of State:

   Ilan Stein
   Assistant United States Attorney
   U.S. Attorney's Office (SDNY)
   86 Chambers Street, Third Floor
   New York, NY 100007
   ilan.stein@usdoj.gov
   212-637-2525

   Appearance for Plaintiff Jabari-Jason Tyson-Phipps:

   Jabari-Jason Tyson-Phipps (pro se)
   225 North Ave. #1096
   New Rochelle, NY 10802-1096
   jjtp@jjtpgroup.com
   646-934-9694

2. The following deadlines apply:

   a. Initial document requests and initial interrogatories shall be served by <u>October 26, 2025</u>;

1

   b. No additional parties may be joined and no amended pleadings may be filed after <u>October 31, 2025</u>;

   c. The parties shall exchange the names of non-expert witnesses expected to be deposed (if known) by <u>December 2, 2025</u>, and specific dates or a timetable for when depositions will take place shall be identified by <u>January 5, 2025</u>;

   d. All non-expert discovery shall be completed by <u>March 15, 2026</u>;

   e. The parties anticipate calling expert witnesses in the field of economics, although the parties may determine that expert witnesses in other fields are needed; plaintiff shall disclose the identities and reports of any experts required by Rule 26(a)(2) by <u>February 27, 2026</u>, and defendant shall disclose the identities and reports of any experts required by Rule 26(a)(2) by <u>March 31, 2026</u>; all expert discovery shall be completed by <u>April 30, 2026</u>;

   f. Any request for permission to file a summary judgment motion shall be filed by May 7, 2025. If no such motions are contemplated, the parties will submit a joint pretrial order by <u>June 8, 2026</u>.

3. The parties intend to file a Privacy Act and Protective Order.

4. The parties anticipate that a trial in this matter would take <u>two weeks</u>; a jury <u>has</u> been requested.

5. The parties shall write to the Court as soon as both sides are prepared to participate in a mediation or settlement conference. .

6. Counsel shall confer with one another by telephone or in person within 30 days of the date of this Order regarding production of electronically stored information (ESI), including but not limited to sources of relevant ESI; steps taken or to be taken to preserve relevant ESI; identification of appropriate custodians; ESI search and review procedures; form of production of ESI; and any limitations or anticipated difficulties regarding discovery or production of ESI.

   All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices. Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

   Discovery applications -- that is, any application or motion pursuant to Rules 26 through

37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: September 26, 2025
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge