UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
JABARI-JASON TYSON-PHIPPS
                                                               :
            Plaintiff,                        ORDER
      -v.-                                                      :

                                              :     23 Civ. 2316 (LAK) (GWG)
ANTONY BLINKEN
                                                               :
            Defendant.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The Court's premotion conference requirement is waived as to the motions proposed in Docket # 64.  This ruling is procedural in nature and shall not be taken as reflecting the Court's views as to the merits of the proposed motions.

        The Court notes that defendant's responsive letter (Docket # 69) addresses the merits of plaintiff's requests for relief.  If plaintiff wishes to have either of his proposed motions adjudicated based on his letter instead of filing a formal motion, plaintiff may so elect (as to either or both motions), provided plaintiff determines that defendant is agreeable to having his own letter considered to be his opposition to such motion or motions.  If these conditions are met, plaintiff has leave to file a reply letter on or before December 11, 2025.

        If plaintiff does not so elect or there is no agreement, plaintiff may file a proposed motion (or motions) on or before December 18, 2025, in a form that complies with the S.D.N.Y Local Civil Rules and the Court's Individual Practices. The briefing schedule shall be in accordance with paragraph 2.B of those Practices.

Dated:   New York, New York
         December 3, 2025

                                              SO ORDERED:


                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge