

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

December 16, 2025

**By ECF**

The Honorable Gabriel W. Gorenstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

> Re:   *Tyson-Phipps v. Secretary Marco Rubio*, 23 Civ. 2316 (LAK) (GWG)

Dear Judge Gorenstein:

This Office represents Secretary of State Marco Rubio (the "Government"), defendant in this action brought by *pro se* plaintiff Jabari-Jason Tyson-Phipps pursuant to Title VII of the Civil Rights Act. We write respectfully in response to Plaintiff's December 11, 2025 letter informing the Court that he intends to file a motion for leave to amend the complaint and a motion for preliminary injunction on or before December 18, 2025. ECF No. 71.

The Government respectfully stands on its objections stated in its December 3, 2025 letter, ECF No. 69, in which the Government argued that Plaintiff's requests should be denied because they would cause undue delay, contravene the Court's previous rulings in this action, and would be futile. However, should Plaintiff proceed with filing the proposed motions, the Government requests that discovery be stayed during the pendency of those motions. The parties have already exchanged interrogatories and requests for production, and if the Court were to grant Plaintiff's request for leave to amend the complaint, Plaintiff's amendments would likely alter the scope of discovery, given the new claims he intends to pursue, including defamation. Under the circumstances, and in the interest of conserving the parties' and the Court's resources, we respectfully submit that a stay of discovery would be appropriate.

Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Page 2

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ *Mallika Balachandran*
Mallika Balachandran
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov
*Attorney for Defendant United States of America*

cc: Plaintiff (by ECF)

The application for a stay of discovery is granted. The parties shall propose a new schedule within 7 days of disposition of the motions.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

December 17, 2025