UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JABARI-JASON TYSON-PHIPPS,

                Plaintiff,

        -against-                                 23-cv-2316 (LAK) (GWG)

MARCO RUBIO, U.S. Department of State,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This matter is before the Court on the report and recommendation of Magistrate Gary Stein (the "R&R"), which recommended that plaintiff's third motion for a preliminary injunction be denied. No timely (or untimely) objections have been filed. Accordingly, plaintiff's motion (Dkt 75) is denied, substantially for the reasons stated in the R&R.

        SO ORDERED.

Dated:      April 20, 2026

                                        Lewis A. Kaplan
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-26