UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/25/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JABARI-JASON TYSON-PHIPPS,

Plaintiff,

-against-

23-cv-2316 (LAK) (GWG)

MARCO RUBIO, Secretary, U.S. Department of State,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge.*

Plaintiff moves for a temporary restraining order ("TRO") and a preliminary injunction restraining defendant from terminating, cancelling, or permitting the termination of plaintiff's enrollment in the Federal Employees Health Benefits Program ("FEHBP"), including its prescription-drug benefit, and requiring defendant to take all steps necessary to maintain that enrollment without interruption, including by withholding or rescinding transmission to any health-benefits carrier or to the Office of Personnel Management of any notice terminating that enrollment. Absent relief, he contends, his enrollment in the FEHBP will terminate on October 3, 2026. Nonetheless, he has a pending application for health insurance outside the FEHBP and has failed to show that he would unable to pay for immediate medical needs – apparently an existing medication for hypertension – out of his current resources, at least for a time. Nor is there any showing that plaintiff would be unable to recover any out-of-pocket expenses during an interim period were he to prevail on the merits in this case. In consequence, the Court sees no immediate and irreparable harm requiring the issuance of a TRO, an absence that is fatal to the TRO application. So much of the motion (Dkt 112) as seeks a TRO is **DENIED**. Under the existing order of reference, so much of the motion as seeks a preliminary injunction will be dealt with by Magistrate Judge Gorenstein.

SO ORDERED.

Dated: September 25, 2026

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge