UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JABARI-JASON TYSON-PHIPPS

Plaintiff,

-v.-

ANTONY BLINKEN

Defendant.

---------------------------------------------------------------x

ORDER

23 Civ. 2316 (LAK) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Plaintiff, Jabari-Jason Tyson-Phipps, has filed a motion seeking a preliminary injunction. (Docket # 112). At the time he filed the motion, plaintiff presented no evidence that he would (1) be unable to obtain alternative health insurance or (2) that he would be unable to afford alternative coverage. Id; see also Order, dated Sept. 25, 2026 (Docket # 113). However, in plaintiff's reply brief and exhibits attached thereto, he has presented new evidence and arguments concerning his financial circumstances and pending health insurance application. See Docket ## 127, 128. He asserts that he has not been able to obtain adequate health coverage, that he cannot pay for the care he requires, and "that reimbursement cannot restore treatment not received." Docket # 127 at 35.

Normally, we would strike all of his arguments on these points under the principle that "[a]rguments made for the first time in a reply brief need not be considered by a court," Playboy Enterprises, Inc. v. Dumas, 960 F. Supp. 710, 720 n.7 (S.D.N.Y. 1997), aff'd, 159 F.3d 1347 (2d Cir. 1998), resulting in denial of the motion. Rather than follow that course, however, we will instead afford the Government an opportunity to file a surreply that addresses the new evidence and arguments presented in Docket ## 127 and 128. In light of the fact that plaintiff's reply brief is 66 pages and the affidavit accompanying it is 45 pages (not including exhibits) — as well as the fact that the Government is simultaneously responding to a 90-page opposition memorandum from plaintiff on its motion to dismiss — the Government's deadline to file the surreply is December 18, 2026.

Dated: November 23, 2026
New York, New York

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge